Pg 1

9-23-08

My name is Sandra Gholson my birthday is _____. I'm writing this statement for James Abbott who has advised me that he represents Gordon McRae. I understand I am making this statement of my own free will.

There are some of Thomas Grover's personality flaws that I've seen first hand over a period of 5 yrs.

Thomas Grover is a compulsive liar who can tell a lie and stick to it till his end. He molded stories to fit his needs and lied to get what he wanted. Only just before the trial in '99 did Thomas tell me about any abuse by McRae. He never told me anything about Robbie Collett. Thomas is a manipulator and drama queen. I don't believe he was or has ever been abused. After 1994 Thomas continually stated he was going to get even with the church. Thomas never ever forgets anything especially his memory. His life is & always will be ruled by sex & jealousy. McRae was a discipline figure in Thomas' life not an abuser. He felt that McRae was responsible for all the troubles in his life. He was extremely jealous of his of his brothers to the point of anger and their relationships w/ McRae. He made up a lie about a sexual encounter at Diddles

Sgt. (Pulaski Park)

Park- He wanted to testify at trial as they were afraid he stated. I know he lied at his trial about the assault in the rectory as in the trial it was brought out that the cheese was not purchased until years later. When I confronted him about this he stated "that's what they wanted" "it fits". He was medicated for trial with Zoloft, Buspar + whatever was prescribed at the local hospital in Keene for anxiety. Because of gaps in testimony and many lies marriage what postponed until Thomas cleared up some issues, Thomas swore the lie he told at Derby Lodge accusing his step father, foster father or clergyman was a misunderstanding when confronted by his father Oliver Gove and then apologized. He after receiving the settlement money from the church displayed the cash money in pictures. He also knew I knew he was lying to and manipulating Pauline Goupil during their therapy sessions.

This is true + accurate to the best of my memory.

Timothy Helm 9-25-08