3/14/08

On 3/12/08 James Abbott interviewed Shalina Glenn at the ELM ST Post Office Manchester N.H. Shalina Glenn resides at ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ and has a home tel # of ⎯⎯⎯⎯⎯⎯⎯ a cell # of ⎯⎯⎯⎯⎯⎯⎯

Shalina advised her mother Trina Ghedoni was married and divorced Thomas Grover (TG). The divorce was a result of TG'S drinking,drug abuse,and infidelity with his sister.

Shalina advised she visits her brother Charles Glenn at the R.I. State Prison ,Cranston R.I. About once a month and that she would speak to Charles to request he speak with the writer. Shalina then called "LYNN" on her cell phone and asked her to also speak with Charles. Shalina then handed the writer the cell phone and "LYNN" requested an address where Charles could write me. She said she would help but declined to give the writer her address or tel number.

Shalina described TG as a sick individual who was obsessed with sex and teenage girls. Shalina stated she was nervous in his presence and was happy her mother divorced him. Shalina said she was young at the time of the trial and could remember no details,but would offer any future assistance possible.

( It should be noted that in further conversation with Ghedoni,"LYNN" was described as a female "CO" in New Hampshire and that is the reason Charles Glenn was transferred to the R.I.State Prison.)