Exh IS

Date 5/21/08

My name is Charles Glenn and my birth date is _____ I am the son of Trina Ghedoni who married Thomas Grover in 1994 in the State of New Hampshire.

I am giving this signed statement to James Abbott who is a private investigator working on behalf of Gordon Mac Rae, an ex priest who was convicted of sexual abuse against Tom Grover at a trial in 1994. Mr Abbott has previously interviewed me on April 22, 2008 and this statement is based on that interview as well as this interview.

Mr Abbott has advised me that this statement is completely voluntary and he has not made any promises or threats to obtain my permission and cooperation. Mr Abbott has also advised me that I may make any changes, additions, or deletions in any part of this typed and signed statement and initial any changes made.

From 1993 to 1997 I was assigned to the Youth Development Center in Manchester New Hampshire. During this period my mother Trina Ghedoni was dating and later married to Thomas Grover. Almost every week my mother would visit me with Thomas Grover and on numerous weekends I would receive a furlough and be allowed to go to my home at _____ where my mother and Thomas Grover lived.

During these visits, and over a number of months and years, Thomas Grover discussed the sex abuse allegations of Gordon Mac Rae with me. Grover often stated to me that he was going to set Mac Rae and the church up to gain money for sexual abuse. Grover would laugh and joke about this scheme and after the criminal trial and civil cash award he would again state how he had succeeded in this plot to get cash from the church.

On several occassions Grover told me that he had never been molested by Mac Rae. Thomas Grover stated to me that there were other allegations, made by other people against Mac Rae and Thomas Grover jumped on and piggybacked onto these allegations for the money. Grover, on several occasions, called his civil case attorneys for money or cash advances on his expected cash award and Grover told me that his attorneys directed him to go for psychiatric and drug therapy to gain jury appeal in his court case. The attorneys would give cash advances to Grover when he asked for them. Grover stated the counseling would help convince the jury that his problems were a result of the molestation by Mac Rae. Grover told me his attorneys directed him to go to the Manchester Mental Health Unit and act crazy as this would be helpful in the trial.

After the civil award was settled, Grover and my family visited me and showed me $30,000 in cash, and pictures were taken by my family at this time. Grover again was bragging of his putting it over on the church. He then went out and bought a couple of cars.

Grover was never embarrased about the publicity, but would laugh at it.

Thomas Grovers statements, to me, were made before, during and after the criminal trial and never once did he say he was abused by Mac Rae, over this 4 year period. Grover never changed his statements that he set up Gordon Mac Rae and the church.

I have read and understand the above statement and it is a true and accurate account of statements made to me by Thomas Grover, over a period of 1993 to 1997

Charles Glenn

*(signed)*