Public Access Case Lookup                                    Page 1 of 2



# ARIZONA JUDICIAL BRANCH

Home > Case Search

☐ Printer Friendly Version

**Public Access to Court Information - Case Search**

<< return to search results                        new case search >>

**Case Information**
Case Number: J-0601-FR-98000623
Title: STATE VS GROVER           Category: Criminal
Court: Kingman Justice              Filing Date: 07/05/1998
Judge: LARRY D. IMUS              Disposition Date: 06/01/2001

**THOMAS ALAN GROVER   DEFENDANT - D 1**   Date of Birth:

| Citation | Count | Description | Disp. Date | Disposition |
|---|---|---|---|---|
| NONE | 1 | CRIMINAL DAMAGE ALL OTHERS | 06/01/2001 | PLEA GUILTY/RESP SENT IMPOSED |
| NONE | 2 | MARIJUANA VIOLATION | 06/01/2001 | COMPL DISMISSED BY CTY ATTY |
| NONE | 3 | FAILURE TO APPEAR 2ND DEG | 06/01/2001 | PLEA GUILTY/RESP SENT IMPOSED |

**Case Activity**

| Date | Description | Party |
|---|---|---|
| 04/05/2010 | FARE: COLLECTIONS LTR TYPE 31 | D 1 |
| 12/18/2007 | FUND: FARE DELINQUENCY FEE | D 1 |
| 12/18/2007 | FUND: FARE FEE SPEC COLL | D 1 |
| 12/18/2007 | INFO: ASSIGNED TO FARE | D 1 |
| 07/11/2007 | ARREST WARRANT: ISSUED | D 1 |
| 01/18/2007 | ARREST WARRANT EXEC/QUASH | D 1 |
| 01/18/2007 | ARREST WARRANT RETURN | D 1 |
| 01/18/2007 | ORDER TO SHOW CAUSE | D 1 |
| 03/22/2002 | WARRANT FEE | D 1 |
| 03/22/2002 | ARREST WARRANT: ISSUED | D 1 |
| 01/08/2002 | ORDER TO SHOW CAUSE | D 1 |
| 11/13/2001 | LETTER SENT | D 1 |
| 09/12/2001 | RESTITUTION | D 1 |
| 08/08/2001 | MOTION TO EXTEND TIME | D 1 |
| 08/07/2001 | ORDER TO SHOW CAUSE | D 1 |
| 06/01/2001 | JCEF TIME PAYMENT $20.00 | D 1 |
| 06/01/2001 | PLEA AGREEMENT | D 1 |
| 06/01/2001 | FINES BEF 2-17-99 | D 1 |
| 06/01/2001 | ATTORNEY FEES | D 1 |
| 06/01/2001 | MSEF 11% OR 13% BEF 2-17-99 | D 1 |
| 06/01/2001 | CJEF BEF 2-17-99 | D 1 |
| 06/01/2001 | FINE PAYMENT CARD CREATED | D 1 |
| 06/01/2001 | RESTITUTION | D 1 |

http://apps.supremecourt.az.gov/publicaccess/caselookup.aspx                4/24/2010



Home > Case Search

# ARIZONA JUDICIAL BRANCH

🖨 Printer Friendly Version

**Public Access to Court Information - Case Search**

<< return to search results                                new case search >>

**Case Information**
- **Case Number:** J-0806-TR-20001823
- **Title:** STATE VS GROVER
- **Court:** Cerbat Justice
- **Judge:** JOHN TAYLOR
- **Category:** Traffic
- **Filing Date:** 04/05/2000
- **Disposition Date:**

**THOMAS ALAN GROVER   DEFENDANT - D 1   Date of Birth:**

| Citation | Count | Description | Disp. Date | Disposition |
|---|---|---|---|---|
| 8000000000048820 | 1 | NO VALID LICENSE | 06/21/2000 | FAILURE TO APPEAR |



Click for eServices

**Case Activity**

| Date | Description | Party |
|---|---|---|
| 06/22/2000 | SENT TO COLLECTION AGENCY | D 1 |
| 06/21/2000 | MSEF EFF 9-1-99 | D 1 |
| 06/21/2000 | FTA/SUSPENSION | D 1 |
| 06/21/2000 | SUSPENSION FEE | D 1 |
| 06/21/2000 | FINES EFF 9-1-99 | D 1 |
| 06/21/2000 | JCEF TIME PAYMENT $20.00 | D 1 |
| 06/21/2000 | COURT ENHANCEMENT FEE | D 1 |
| 06/21/2000 | CJEF EFF 9-1-99 | D 1 |
| 06/21/2000 | FILL THE GAP EFF 9-1-99 | D 1 |
| 06/21/2000 | CLEAN ELECTION FUND EFF 9-1-99 | D 1 |
| 04/05/2000 | COMPLAINT FILED | D 1 |

**NOTES:**

The following case types are excluded from search results: sealed cases, cases involving un-served Orders of Protection, mental health and probate cases, victim and witness data. Juvenile incorrigible/delinquency case information also cannot be viewed on this website; however other types of cases in which juveniles are parties, such as traffic cases, may be displayed. Certain administrative functions carried out by superior court clerk's offices in each county are not included in this website, such as passport application processing and private process server registration.

Please be aware of the following limitations of the case records displayed:
- The information may not be a current, accurate, or complete record of the case.
- The information is subject to change at any time.
- The information is not the official record of the court.
- Not all cases from a participating court may be included.
- The information should not be used as a substitute for a thorough




P.4

Public Access Case Lookup                                    Page 1 of 2



Home > Case Search



Click for eServices

🖨 Printer Friendly Version

**Public Access to Court Information - Case Search**

<< return to search results                         new case search >>

### Case Information

| | | | |
|---|---|---|---|
| Case Number: | J-1304-TR-200102417 | | |
| Title: | ST OF AZ VS GROVER | Category: | Traffic |
| Court: | Seligman Justice | Filing Date: | 05/07/2001 |
| Judge: | HON. KATHERINE F. BLAYLOCK | Disposition Date: | 06/21/2001 |

**THOMAS A GROVER    DEFENDANT - D 1**       Date of Birth:

| Citation | Count | Description | Disp. Date | Disposition |
|---|---|---|---|---|
| D02098914 | 1 | LAP AND SHOULDER BELTS REQUIRED | 06/21/2001 | FAILURE TO APPEAR |

### Case Activity

| Date | Description | Party |
|---|---|---|
| 07/03/2007 | APPEARANCE | D 1 |
| 06/21/2001 | FUND: TIME PYMT $20 JCEF | D 1 |
| 06/21/2001 | FUND: 1999 SURCHARGES (77%) | D 1 |
| 06/21/2001 | ENTRY OF DEFAULT JDGMT-CODE 58 | D 1 |
| 06/21/2001 | FUND: BASE FINE | D 1 |
| 05/22/2001 | TELEPHONE CALL | D 1 |
| 05/11/2001 | TELEPHONE CALL | D 1 |
| 05/07/2001 | COMPLAINT FILED-UNIFORM CITATN | D 1 |

**NOTES:**

The following case types are excluded from search results: sealed cases, cases involving un-served Orders of Protection, mental health and probate cases, victim and witness data. Juvenile incorrigible/delinquency case information also cannot be viewed on this website; however other types of cases in which juveniles are parties, such as traffic cases, may be displayed. Certain administrative functions carried out by superior court clerk's offices in each county are not included in this website, such as passport application processing and private process server registration.

Please be aware of the following limitations of the case records displayed:
- The information may not be a current, accurate, or complete record of the case.
- The information is subject to change at any time.
- The information is not the official record of the court.
- Not all cases from a participating court may be included.
- The information should not be used as a substitute for a thorough background search of official public records.

The user is responsible for verifying information provided on

http://apps.supremecourt.az.gov/publicaccess/caselookup.aspx                 4/24/2010



Home > Case Search

# ARIZONA JUDICIAL BRANCH

**Public Access to Court Information - Case Search**

*Printer Friendly Version*

<< return to search results                       new case search >>

**Case Information**
Case Number: J-1301-TR-20014660
Title:    ST OF AZ VS GROVER            Category:        Traffic
Court:    Mayer Justice                 Filing Date:     09/04/2001
Judge:    HONORABLE JOHN KENNEDY        Disposition Date: 07/30/2002



azturbaccess.gov

Click for eServices

**THOMAS ALAN GROVER    DEFENDANT - D 1    Date of Birth:**

| Citation | Count | Description | Disp. Date | Disposition |
|---|---|---|---|---|
| D02176794 | 1 | NO VALID LICENSE | 03/27/2002 | PLEA GUILTY/RESP SENT IMPOSED |
| D02176794 | 2 | LOCAL CHARGE | 07/30/2002 | BAIL/DEPOSIT GIVEN/FORFEITED |

**Case Activity**

| Date | Description | Party |
|---|---|---|
| 07/30/2002 | FUND: 1999 SURCHARGES (77%) | D 1 |
| 07/30/2002 | FUND: BASE FINE | D 1 |
| 03/27/2002 | FUND: BASE FINE | D 1 |
| 03/27/2002 | FTPF SUSPENSION: CIVIL TRAFFIC | D 1 |
| 03/27/2002 | SUSPENSION | D 1 |
| 03/27/2002 | FUND: 1999 SURCHARGES (77%) | D 1 |
| 03/27/2002 | SUSPENSION | |
| 01/24/2002 | OSC ISSUED | D 1 |
| 10/23/2001 | COMMENTS | D 1 |
| 10/09/2001 | MISC PROOF RECEIVED | D 1 |
| 09/18/2001 | ARRAIGNMENT | D 1 |
| 09/04/2001 | COMPLAINT FILED-UNIFORM CITATN | D 1 |
| 08/27/2001 | FUND: 1999 SURCHARGES (77%) | D 1 |
| 08/27/2001 | FUND: TIME PYMT $20 JCEF | D 1 |
| 08/27/2001 | FUND: BASE FINE | D 1 |

**NOTES:**

The following case types are excluded from search results: sealed cases, cases involving un-served Orders of Protection, mental health and probate cases, victim and witness data. Juvenile incorrigible/delinquency case information also cannot be viewed on this website; however other types of cases in which juveniles are parties, such as traffic cases, may be displayed. Certain administrative functions carried out by superior court clerk's offices in each county are not included in this website, such as passport application processing and private process server registration.

Please be aware of the following limitations of the case



P.6

Public Access Case Lookup                                                        Page 1 of 2

# ARIZONA JUDICIAL BRANCH

Home > Case Search



*Printer Friendly Version*

**Public Access to Court Information - Case Search**

<< return to search results                                    new case search >>

**Case Information**
| | | | |
|---|---|---|---|
| Case Number: | J-0301-TR-2001011200 | | |
| Title: | ST OF AZ VS GROVER | Category: | Traffic |
| Court: | Flagstaff Justice | Filing Date: | 12/10/2001 |
| Judge: | None | Disposition Date: | 01/16/2002 |

**THOMAS ALAN GROVER   DEFENDANT - D 1   Date of Birth:**

| Citation | Count | Description | Disp. Date | Disposition |
|---|---|---|---|---|
| D02223486 | 1 | FAIL TO PRODUCE EVIDENCE OF FINANCIAL RESP | 07/30/2002 | PLEA GUILTY/RESP SENT IMPOSED |

**Case Activity**

| Date | Description | Party |
|---|---|---|
| 07/30/2002 | FUND: BASE FINE | D 1 |
| 07/30/2002 | FUND: 1999 SURCHARGES (77%) | D 1 |
| 01/16/2002 | FUND: 1999 SURCHARGES (77%) | D 1 |
| 01/16/2002 | FUND: BASE FINE | D 1 |
| 01/16/2002 | FUND: LCL PARTIAL PAYMENT FEE | D 1 |
| 01/16/2002 | FUND: TIME PYMT $20 JCEF | D 1 |
| 01/16/2002 | FTPF SUSPENSION: CIVIL TRAFFIC | D 1 |
| 12/10/2001 | COMPLAINT FILED-UNIFORM CITATN | D 1 |

**NOTES:**

The following case types are excluded from search results: sealed cases, cases involving un-served Orders of Protection, mental health and probate cases, victim and witness data. Juvenile incorrigible/delinquency case information also cannot be viewed on this website; however other types of cases in which juveniles are parties, such as traffic cases, may be displayed. Certain administrative functions carried out by superior court clerk's offices in each county are not included in this website, such as passport application processing and private process server registration.

Please be aware of the following limitations of the case records displayed:
• The information may not be a current, accurate, or complete record of the case.
• The information is subject to change at any time.
• The information is not the official record of the court.
• Not all cases from a participating court may be included.
• The information should not be used as a substitute for a thorough background search of official public records.

The user is responsible for verifying information provided on this website against official court information filed at the court

Public Access Case Lookup



# ARIZONA JUDICIAL BRANCH

Home > Case Search

**Public Access to Court Information - Case Search**

*Printer Friendly Version*

<< return to search results          new case search >>

**Case Information**
Case Number: P-1300-DO-970811
Title: GROVER VS GROVER         Category: Civil
Court: Yavapai County Superior   Filing Date: 10/16/1997
Judge: WILLIAM T. KIGER          Disposition Date:



THOMAS ALAN GROVER   DEFENDANT - D 1   Date of Birth:

TRINA R GROVER   PLAINTIFF - P 1   Date of Birth:

**Case Activity**

| Date | Description | Party |
|---|---|---|
| 03/27/1998 | REPORTERS TRANSCRIPT FILED | |
| 03/27/1998 | DECREE OF DISS OF MARRIAGE | |
| 03/23/1998 | DEFAULT HEARING | |
| 03/23/1998 | ORDER FOR JUDGMENT | |
| 01/15/1998 | APPL/AFF/ENTRY OF DEFAULT | P 1 |
| 01/15/1998 | DEFAULT HEARING SET | |
| 12/31/1997 | AFFIDAVIT OF UNKNOWN RESIDENCE | P 1 |
| 12/31/1997 | AFF WARRANTNG ALTERNATE SERVIC | P 1 |
| 12/18/1997 | AFF OF PUBLICATION - IN STATE | P 1 |
| 10/23/1997 | AFF WARRANTNG ALTERNATE SERVIC | P 1 |
| 10/16/1997 | PRELIMINARY INJUNCTION | P 1 |
| 10/16/1997 | SUMMONS ISSUED | P 1 |
| 10/16/1997 | PET DISSOLUTION OF MARRIAGE | P 1 |
| 10/16/1997 | AFFIDAVIT OF UNKNOWN RESIDENCE | P 1 |
| 10/16/1997 | NOT OF RIGHT CONVRT HEALTH INS | P 1 |
| 10/16/1997 | PET DISSOLUTION OF MARRIAGE | P 1 |

**NOTES:**

The following case types are excluded from search results: sealed cases, cases involving un-served Orders of Protection, mental health and probate cases, victim and witness data. Juvenile incorrigible/delinquency case information also cannot be viewed on this website; however other types of cases in which juveniles are parties, such as traffic cases, may be displayed. Certain administrative functions carried out by superior court clerk's offices in each county are not included in this website, such as passport application processing and private process server registration.

 

P.8

Public Access Case Lookup

Page 1 of 2



Home > Case Search

# ARIZONA JUDICIAL BRANCH

🖨 Printer Friendly Version

**Public Access to Court Information - Case Search**

<< return to search results     new case search >>

**Case Information**
- **Case Number:** M-0741-3173035
- **Title:** St of Az vs GROVER
- **Court:** Phoenix Municipal
- **Judge:**
- **Category:** Non Crimin
- **Filing Date:** 09/30/2004
- **Disposition Date:** 10/28/2004

**THOMAS ALAN GROVER   DEFENDANT - D 1**

| Citation | Count | Description | Disp. Date | Disposition |
|---|---|---|---|---|
| PPO41046338 | 1 | LOCAL CHARGE | 10/28/2004 | FAILURE TO APPEAR |

azturbocourt.gov

Click for eServices

**NOTES:**

The following case types are excluded from search results: sealed cases, cases involving un-served Orders of Protection, mental health and probate cases, victim and witness data. Juvenile incorrigible/delinquency case information also cannot be viewed on this website; however other types of cases in which juveniles are parties, such as traffic cases, may be displayed. Certain administrative functions carried out by superior court clerk's offices in each county are not included in this website, such as passport application processing and private process server registration.

Please be aware of the following limitations of the case records displayed:
- The information may not be a current, accurate, or complete record of the case.
- The information is subject to change at any time.
- The information is not the official record of the court.
- Not all cases from a participating court may be included.
- The information should not be used as a substitute for a thorough background search of official public records.

The user is responsible for verifying information provided on this website against official court information filed at the court of record. Use of this website shall indicate agreement by the user that the Arizona judiciary, including its courts, divisions, officers, and employees, shall not be liable for any loss, consequence, or damage resulting directly or indirectly from the use of any of the information available through this website and that the Arizona judiciary does not provide any warranty, express or implied, that the information provided is accurate, current, correct, or complete.

Data available on this web site is updated frequently and can be provided via electronic media for an annual subscription fee. If interested, please Contact Us.

Case info is updated on this website weekly. Information is updated each Wednesday to reflect case information through the preceding week.




APR-25-2010 09:14 AM DOUG HOPKINS

P.9

Public Access Case Lookup

Page 1 of 2



Home > Case Search

# ARIZONA JUDICIAL BRANCH

*Printer Friendly Version*

**Public Access to Court Information - Case Search**

<< return to search results    new case search >>

**Case Information**
Case Number: M-0841-CR-00000079
Title: STATE VS GROVER   Category: Criminal
Court: Kingman Muni   Filing Date: 07/18/1998
Judge: KATHY MCCOY   Disposition Date: 08/14/2001

**THOMAS ALAN GROVER   DEFENDANT - D 1   Date of Birth:**

| Citation | Count | Description | Disp. Date | Disposition |
|---|---|---|---|---|
| NONE | 1 | DISORDERLY CONDUCT-FIGHTING | 08/14/2001 | COURT DISMISSAL |

**Case Activity**

| Date | Description | Party |
|---|---|---|
| 08/14/2001 | ORAL ARGUMENTS | D 1 |
| 08/14/2001 | ORDER OF DISMISSAL | D 1 |
| 06/22/2001 | BENCH WARRANT RETURN | D 1 |
| 05/10/2001 | ORDER | D 1 |
| 05/18/2001 | REQUEST FOR ORAL ARGUMENT | D 1 |
| 05/04/2001 | BENCH WARRANT EXEC/QUASH | D 1 |
| 11/25/1998 | LETTER SENT | D 1 |
| 11/19/1998 | BENCH WARRANT ISSUED FTC/FTP | D 1 |
| 10/21/1998 | PAST DUE LETTER SENT | D 1 |
| 08/24/1998 | FINES BEF 2-17-99 | D 1 |
| 08/24/1998 | STIPULATED GUILTY PLEA | D 1 |
| 08/24/1998 | JCEF TIME PAYMENT $20.00 | D 1 |
| 08/24/1998 | MSEF 11% OR 13% BEF 2-17-99 | D 1 |
| 08/24/1998 | CJEF BEF 2-17-99 | D 1 |
| 08/24/1998 | TERMS OF PROBATION | D 1 |
| 08/24/1998 | WAIVER OF COUNSEL BY DEFENDANT | D 1 |
| 07/21/1998 | ORDER TO SET | D 1 |
| 07/21/1998 | PLEA: NOT GUILTY | D 1 |
| 07/21/1998 | PRE-TRIAL CONFERENCE | D 1 |
| 07/18/1998 | ARRAIGNMENT | D 1 |
| 07/18/1998 | COMPLAINT FILED | D 1 |
| 07/18/1998 | DOMESTIC VIOLENCE | D 1 |
| 07/18/1998 | RELEASE ORDER | D 1 |

http://apps.supremecourt.az.gov/publicaccess/caselookup.aspx   4/24/2010



P.2

 # Hualapai Tribal Court

**Ramona F. Tsosie**
Court Administrator

960 RODEO WAY  (928) 769-2338
P.O. BOX 275  (928) 769-2358
PEACH SPRINGS, AZ 86434  FAX (928) 769-2738



  070307 #1 c1

03/07/07

## Arrest Record Card

**Defendant:** Thomas Grover
**Address:**
**D. O. B.:**
**Telephone Number:**
**Social Security No:**

### OFFENSE RECORD

| Case # | Incident Date | Offense | Complainant |
|---|---|---|---|
| CR00-1307 | 5-31-00 | Malicious mischief | Officer Bender |
| CR00-1308 | 11-10-00 | Permitting childs life, health, morals to be imperiled. | Officer Sodaro |
| CR01-0020 CT.1 | 01-03-01 | Assault | Officer G. Bender |
| CR01-0020 CT.2 | 01-03-01 | Disorderly Conduct | Officer G. Bender |
| CR01-0020 CT.3 | 01-03-01 | Permitting Childs Life | Officer G. Bender |
| CR01-0429 CT.1 | 11-3-01 | Aiding & Abetting | Officer M. Sodaro |
| CR01-0429 CT.2 | 11-3-01 | Aiding & Abetting | Officer M. Sodaro |
| CR01-0429 CT.3 | 11-3-01 | Contributing to a Minor | Officer M. Sodaro |
| CR01-0429 CT.4 | 11-3-01 | Contributing to a Minor | Officer M. Sodaro |
| CR01-0429 CT.5 | 11-3-01 | Refusal to Obey Order | Officer M. Sodaro |
| CR01-0429 CT.6 | 11-3-01 | Liquor Violation | Officer M. Sodaro |
| CR01-0429 CT.7 | 11-3-01 | Liquor Violation | Officer M. Sodaro |
| CR01-0429 CT.8 | 11-3-01 | Resisting Lawful Arrest | Officer M Sodaro |
| CR01-0432 CT.1 | 11-3-01 | Disorderly conduct | Prosecutor M.J. W |
| CR01-0432 CT.2 | 11-3-01 | Resisting lawful arrest | Prosecutor M.J.W |
| CR01-0432 CT.3 | 11-3-01 | Permitting childs life, | Prosecutor M.J.W |
| CR01-0432 CT.4 | 11-3-01 | Permitting childs life, | Prosecutor M.J.W |
| CR01-0432 CT.5 | 11-3-01 | Contributing to a minor. | Prosecutor M.J.W |
| CR01-0432 CT.6 | 11-3-01 | Contributing to a minor. | Prosecutor M.J.W |
| CR01-0432 | 2-26-02 | Contempt-BW | Judge Ray Pro. Tem. |
| CR01-0432 | 5-24-02 | Contempt-OSC-fine | Judge Tammy Walker |
| CR01-0432 | 6-19-02 | Contempt-Bw-FTA | Judge T. Walker |
| CR02-197 CT.1 | 5-16-02 | Disorderly Conduct | M. Whatoname, Prosecutor |
| CR02-197 CT.2 | 5-16-02 | Assault | M. Whatoname, Prosecutor |
| CR02-197 CT.3 | 5-16-02 | Malicious Mischief | M. Whatoname, Prosecutor |

P.3

03/07/07

| Case | Date | Charge | Officer |
|---|---|---|---|
| CR02-197 CT.4 | 5-16-02 | Battery | M. Whatoname, Prosecutor |
| CR02-212 CT.1 | 5-31-02 | Disorderly conduct | Pros. M.J.Whatoname |
| CR02-212 CT.2 | 5-31-02 | Disorderly conduct | Pros. M.J.Whatoname |
| CR02-212 CT.3 | 5-31-02 | Disorderly conduct | Pros. M.J.Whatoname |
| CR02-212 CT.4 | 5-31-02 | Public Intoxication | Pros. M.J.Whatoname |
| CR02-212 CT.5 | 5-31-02 | Disorderly conduct | Pros. M.J.Whatoname |
| CR02-110 | 7-15-02 | Contempt-FTA-OSC | Judge Delbert Ray |
| TR02-025 | 7-15-02 | Contempt-FTA-OSC | Judge Delbert Ray |
| CR02-308 CT.1 | 9-18-02 | Disorderly Conduct | D. Pablo, Prosecutor |
| CR02-308 CT.2 | 9-18-02 | Refusal to Obey Order | D. Pablo, Prosecutor |
| CR02-364 CT.1 | 10/30/02 | Battery | C. Muse, Prosecutor |
| CR02-364 CT.2 | 10/30/02 | Disorderly Conduct | C. Muse, Prosecutor |
| CR02-365 CT.1 | 10/30/02 | Disorderly Conduct | C. Muse, Prosecutor |
| CR02-364 BW | 11/5/02 | Contempt of Court | Judge D. Ray, Sr. |
| CR02-365 BW | 11/5/02 | Contempt of Court | Judge D. Ray, Sr. |
| CR02-369 CT.1 | 11/4/02 | Disobedience to Order | C. Fox, Prosecutor |
| CR02-197 OSC | 2-10-03 | Contempt of Court FTA | Judge T. Thomas |
| 2004-0075A-CR | 4-7-04 | Disobedience to Order | C. Fox, Prosecutor |
| 2005-CR-0207A | 7-23-05 | Battery | Prosecutor Candace Fox |
| 2006-CR-0010OSC | 3/21/06 | FTA-Contempt of Court | Judge D. Ray |
| 2005-CR-0310OSC | 7/25/07 | FTA-Contempt of Court | M. Talayumptewa, Judge Pro tem |
| 2005-CR-0312OSC | 7/25/06 | FTA-Contempt of Court | M.Talayumptewa, Judge Pro tem |
| 2006-CR-0043OSC | 7/25/06 | FTA-Contempt of Court | M. Talayumptewa, Judge Pro tem |
| 2006-CR-0044OSC | 7/25/07 | FTA-Contempt of Court | M. Talayumptewa, Judge Pro tem |
| 2005-CR-0296OSC | 9/11/06 | Contempt – FTA | M. Talayumptewa, Judge Pro tem |
| 2006-CR-0229A | 9/11/06 | Contempt of Court | M. James, Prosecutor |
| 2006-CV-0890SC | 1/4/07 | Contempt-FTA | M. Talayumptewa, Judge Pro tem |
| 2006-SA-0040OSC | 3/29/07 | Contempt of Court | J. T. Files Away, Chief Judge |
| 2006-CR-0078OSC | 9/12/06 | Contempt of Court- FTA | Judge M. Talayumptewa |
| 2007-CR-060OSC | 5/3/07 | Contempt of Court- FTA | Chief Judge Files-Away |

**COURT RECORD**

| Arraignment Date | Pre Trial Date | Trial Date | Disposition |
|---|---|---|---|
| CR00-1307 2/5/01 | | | Not guilty/ 2-28-01 Dismissed |
| CR00-1308 2-5-01 | 3-13-01 | | Not guilty/Dismissed with prejudice. |
| CR01-0020 1/22/01 | 4-3-01 11:00 | 6/19/01 9:00AM | Dismissed w/prejudice |
| CR01-0020 1/22/01 | 4-3-01 | 6/19/01 | Dismissed w/prejudice |
| CR01-0020 1/22/01 | 4-3-01 | 6/19/01 | Dismissed w/prejudice |

  P.4

03/07/07

| Case | Date | Date | Trial | Disposition |
|---|---|---|---|---|
| CR01-0429 CT.1 11-5-01 | | | | Dismissed without prejudice |
| CR01-0429 CT.2 11-5-01 | | | | Dismissed without prejudice |
| CR01-0429 CT.3 11-5-01 | 11-27-01 | 3/15/02 | | Dismissed with prejudice |
| CR01-0429 CT.4 11-5-01 | 11-27-01 | 3/15/02 | | Dismissed with prejudice |
| CR01-0429 CT.5 11-5-01 | | | | Dismissed without prejudice |
| CR01-0429 CT.6 11-5-01 | | | | Dismissed without prejudice |
| CR01-0429 CT.7 11-5-01 | | | | Dismissed without prejudice |
| CR01-0429 CT.8 11-5-01 | | | | Dismissed without prejudice |
| CR01-0432 CT.1 1/7/02 | 2/26/02 | | | Dismissed with prejudice |
| CR01-0432 CT.2 1/7/02 | 2/26/02 | | | Dismissed with prejudice |
| CR01-0432 CT.3 1/7/02 | | | | Dismissed with prejudice |
| CR01-0432 CT.4 1/7/02 | 2/26/02 | | | Dismissed with prejudice |
| CR01-0432 CT.5 1/7/02 | 2/26/02 | | | Dismissed with prejudice |
| CR01-0432 CT.6 1/8/02 | | | | Dismissed With prejudice |
| CR01-0432BW 2/26/02 | | | | Vacated-found guilty of contempt of c $75.00 fine due 09/30/02.CLOSED |
| CR01-0432BW 9/5/02 | | | | Quashed. |
| CR02-197 CT.1 9-25-02 | 10-29-02 | Jury Trial 2/10/03 | | Dismissed 10/2/03 |
| CR02-197 CT.2 9-25-02 | 10-29-02 | Jury Trial 2/10/03 | | Dismissed 10/2/03 |
| CR02-197 CT.3 9-25-02 | 10-29-02 | Jury Trial 2/10/03 | | Dismissed 10/2/03 |
| CR02-197 CT.4 9-25-02 | 10-29-02 | Jury Trial 2/10/03 | | Dismissed 10/2/03 |
| CR02-212 CT.1 6/3/02 | 6/11/02 | 7/18/02 | | Dismissed with Prejudice |
| CR02-212 CT.2 6/3/02 | 6/11/02 | 7/18/02 | | Dismissed with Prejudice |
| CR02-212 CT.3 6/3/02 | 6/11/02 | 7/18/02 | | Dismissed with Prejudice |
| CR02-212 CT.4 6/3/02 | 6/11/02 | 7/18/02 | | Dismissed with Prejudice |
| CR02-212 CT.5 6/3/02 | 6/11/02 | 7/18/02 | | Dismissed With Prejudice |
| CR02-0100SC 7/29/02 | | | | Dismissed 9/5/02 |
| TR02-0250SC 7/29/02 | | | | Taken under advisement |
| CR02-308 CT.1 9-25-02 | 10-29-02 | Jury Trial 12.10/02 | | $50.00f fine converted to 5 dys in jailCl |
| CR02-308 CT.2 9-25-02 | 10-29-02 | Jury Trial 12/10/02 | | $100.00 fine converted to 10 dys in jail |
| CR02-364 CT. 1 10/31/02 | 1-21-03 remanded | | | $100.00 fine + 10 dys in jail susp.CLO: |
| CR02-364 CT.2 10/31/02 | 1-21-03 remanded | | | $50.00 fine + 5 dys in jail susp.CLOSE |
| CR02-365 CT.1 10/31/02 | 1-21-03 remanded | | | Dismissed with prejudice 12-17-0: |
| → CR02-364 BW 12/4/02 | | | | Found Guilty-remandedCLOSED |
| CR02-365 BW | | | | |
| CR02-369 CT.1 1/6/03 | | | | Dismissed with prejudice 12/17/0 |
| CR02-197 OSC 3-4-03 | | | | |
| 2004-0075A-CR 6-21-04 | 6-29-04 | 8-10-04 | | Dismissed with prejudice 7-13-04 |

Case 1:14-cv-00045-JL   Document 1-5   Filed 01/29/14   Page 13 of 14



P.5

03/07/07

| Case | Date | Disposition |
|---|---|---|
| 2005-CR-0207A 7/25/05 | 11-15-05 9AM | Dismissed |
| 2006-CR-0010 OSC 4/5/06 | | |
| 2005-CR-0310OSC 8/15/06 | | $50 fine concur w/2005-312&200 |
| 2005-CR-0312OSC 8/15/06 | | SAA |
| 2006-CR-0043OSC 8/15/06 | | SAA |
| 2006-CR-0044OSC 8/15/06 | | SAA |
| 2005-CR-0296OSC 9/26/06 | | Guilty, pay restitution $721.31 |
| 2006-CR-0229A 9/26/06 | 11/21/06 10:30am | Dismissed |
| 2006-CV-089OSC 2/9/07 | | |
| 2006-SA-004OSC 4/4/07 | | |
| 2006-CR-0078osc 9/12/06 | | $250.00 fine/ submit a plan by 5/8/07 take care of this. |
| 2007-CR-060 5/15/07 | | Guilty, $50.00 fine suspended to no fur within 60 days. |

**SPECIAL INFORMATION**

CR02-010/ TR00- 025 7/29/02 Taken under advisement, court will render it's order on August 16.02. Parties shall habe their motion/ arg August 14, 02.

 

P.8

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/03/2007 | | | | | Defendant Cause Listing | | | Page 2 |
| | | | | | Reporting Date Range: 01/01/1900 thru 12/31/9999 | | | |

| Case | Date | Type | | Code | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 2006-CR-0043OSC2 | 07/25/2006 | CPLT | OTH | CMPT | CONTEMPT OF COURT | | 50.00 | 50.00 |
| 2006-CR-0044OSC | 07/25/2006 | CPLT | OTH | CMPT | CONTEMPT OF COURT | | 0.00 | 0.00 |
| 2006-CR-0078OSC | 09/12/2006 | CPLT | PPL | CMPT | CONTEMPT OF COURT | | 250.00 | 250.00 |
| 2006-CR-0229A | 09/12/2006 | CPLT | DIS | CMPT | CONTEMPT OF COURT | | 0.00 | 0.00 |
| | 10/25/2006 | | | DSMC | DISMISSED BY COURT | | | |
| 2007-CR-0600SC1 | 05/03/2007 | CPLT | OTH | CMPT | CONTEMPT OF COURT | | 0.00 | 0.00 |
| 2006-SA-0050SC | 03/29/2007 | FDOM | OPN | COC | CONTEMPT OF COURT | | 0.00 | 0.00 |
| 2005-JDN-0090SC1 | 08/10/2006 | GARD | CLS | CMPT | CONTEMPT OF COURT | | 0.00 | 0.00 |
| | 09/21/2006 | | | CLSD | CLOSED | | | |
| 2004-JV-0120SC | 10/28/2004 | JUVI | CLS | CMPT | CONTEMPT OF COURT | | 0.00 | 0.00 |
| | 12/08/2004 | | | DIS | DISMISSED | | | |
| 2004-PO-017 | 03/01/2004 | PROT | CLS | INJ | INJUNCTION | | 0.00 | 0.00 |
| | 01/14/2005 | | | PIEX | PROTECTION/INJUNCTION EXPIRED | | | |
| 2004-PO-023 | 03/09/2004 | PROT | CLS | INJ | INJUNCTION | | 0.00 | 0.00 |
| | 01/24/2005 | | | PIEX | PROTECTION/INJUNCTION EXPIRED | | | |
| 2004-PO-104 | 11/09/2004 | PROT | CLS | PROT | PROTECTION ORDER | | 0.00 | 0.00 |
| | 11/15/2004 | | | CLSD | CLOSED | | | |
| | | | | | Offense Count: | 62 | Defendant Totals: 1,021.31 | 1,021.31 |
| | | | | | Offense Count: | 62 | Defendant Totals: 1,021.31 | 1,021.31 |