Exh C

I, John Debra Collett, D.O.B. _____, reside at _____ and I am making this statement to James Abbott, Investigator for Gordon MacRae. My involvement leading to speaking with James Abbott was as Clinical Director at Derby's Lodge in Berlin, N.H. I was individual counselor for Tom Grover when he was a client at Derby's Lodge.

Thomas Grover never revealed to me that Gordon MacRae perpetrated against him. Mr. Grover spent a great deal of time being confronted in tx. for his dishonesty, misrepresentation and unwillingness to be honest about his problems. Thomas Grover did reveal that he had been perpetrated against sexually, never naming a specific person except to say that it was "Step-Father or foster father". When asked if Thomas meant "Mr. Grover" Thomas replied "among others".

Thomas Grover presented as unwilling to join a group of other people who like himself experienced similar difficulties. Instead he became angry, punched walls, kicked things, and slammed doors to evade and not address his issues.

2

When it became evident that this was going to trial I was contacted by Keene Police Detectives Clarke and McLaughlin.

They questioned me and I had several contacts with them. My experience was that neither of them presented as an investigator looking for what information I had to contribute but rather presented as each having made up their mind and sought to substantiate their belief in Gordon MacRae's guilt. I experienced Detective Clark as primary questioner. I was uncomfortable with his repeated stopping and starting of his taperecorder when he did not agree with my answer to his questions and his repeated statements that he wanted to put this individual where he belonged behind bars, that a Priest of all people should be punished. I confronted Det. Clark about his statements and his stopping & starting the recording of my statement, his attitude and his treatment of me which seemed to me to include coersion, intimidation, veiled and more foward threats as well as being disrespectful. At that point and in later dealings I was overtly threatened concerning my reluctance to continue to subject my self to their tx, with threats of arrest and McLaughlin told me he would personally come to my home, drag me

3

out of it bodily if necessary and force me to appear in court and testify despite my information to him that I was planning to procure medical statements to disqualify me from appearing personally.

My overall experience in interacting with the Detectives was one of being bullied, their bearing an attitude of animosity anger and preconception of guilt regarding Gordon MacRae. They presented as argumentive, manipulative and threatening via use of police power in attempt to get me to say what they wanted to hear.

Debra J. Collett
05/20/08