Cathy

Kathy Green —                                    1-9-13.

I would like for You To know that in the Case of "McREA" The Church Employee who was Charged with Sexual abuse Against Thomas GROVER whom I had known, who is currently In the Supream Court OR Appeals process..
I want You To know that I was Not Compleatly Truthfull with the Investigator "James Abott". The Reason for this is He told me my mother "Trina GROVER" "Trina Lamar" "Trina Ghede was Having a Rough Time and that He would Do what He Could To Help Her out "Financialy"...

It is my understanding He has Given Her a "Cell Phone", "Paid Her Rent", had Intimate Relations with my mom, very Disrespectfull, very unproffecional. And over all A very Good motivation To Get False exculpitary from To people Around Thomas Grover at The Time." I No for fact my mother Has Given Him false Statements for money." OR Gifts."

I think it is very important that

You Know this,, Because I am Enclosing a letter to the Attorney General and explaining this to them.

Also my mom Has Told me Several Times MR James Abott Has Helped Her out Financialy,, And Told me these things OVER the Recorded Prison Phone,, So With that being Said,,

I am very Sorry If this Hurts Your Case,, But MR James Abott's unproffesianalizm Has Created this proobblem // There's Proof of this Relationship. Please Take Appropriate Action.

Thank You //

Charles Glenn 71763
PO Box 14
Concord, N.H.
03301