

8/27/09

On the above date the writer, James Abbott, interviewed Debbie Collette at Tel # 207-247-2650. The writer had previously interviewed Ms. Collette on 5/10/08 and 5/20/08 and these interviews were submitted in a report ending that month. During this interview Ms. Collette and the writer, among other issues, reviewed information and testimony she gave in the 1994 criminal trial of Gordon Mac Rae. Her testimony was given on Sept 13, 1994 during this trial.

In the present interview Ms Collette referred back to the issue of her trial testimony, regarding the alleged assault by a clergyman, where she testified that Grover 'ALLUDED" to the fact that it was a clergy person and at some point also a foster father (P7 lines 3-23). She advised me that during the trial she was very emotional and that the prosecuting attorney had confused her and that she had always meant that Grover only alluded or implied abuse by his foster father and a clergyman. On page 10 lines 4-8 she was questioned " SO YES HE DID DISCLOSE TO YOU"? and she answered "ABSOLUTELY." She states this was still a conclusion she drew from all Grover's inuendos and implications, not a direct statement from Grover. This confusion and pattern continued throughout her testimony. Again on p10 line 10 she describes a clergy man as ONE of the people who allegedly abused Grover. On page 11 lines 17 -20 Ms. Collette testified she disagreed with a transcript of her interview taken by Det. Clark of the Keene N.H. PD and she testified that she had asked for the transcript but never received same. In addition Ms. Collette stated in this 8/ 27/09 interview that she has never seen or heard the original tape although she has requested this tape several times.

In today's interview Ms Collette advised that her therapy conversation with Grover was confusing, disjointed and he made several implications that he was abused by a clergyman, foster father, and babysitters "among others". Ms Collette advised the writer that at this point Grover had lost all credibility with her as he was not specific in his allegations but would allude and imply these abuses. Ms Collette also advised that Grover had problems in group therapy with the other patients as he was perceived as a chronic liar in group therapy.

Collette testified that Grover also implied he was abused as a small child (p30-9-11). At one point, in this present interview, Collette stated to the writer that Grover implied abuse by so many disparate people that his credibility was seriously in doubt. Ms Collette stated she thought that Grover was going for "some kind of sexual abuse victim world record". Again, in trial testimony on page 45 Collette stated that Grover gave her the impression he was abused as a small child.( It should be noted that this "disjointed" speech pattern of Grover's has previously been described by his wife, Trina Ghedoni, as an indication of his lying and deception.)

Regarding the issue of a chess set, Collette stated that sometime after the 94 trial she had occasion to meet with a friend, father "Moe" Rochefort and this issue arose in their conversation. She could not remember the exact timing of their meeting but stated it was probably in Manchester during a time when father Rochefort was assigned to a Catholic College. Rochefort stated to Collette that it was impossible that anyone observed this chess set anywhere in Mac Rae's room in the year 1983 as it was purchased in Bar Harbor Maine in 1986 while Rochefort, Mac Rae and three nuns were on vacation in Bar Harbor. Collette could not remember the last names of the nuns but their first names were Fran, Cathy and Pam. (This coincides exactly with the statements of sisters Pam Wagner, and Frances Liston)

Ms. Collette advised she would be more than willing to testify to the above statement.