

# National P.I. Services, LLC
**660 Central Ave. Dover, New Hampshire 03820**
Phone: (603) 742-6669  Fax: (603) 742-6622

My name is Trina Ghedoni and I currently live at _____ in _____ New Hampshire. I came to know a private investigator by the name of Jim Abbott. Mr Abbott was working on a case involving my ex-husband Tom Grover. I gave information to Mr. Abbott about Tom Grover. My son Charles Glenn who is in jail knew that I had given information to Mr. Abbott. Back in November December of last year, Charles wanted me to get Mr. Abbott to get him an attorney to handle his appeal. We tried but it didn't happen. Charles was very mad. Charles blamed Mr. Abbott and myself saying we didn't do enough. Charles became so angry that he was threatening Mr. Abbott and myself. Charles said he was going to do something about it. I stopped contacting my son in jail because of the threats including that he would kill me. A couple of days ago I learned from a different private investigator that my son had filed a letter saying that I got money for giving false statements about Tom and had sex with Mr. Abbott. I was loaned money from Mr. Abbott, which I paid back. I never had sex with Mr. Abbott who has always been a gentleman. The information that I gave about Tom Grover was truthful and I standby it.

_____    2-5-13
Trina Ghedoni              Date

_____    2-5-13
Witness: Susan Smith       Date

*Clients come to us because of referrals;*
*they stay with us because of results.*