1/30/09

On 1/27/09 the writer, James Abbott interviewed Ms Trina Ghedoni at her residence. The purpose of this was to receive photos of Thomas Grover, around the year 1996 flashing approximately $30,000 in cash around with Ghedoni's children in the Manchester youth correctional facility.

Ms Ghedoni provided 10 photos of her children displaying cash and on several photos the shots had been cropped out. Ghedoni advised that with the passage of time from 1996 to the present she had forgotten that she had cut Tom Grovers image from the photos.

Ghedoni advised she did this sometime after she left Grover and she did not want to see Grover in the same shots as her children. Not only did she not want to see Grovers picture with her children, she did not want her children to have a positive image of Grover available to them as minors and teenagers. Ghedoni also provided a photo of Grover circa 1996 which was not connected to the photo's of the cash award.

Ghedoni was apologetic for her memory of deleting Tom Grover from the shots as she explained that she had simply forgotten she had cut out his images.

THE ORIGINAL 10 PHOTOS WILL BE FORWARDED TO CATHY GREEN UNDER SEPARATE COVER



Charles Glenn



Thomas Grover



Trucker Bernhardt



shalina ?



Genevieve + Shalina ?



Cash →

Charles

