Exh G

3/14/08

On 3/11 and 3/12 2008 Trina Ghedoni was interviewed by James Abbott at the Valley St. Jail Manchester N.H. Ms Ghedoni's DOB is          and her inmate # is         .

Over this 2 day period the writer provided Ms Ghedoni with Vols 2 to 4 of Thomas Grovers trial testimony taken in 1994. Ms Ghedoni reviewed these volumes page by page with the writer to identify any discepmcies in the testimony. Ms Ghedoni began by advising the writer that she expects to be sentenced on April 3 and then transferred to Goffstown prison.

In Vol 3 page 47 lines 1to 23 Ghedoni stated Thomas Grover (TG) lied . Although Trina was not present the first day she was there every other day. On Monday TG had taken his full dosage of medicin but Mon. night went to the hospital for more drugs, which he received. On Tues morning ,the second day of the trial,and after meeting with Pauline Goupil, TG took an entiredays dosage of drugs before he took the stand. Ghedoni was aware of this because TG revealed these details to her .

Ghedoni met TG around 1992 and dated TG untill 1994 when TG asked her to marry him; Ghedoni states TG wanted this because it would look better and more importantly, he needed the security of a wife for the trial. Ghedoni stated that during the entire 2 and a half years they were together before the trial TG never stated one word of abuse by Gordon Mac Rae and she only discovered this as a result of the trial. TG had told Ghedoni that he had to testify at the trial because Mac Rae had abused other boys and TG was to testify regarding this.Just at trial time TG told Ghedoni he was one of the abused boys. Because of "Gaps " and inconsistencies in TG 'S numerous versions of his alleged abuse Ghedoni had postponed the marriage. TG would only explain things in emotional ways and was often

(2)

putting forth various versions of the same incidents. During her entire relationship with TG from 1992 to 1997 Ghedoni stated TG never stated or alluded to any loss of memory whatsoever. Ghedoni advised TG always had a great memory and that he never forgot anything but he could, and would ,disassociate or repress unpleasant events in his life,only to resurface these memories if it benefited TG at the time.

When asked why TG made the accusation and went to trial in 1994 and not earlier in his life Ghedoni replied "they" wanted him to do it because TG could be lead and manipulated .When asked who "they" were Ghedoni replied Mc Laughlin and, perhaps his brother David. Grover had never told Ghedoni he was molested but advised Ghedoni that his brother David was abused by another priest.

Pauline Goupil was ,according to Ghedoni, someone who would filter TG'S testimony daily,confer with Det Mc Laughlin before trial,and insure TG was medicated to withstand the ordeal of testifying. Ghedoni never observed any interaction between Goupil and TG during the trial itself.Ghedoni believes TG first contacted Debbie Collett in 1986 then sometime later Det Mc Laughlin and lastly his civil attorney.

Ghedoni is unaware of any other scams TG might have engaged in and only referred to TG'S possible plot with Tod Biltcliff (Dominic Martin) in earlier years.

Ghedoni advised that TG received $150,000 from Sun Life insurance in Canada and that he gambled away $138,000 in 6 Months at Las Vegas Casinos.

Ghedoni repeatedly stated TG was a compulsive liar and when he was confronted

(3)

by her in lies he would lose his temper and sign into the "D" unit in Elliot Hospital

Ghedoni stated "He can tell a lie and stick with it in fine detail to the bitter end ". TG checked into this hospital 6 or 8 times in a 2 year period after the trial.

In 2002 Ghedoni's ex husband Lazaro Lamar told Ghedoni that he was in the N.H. prison in Concord N.H at the same time as Mac Rae, and that although he never met Mac Rae he told her that during his stay (1988-2003) he had repeatedly heard that Mac Rae protested his innocence to other inmates .

In Vol 4 page 15 line 20 to 23 "Now Mr Grover——isn't that true" Ghedoni states it is true TG would mold any story to fit his needs. Vol 4 page 16 Ghedoni states TG told her he tried to run but never told her that TG had his pants unzipped by Mac Rae. TG had no self control and a bad temper and Ghedoni advised that at some point TG would have exploded on Mac Rae if he had been abused by Mac Rae.

Vol 4-115 lines 14-16 Ghedoni stated that TG lied about the date he first saw the chess set in the Rectory. TG testified he saw it in 83 but records showed it was 1986 that the set was bought. At the time of the trial Ghedoni accused TG of lying about the date and asked TG why he lied about this date. TG responded that he really did not remember the date he saw the set but described the set in minute detail to Ghedoni. Ghedoni still remembers he described the set as being a table set with inlaid marble, drawers and carvings on the legs, colors of pieces and the stand. With all this detail Ghedoni contends TG also was well aware of the proper dates, but

(4)

that 1983 fits the story better than 1986 and that is what they wanted him to say.

Ghedoni advised that her son Charles Glenn, presently in jail for homicide would speak with the writer, but she can have no direct contact with him, Ghedoni then wrote notes to her daughters Shalina and Taneesha Glenn asking them to cooperate with the writer in an attempt to interview Charles Glenn.

Ghedoni advised she was willing to review additional documents on behalf of the writer and would assist in this investigation wherever possible