THE STATE OF NEW HAMPSHIRE
SUPERIOR COURT, CHESHIRE COUNTY
-------------------------------------------------------------
THE STATE OF NEW HAMPSHIRE

– against –

GORDON MacRAE

Defendant-Petitioner
-------------------------------------------------------------

DOCKET #:  #93-S-0218-0228
1076-1078
1229-1231
1554-1557

AFFIDAVIT OF DEFENDANT-PETITIONER GORDON MacRAE

Gordon MacRae, the Defendant-Petitioner in the above encaptioned case, hereby states the following, under the penalty of perjury.

1. I am the Defendant-Petitioner in the above encaptioned case.

2. Several facts in the main brief on my behalf are supported in whole or in part by my personal knowledge of the circumstances of this case. These are as follows.

3. The description of the rectory set out in the brief is accurate. Specifically:

   a. The rectory kitchen is on the main floor, as are a bathroom, and living room with a television, used for meetings, four business offices, and the dining room. Two stairways open into that floor and there are three doorways to the outside.

   b. Also on the main floor is a large reception area, in which two secretaries worked – sometimes six days a week.

   c. On the second floor is another living room, one bedrooms for a priest, two guest rooms and the bookkeeper's office. Two staircases opened into the second floor. I lived on the second floor from June through August, 1983.

-1-

    d.    On the third floor there are two bedrooms with adjacent studies and baths, and a guest room. One stairway opened into the third floor.

4. In the summer of 1979, I was a seminary student, assigned to a parish in Keene. The following two summers, I was assigned to parishes in other towns. The Grovers maintained contact with me during that time, and on occasion I would stop by the Grover house. I stayed overnight there once during the winter of 1980.

5. I never told detective that the term "phebophile" was applicable to me. Rather, I informed him that someone who might be attracted to someone Grover's age would be a "phebophile," not a "pedophile."

6. Tom Grover received $195,000 from the church for his claims. Jon Grover received $195,000 and David Grover received $180,000, for their claims.

_____
Gordon MacRae

Sworn to me this \_\_ day of November, 2011

_____
Notary Public