1

THE STATE OF NEW HAMPSHIRE

HILLSBOROUGH, SS                                           SUPERIOR COURT

* * * * * * * * * * * * * * * *

DAVID GROVER

v.

ROMAN CATHOLIC BISHOP OF
MANCHESTER, GORDON MACRAE,
FATHER JOHN DOE 1 AND FATHER
JOHN DOE II

93-C-1330
(Hillsborough County North)

AND                                           July 15, 1996
                                              July 17, 1996
LAWRENCE A. CARNEVALE

v.

ROMAN CATHOLIC BISHOP OF
MANCHESTER, GORDON MACRAE,
FATHER GERARD BOUCHER

93-C-1243
(Rockingham County)

* * * * * * * * * * * * * * * *

<u>TRANSCRIPT OF TESTIMONY OF PAULINE GOUPIL
BEFORE THE HONORABLE CAROL ANN CONBOY
MANCHESTER, NEW HAMPSHIRE
HILLSBOROUGH COUNTY NORTH</u>

1  local parish in Merrimack, Our Lady of Mercy parish,
2  and in the last three years was a paid position there
3  as a youth minister.
4      Q.   What did that consist of?
5      A.   It consisted of providing youth with guidance
6  around developing personal values, social types of
7  experiences, providing religious education and
8  forming -- helping them form their own set of morals.
9      Q.   Now, when did you first have contact with
10 Thomas Grover; do you recall?
11     A.   I believe it was in June of 1993.
12     Q.   And under what circumstances did that arise?
13     A.   He came to the New Life Center, which was a
14 private agency that I was employed at at that time, to
15 seek services for several issues.  That was following
16 a phone conversation that the administrator of the
17 agency had with you, Mr. Upton, seeking a female
18 therapist to provide services for Thomas Grover.
19     Q.   And did you thereafter provide psychotherapy
20 for Tom?
21     A.   Yes.
22     Q.   And how long has that psychotherapy gone on?
23 Has it gone on right through the present?

1  A. I would like to say it has, but I haven't
2  seen Tom now since July of 1995.
3  Q. Does Tom have a problem periodically of not
4  coming to his therapy sessions?
5  A. Yes.
6  Q. Okay. We'll get into that a little bit
7  later. What did you find out about Tom's family life
8  in the course of the psychotherapy?
9  A. Well, I'm aware that Tom was adopted by the
10 Grovers as an infant. That he had several siblings.
11 I think it was seven or eight. That they were a
12 multi-cultural family. That Pat and her husband were
13 very religious people, and that the atmosphere at home
14 was a very caring atmosphere and that the center of
15 their life was formulated around their relationship
16 with the church.
17 Q. What did Tom tell you about his religious
18 experience as a young man?
19 A. Well, he told me that he liked going to
20 church. That he felt really good about the
21 relationship that he had with God as a child. He
22 spoke to me about how he felt at his first communion.
23 That he felt that he was very special at that time

1   A.   That's correct.
2   Q.   Now, did you review your records in the time
3   that you were away about the number of visits that you
4   had with Tom?
5   A.   Yes.
6   Q.   And were you incorrect when you testified
7   that there was a total of 17?
8   A.   Yes.
9   Q.   Would you say when you saw him and on how
10  many occasions?
11  A.   I saw him for eleven sessions in 1993; for
12  eight sessions in 1994; for six sessions in 1995, and
13  for three sessions in 1996.
14  Q.   And what's the total number?
15  A.   Twenty-eight.
16  Q.   And that's different from the 17 that you
17  testified about the other day?
18  A.   That's correct.
19      MR. UPTON:   I have nothing further.
20      THE COURT:   Point of clarification.  Ms.
21  Goupil, you spoke about the fact that in your opinion
22  children who experience abuse, as we are talking about
23  here, suppress the experience.