7/28/09

On today's date the writer, James Abbott, interviewed Trina Ghedoni at tel# 603-         regarding an assault upon her by Thomas Grover while they lived at          in the early 90,s.

Ms. Ghedoni advised she was having an argument with Grover while she was putting some food into the refrigerator and Grover closed the door on her head, breaking her nose. She stated that she believed it was an accident, however the argument escalated and the Police responded and arrested Grover as he was disorderly and ruining furniture.

When the police were taking Grover out he slipped on some ice on the outside steps, dragging an officer down to the ground. A scuffle ensued and he was charged with resisting arrest, and assault on an officer.

Ghedoni also stated Grover was charged with burglary earlier in his life but she could not remember if it was in Keene or Manchester.

Ghedoni was asked if any charges were ever dropped on Grover by the police, to entice him to testify against Mac Rae or as a reward for testifying, and she stated she was not aware of any such deal.

Ghedoni advised, as she has done before, that Grover occupied an apt in "Cathedral Manor" on Pine St with another guy who was close to Grover and this individual may know more about Grover setting up Gordon Mac Rae.

The writer could not identify this location from public records, and this lead should be pursued when possible, as Ghedoni believes the past Supt. May remember the name of the co-tenant of Grover's at that time.