---------- Forwarded message ----------
From: **Pam Wagner** <pamwagner44@yahoo.com>
Date: Tue, Aug 25, 2009 at 1:55 PM
Subject: Re: Jim Abbott

Hi Gordon,
As I told Jim I distinctly remember the buying of the chess set. I can remember walking along and you telling us about purchasing one and then showing it to us. At the time when we were asked to testify, I looked thru every calendar I had (being rather anal myself) and I (and Fran) did not have calendars dating back that far. I must have thrown them out when we moved to N.Y. I know you bought a beautiful chess set and you were very excited about it.
Going on retreat tomorrow where you will be remembered with great love and gratitude and the prayer that soon your body will be set free. I know your mind and heart already are. Love, Me

--