April 23, 2008

On April 23, 2008, Trina Ghedoni was interviewed by the writer, James Abbott, at the New Hampshire State Prison for Women at 317 Mast Road, Goffstown, New Hampshire. Ms. Ghedoni's date of birth is            nd her prison identification number is 42143.

I advised that her son, Charles Glenn, was interviewed the previous day and wanted her to confirm or explain his responses to a few questions.

Ghedoni concurred in most of her son's statements as to background, times, and occurrences as follows: She advised when Charles was in YDC, she and Grover would visit Charles weekly and have him home for furloughs. Ghedoni stated that Charles and Grover spent a lot of time together during these furloughs and spoke together quite frequently. There came a time when the allegations against MacRae were in the newspapers and Charles asked her about Grover being abused. She advised that, as far as she was aware at that time SHE told Charles it was not true and she believes Grover did the same to shelter Charles from the truth.

Ghedoni advised that Grover was directed by his legal team to attend counseling sessions and use prescription drugs before and during the criminal trail.

Ghedoni advised that Charles' story of the cash awarded at the civil trial being displayed in the Youth Development Center was accurate, but the amount was probably $20,000 not $30,000 as stated by Glenn. She also confirmed that pictures were taken and her whole family was there when they were taken. Ghedoni also confirmed that she has these photos in her dresser, but all her possessions are in storage due to her being in prison. Ghedoni advised she would provide the writer with the picture as soon as possible through her daughters. She discussed the cash as being in 10 and 20 dollar denominations and carried in a blue velvet bag. The cash was fanned out then stacked in a pyramid for additional shots. Ghedoni confirmed that she and Grover bought two cars with this portion of the settlement.

Ghedoni also stated that she does not believe Grover was assaulted by MacRae as a child but believes they had a relationship after Tom was older. Ghedoni stated she vaguely remembers something about one of the Grover brothers being assaulted by a priest in Litchfield, but she can not recall which brother.

Ghedoni stated Grover was a hustler and not a victim and that Grover was a "Drama Queen" and he was always talking about "how he was going to get the church. They were tightwads and they owed him".

Ghedoni advised that she would get the key and give it to the writer to accompany her daughters to the storage bin to secure the photo. The interview was concluded.