DOC. 25

Form 2

# SEMINARIAN EVALUATION

Seminarian's Name _Gordon_

Parish/Town _Sacred Heart - Marlborough, N.H._       Date _July 23 79_

1. Can you give a brief description of the quality or vitality of the seminarian's involvement in your parish? He has been involved in the Confirmation program; hiking, movies, painting church, visiting elderly etc. Has brought communion to shut-ins, visited hospital regularly & nursing homes. Attended little league & Babe Ruth games, been involved in liturgies etc. Has gotten to know many of the young people as well as families and the elderly

2. Do you think that this seminarian is well known in the parish? Considering his short stay, I would say yes.

3. Does he communicate well with you or others in the parish/parish council? Excellent communication skills; very friendly and has a great sense of humor.

4. Does he show an interest in the religious education programs in the parish? Has he contributed to the programs? How? Yes - has spent time reviewing past programs, suggested possible new teachers and borrowed sample books from other parishes to help us have a better idea of what the best available is

5. Is he involved in the sacramental preparation programs of instruction in the parish (e.g. Baptism, Eucharist, First Penance, Confirmation)? Confirmation (as explained above)

6. Has he demonstrated friendliness and courtesy in his relationships with the laity in the parish? Yes

7. How would you rate his leadership ability, that is, his ability to inspire others and maintain their confidence? From what I have seen - very good

8. How would you rate his ability to work with others (clergy and laity)?

I can't speak for clergy, although he seems to have many friends in the clergy. But as a lay member involved in CCD, Parish Council etc with him, I find him very easy to get along with.

9. What is his reaction to trying situations or to criticism?

About the same as most people - he seems a little sensitive to criticism, but not unduly so.

10. How would you rate his punctuality?

Good

11. Has he shown initiative and creativity in his parish experience (in the liturgy, in education programs, etc.)

He really hasn't had the opportunity to demonstrate his ability in a 6-8 week summer stay.

12. How would you rate his personal appearance (Dress, mannerisms etc.)?

He wouldn't be considered stylish, if that's what you mean - but he is clean and comfortable appearing. He's very open, warm and friendly.

13. Is there any age group or area in which his ministry has been most effective?

Probably among the young although I think the elderly have enjoyed him too.

14. What has impressed you most about this person?

We like him. He has spent considerable time with the family - we have 8 children - they all love him. Even my husband who is a non-practicing Catholic and very off-standish to the clergy, likes him a great deal.

15. Would you be willing to send a member of your family or a friend to this seminarian for pastoral advice and counseling? Please explain.

Yes, he has already spent time with my 14 year old who is an adopted biracial child and has feelings of insecurity and unworthiness sometimes. Gordon has become very important to him.

16. Would you wish to have this seminarian remain as an associate pastor in your parish after ordination to the priesthood? Please explain.

We would love it. As I have said we like him and respect him. We think he will be an excellent priest

-3-

17. Would you recommend this man for ordination to the priesthood at this time?

*Not after 1 yr in the seminary. But I'm sure he'll be ready by ordination time.*

18. Are there any points which you feel should be brought to the bishop's attention before his ordination to the priesthood which may especially enhance or impair his ministry?

*Not that I'm aware of.*

19. Are there any points which you feel ought to be brought to the seminarian's attention before he is ordained to the priesthood?

*Only that which I feel sure is pointed out by his superior. That the freedom he has enjoyed to spend with families, young people, at ball games and etc. may not necessarily be available to him as a pastor – who must become a business manager & financial wizard. He is so friendly and outgoing that perhaps he will find a way.*

20. Any further comments concerning this seminarian?

*Only that it has been a joy having him in our parish this summer and our family will miss him as a friend. We shall follow his progress with interest and look forward to his ordination.*

Signed *Patricia Grover*

Date *July 23, 1979*

*Frost St.*
*Marlboro, N.H.*
*03455*

Please return immediately to: Vocation Department
153 Ash Street
Manchester, N.H. 03105

(123)