Ex P

DOC. 26

Form 1

## SEMINARIAN EVALUATION

Name of Seminarian __Gordon MacRae__ Date __July 30, 1979__

Your Name __Helen Wilson__ Address _____
                                              (street)

_____, __N.H.__ __03455__
(city or town)                    Zip

1) a) Did the seminarian become truly involved in the parish ministry?
   Yes.

   b) In what particular areas was he most involved?
   1. Working with the young people preparing for Confirmation
   2. Visiting the elderly and the sick
   3. Taking part in the parish liturgies.

2) How do you rate his effectiveness in the aforementioned areas of involvement?
   Gordon has handled his duties with responsibility, with an attitude of caring and concern, and the people he became involved with were touched by him.

3. a) How well did he communicate with fellow workers?
   Very well - with all age levels.

   b) With you individually?
   He communicated with me in a friendly, open manner. I shortly came to believe he was a friend

4. a) Did he express a deep interest in parish liturgies?
   Yes. This was an area we did often talk about.

   b) How do you evaluate his participation in liturgical functions?
   Again, Gordon performed his assigned duties in a careful, responsible, respectful manner.

5. Do you consider him a man of prayer? Please explain.
   Yes. I did come to believe (even though he wasn't vocal about it) that God is a very important part of his life.

6. Has he demonstrated friendliness and courtesy in his relationships with the Laity in the Parish?
   Very definitely. One of his best qualities is his very open, friendly manner with all the age levels in our parish

7. How would you rate his leadership ability, that is, his ability to inspire others and maintain confidence?

From my Judgment, he has the ability to draw people out but more, importantly, he works right along with those he does become involve with.

8. Did he demonstrate loyalty to and respect for the teachings of the church?

As far as I could determine - Yes.

9. What is his reaction to trying situations or to criticism?

I would say he would probably handle both situations well because of his easy, calm manner.

10. How would you rate his punctuality?

OK - as far as my contact was concerned.

11. Has he shown initiative and creativity in his parish experience (in the liturgy, in education programs, etc.)?

Yes. He was willing to share with me and other members of our community his ideas and past experiences in particularly in the area of Religious Education.

12. How would you rate his personal appearance (dress, mannerisms, etc)?

Gordon was neat and clean and a gentleman whenever I saw him.

13. Is there any age group or area in which his ministry has been most effective?

From my Judgment - the teenagers would be a group he had the most contact with.

14. What has impressed you most about this person?

His friendly manner, ready smile, but most important his interest in me as a person.

15. a) Does he demonstrate those qualities which are required in one aspiring to sacred ordination?

In my Judgment - yes.

b) Do you recommend that he be encouraged to pursue his priestly formation and education? Please explain.

Yes. I believe he has much to offer to others and his priesthood would be the

-3-

16. Does he seem to have an adequate understanding of theology?

*I don't believe I could honestly answer this question.*

17. Are there any points which you feel should be brought to our attention as we help, guide and support this seminarian?

*Please urge him to continue his preparation because he can be a gift to those his priesthood touches - our Church is in great need of*

18. Are there any points you feel should be brought to the seminary's attention?

*None.*

*vital, concerned young men like Gordon.*

19. Are there any points which you feel ought to be brought to the seminarian's attention as he prepare himself for ordination to the priesthood?

*Only one - that when he is a priest - please advise him not to become so involve with paper work, building projects, committees, etc. that he looses contact with his people and their needs.*

20. Any further comments concerning this Seminarian?

*Gordon MacRae has become a friend to me, my husband and my children. We will miss him.*

Signed _Helen E. Wilson_

Date _July 30, 1979_

Please return immediately to:

        Vocation Department
        153 Ash Street
        Manchester, N.H. 03105