Exh Q

8/13/09

On the above date the writer, James Abbott interviewed Trina Ghedoni at her daughter's home at Tel # 603-          . This interview was relative to her, then ,husband,Thomas Grover continuing his therapy sessions with Pauline Goupil.

Ghedoni stated that Grover never returned for additional therapy once he had the cash from the settlement with the Catholic Church. As previously stated, she advised Grover went on a spending/gambling/drinking binge. Ghedoni advised that Grover received the award in March 1997 and they moved to Arizona in August,1997 and she remained with Grover until May 1998 when she left him and she returned East.

During the entire post settlement period ,Ghedoni states, Grover did not seek out, nor attend, any therapy sessions; not in N.H.;  not en route to Arizona ; and not while she was in Arizona living with him