9/24/08

On 9/22/08 the writer, James Abbott, interviewed Steven Wollschlager at his residence
Tel # 603-         cell # 603-

This interview was a follow up to an interview held in Aug-08 and also based on a police report of Det James Mc Laughlin of the Keene N.H. PD on Nov 1-1988. This report was a case continuation report on case 89-02440 pages 20,21,and 22. (copy attached)

Mr Wollschlager reviewed this report and on page 21 lines 3 to 6 Wollschlager said he never told Mc Laughlin he was to call collect as he lived right in the same town and calling collect was not necessary. Wollschlager also stated that Mac Rae never offered to have Steven stay at his residence and Steven never called Mac Rae at 4AM over any subject matter whatsoever. Steven states that he only knew Mac Rae for a short time and he did, in fact, perceive Mac Rae to be an easy touch for money and help at this time.

On page 3 line 4 Mc Laughlin writes that "Steve feels the suspect may not have been attracted to him and thus didn't make any sexual passes at him". Wollschlager stated this is all "BS" and this conversation never occurred at any time or place. Again on page 3 Mc Laughlin writes "Steve stated things got to the point where he would call the suspect from the Monadnock high school and say he wanted a ride to Keene". According to Wollschlager this also never happened and in fact Wollschlager did not attend Monadnockk High School but attended Keene HS.

Wollschlager also stated that Mac Rae did take him to some lunches but not always alone, he recalls going with Jackie Brogno to Colony Mill and also to another lunch with Mac Rae and a guy from AA.

Wollschlager could remember few other details of this 1988 interview as he was 15 at the time and it was 20 years ago.

Wollschlager advised he was again interviewed by Mc Laughlin in 1994 when he was at the Police Dept on another matter and an officer told him that Det Mc Laughlin wanted to speak with him. Wollschlager was with his girlfriend Wadena Masterson and their child Jasmine at the time(paternity test subsequently revealed he was not the father but at this time he believed he was Jasmines biological father).

At this time in 1994 Wollschlager was using drugs, was without a job and had a baby and her mother to support. During the interview with Mc Laughlin and another Detective named Collingsworth, Mc Laughlin asked Wollschlager if he remembered Gordon Mac Rae and Wollschlager stated that he did, in fact, remember Mac Rae. Mc Laughlin began to pressure Wollschlager to help build a case against Mac Rae. Initially Wollschlager resisted as he said Mac Rae had never attempted to molest him and Mc Laughlin responded to the effect "that's beside the point isn't it we are talking a lot of money" Mc Laughlin went on to state " you have a baby and all these problems and you need money for the baby".

2

Wollschlager stated he was being pressured into accusing Mac Rae and saying things that did not happen and Mc Laughlin was using the baby as a reason to entice Wollschlager to make a false charge against Mac Rae. Again Mc Laughlin stated that " I thought you needed the money" and then Wollschlager asked "how much money " and further discussion of money followed, the details of which Wollschlager can not specifically recall. The conversation terminated with Mc Laughlin giving Wollschlager a" large sum of money" in agreement that Wollschlager would testify against Mac Rae.

Wollschlager advised that he could not specifically recall the exact amount of money given him by Mc Laughlin but believes it was $50 cash. Wollschlager advised that in 1994 this was a significant amount of money to him as he was 19 years old ,no job,on drugs,and with a family to support.

Wollschlager advised the writer that he was subsequently subpoenaed by the District Attorney to testify in the Grover case but could not bring himself to give perjured testimony against a man who had only tried to help him. Wollschlager told the DA secretary that " I know what this is about and I don't want to be part of it". The secretary took Wollschlagers subpoena and went to see the DA and returned advising Wollschlager that he would not be needed for the trial.

Wollschlager went on to state that all the kids in Keene were aware that the Grover brothers were setting up the church and priests for accusations of molestation. This was common knowledge among his friends and the subject of many jokes at the time. Wollschlager described the Grover brothers as "scumbags" in the area at this time.

Wollschlager advised that as far as he knew, Gordon Mac Rae never abused anyone, but rather was a positive influence on Wollschlager and other kids in the area.

Wollschlager advised he would be willing to furnish a signed statement and to also testify on Mac Rae's behalf relative to his knowledge in this matter.

**KEENE POLICE DEPARTMENT** Page -20-

**CASE CONTINUATION REPORT**

MWB

2 hrs 15 min

Narrative Continued: WOLLSCHLAGER DOB 12-7-73

Case Number 89-02440

On 1 Nov 88, Ptlm Richards said he was traveling to the Lake Shore hospital located in Manchester, NH to transport Steven Wollschlager back to Keene for a court appearance. Steve has a CHIN petition that was up for review. I decided to go along so that I could interview Wollshclager regarding this matter.

We arrived the hospital around 1030 and collected Wollschlager. He appeared to be in good spirits and thrilled about the prospect of smoking at will. The hospital has a number of rules which Wollschlager feels are to restrictive and he was watching the clock in anticipation of our arrival.

Once in the car Wollschalager was asked about his treatemrnt and some other forms of treatemrnt that he has received during the last year. The conversation then swung around to MacRae.

The first time Wollschlager met the suspect was in either May or June of this year. Wollschlage was at a friends house and having some trouble with his drug problem. The mother of this friend called the Monadnock Substance abuse center. The counselor who Wollschlager spoke with over the phone was Gordon MacRae. The suspect asked Wollschlager a number 66 of questions including his age and present whereabouts. The suspect then arranged to meet with Wollschlager at the home he was calling from. After picking up Wollschlager the suspect took him to McDonalds for some food. From McDonalds the suspect took Wollschlager to his office. After being in the office after a while, he started to feel the need to go to the hospital and was taken there by MacRae. Wollschlager explained that he was flipping out from the drugs. Arrangements were then made by Macrae to get Wollschlager admitted to the Lake Shore Hospital. Wollschlager stated that the suspect told him that if he needed anything, all hehad to do was call. Shortly after, Wollschlager called and requested clothing. The suspect bought Wollschlager a pair of pants and some socks. The suspect not only bought Wollschlager the items but took them to him at the Manchester Hospital. The suspect also spoke with Wollschlager a number of times on the phone.

# KEENE POLICE DEPARTMENT
Page -21-

## CASE CONTINUATION REPORT

**Narrative Continued:**

Case Number: 89-02440

Wollschlager explained that the first time he met the suspect he was given his card and the suspect wrote his home number on the back and his beeper number. When Wollschlager called the suspect from the hosital he did so collect. The suspect told Wollschlager each time to only call his office collect and not his home. From the money the suspect throws around with teens, I don,t think he was worried about the phone bill, but worried about documentation of the phone calls. This is speculation on my part.

Wollschlager went to the Monadnock Substance abuse center once for counseling. However he didn,t see the suspect but spoke with a woman.

Wollschlager went on to explain further about his relationship with the suspect. Steve said when he needed money all he had to do was call the suspect. The suspect would then show up where Steve had arranged to meet him. The money was given over and Steve never had to make any promises to pay it back. The amount of money was usually five dollars although he did recall getting ten at one time. Steve estimates he got $50.00 from the suspect oevr the summer. I asked Steve how he knew he could get away with this. He stated Mark Bast knows the guy and had told him about him being an easy touch for money and gifts. Steve explained that he just used him for money. I asked him if I was to ask Gordon if they were friends, what would he say. Steve said he would probably think so but he just called the guy to get money and things from him. Steve also explained that he met with the suspect at the Colony Mill. Jackie Brogno was also there and they met in the cafe area of the Mill. Jackie mentioned his fines which needed to be paid and MacRae took both boys to his bank and drew out the $65.00 necessary and gave it to Brogno. MacRae according to Steve told Brogno it was a gift and didn,t need to be repaid.

Steve explained that he has never been to the suspects home but does know where he lives. He states the suspect gave him the offer of coming over *BS* any time he wanted. This was to include the staying the night if need be. Steve stated he never did so, but that he did call at 0400 hrs one time and asked him if it would be all right to come over. MacRae stated to Steve that it wasn,t, and Steve hung up.

Reporting Officer: J.F.McLaughlin

Supervisor Approving:

# KEENE POLICE DEPARTMENT

Page -22-

## CASE CONTINUATION REPORT

**Narrative Continued:**

Case Number 89-C2440

Steve explained that the suspect seemed weird to him but never came on to him sexually. Steve said he continued the relationship for the money. Looking back on it he says it always seemed odd that the guy would do so much and not ask for something in return. [Steve feels as if the suspect may not have been attracted to him and thus didn,t make any sexual passes at him.] *BS* I asked if his friend Mark ever voiced any concerns about the suspect and sexual advances. Steve said he couldn,t recall any conversations like that. [Steve stated things got to the point where he would call the suspect from the Monadnock High school *didnt go to this school — went to Keen* and say he needed a ride to Keene]. *BS* The suspect would show up and do it with no hassle. Steve also explained that he was always taken out to dinner and lunch by the suspect He described places like Papa Gino's and McDonalds.] That when they went to dinner or lunch they would always be alone. *not true Jackie went to McDonalds only* He also said he would attend AA meetings all the time. The suspect on one night took Steve to an AA meeting at the Antéock College. The night was espicaially for youths. *not true*

I asked Steve what his present relationship was with the suspect. He stated he had called him last Thursday 27 Oct 88, and had tentatively arranged for him to visit him at the hospital for Wensday 2 Nov 88. However Steve states the suspect has not called back to confirm the date.

I asked about other youths involved with MacRae. Steve then gave me the names already mentioned. He also mentioned Bill and James Hulaly. Steve said that espicially Bill was very close to the suspect, and hung around with him a great deal.

Steve also said the suspect associated with his parents a couple of times and they walked away thinking and believing he was a great guy.

I asked Steve if he was tricked into doing something sexual with the suspect would he be willing to say anthing. He said he would because he wouldn,t want the suspect to hurt others in the same way. He further stated he would get back at the guy by smashing his car. I briefed E. Dwyer about my conversation with Steve and asked him to followup if possible. The whole truth may not have been revealed by Steve.

Reporting Officer: J.F. McLaughlin

Supervisor Approving: [signature]

WEST LOUISIANA BUSINESS FORMS PN-0079