Exh S

① 10-27-08

My Name is Steven McGillicuddy DOB
I reside at

I give this signed statement at my own free will to Mr James Abbott with no promisses or bribes.

I am willing to testify to the following statement to procede in a court of law or otherwise under oath that I am giving facts and details to the best of my memory.

I have had opportunitys during several periods of my life to know Gordon MacCrea. Never in all our meeting or conversations was there any inapropriate talks of sex. Sex for money, favors. or any other thing relateing to such.

My first encounters with Gordon came while I was age 15 and useing drugs. Gordon counceled me through Monadknok Family Counceling maby 3 sessions. During this time he also introduced me to some friends of his in the AA program. at this time there were never anything inapropriate gouing on. Nor did I ever feel uncomfortable for any reason around Gordon.

In 1988 while in Rehab (which Gordon helped my parents get me into)

?      ②                          McL

I was interviewed by Detective McLaflen about Gordon. This Detective did most of the talking (Did he do this or that) asking me many questions as to wether or not anything inapropriate ever happened with Gordon against me. Never during this time did I say anything to any Police officer that Gordon had done anything wrong towards me.

Years passed and in 1994 before Gordon was to go on trial I was contacted again by the Keene Police detective McLaughlin and Collingsworth. I was aware at the time of Gordons trial knowing full well that it was bogus and having heard of the lawsuits and money involved. also the reputations of those who were making accusations. I agreed to meet with the above mentioned detectives after being told I would be reinbursed for my time/gas money. again during this meeting I mostly just listened to the surveros and statements being spoken to me by the police. The lawsuits and money were of greatest discussion and I was left feeling that if I to would go along with the story I could reap the rewards as well. I ~~left the interviews~~

SW

~~Pete~~ McLaflin asked my many times if ~~this~~ Gordon ever tried to come on to me sexually or offered me money for any sexual favors. In the same breath McLaflin had me believing that all I had to do is make up a story about Gordon and I to could receive a large sum of money as others already had. McLaflin ~~~~ reminded me of the young child and girlfriend I had and referenced that life could be ~~~~ easier for us with a lage amount of money. I knew of the Grovers reputations as well as others involved. Many of whom I went to scholl with. It seemed as though it would be easy mony if I would also accuse Gordon of wrong doing. I left that meeting after being giveing I belive so. easy money like what would come from lawsuits against McCrae. I was at the time useing drugs and would have been enfluenced to ~~tell~~ say anything they wanted for money.

A short time later after being suppoena. to court I had a diffrent feeling about the situation. I did not want to lie or make up stories. after specking with the clerk of courts I was aproched



by another person. after telling this person I did not wish to be there as I stated Gordon had never done anything wrong towards me. sexually or otherwise. I was told I could leave. This person seemed visibly upset that I had nothing to say.

EOS

[signature]

10-27-08