

8/28/08

On 8/26/08 The writer ,James Abbott,interviewed Steven Wollschlager DOB            at his residence .                    , Tel #              d cell # 603-

Mr Wollschlager was interviewd at approximately 9:45 PM in his kitchen and in the presence of his fiancée Laura Daust .

Mr Wollschlager and Ms Daust were extremely cooperative and forthcoming relative to the case of Gordon Mac Rae.

Mr Wollschlager advised he was in Lakeshore hospital in drug Rehab when he was introduced to Mac Rae by Juvenile Service Officer Emmet Dwyer around 1988. Wollschlager met with Mac Rae and received needed counseling from him at that time.

Sometime in the late 80s or early 90s Wollschlager was approached by the police while he was in rehab and the police" kept trying to get me to say things I didn't do". This was in relation to his association with Gordon Mac Rae and there was a discussion of money at that time by a police officer ,whose name Wollschlager said he could not remember at this time, but it would come back to him. Wollschlager advised he was subpoenaed by the prosecution in the 94 criminal trial but was not allowed to testify. Had he been able to do so he would have testified that Mac Rae never made a single sexual advance or overture towards him.

Wollschlager further advised that he again met Mac Rae in prison where he was sentenced for armed robbery for holding up a doughnut shop. Again Mac Rae counseled him and turned his life around.

Wollschlager advised that in the early 90s all the kids in Keene N.H. bragged about how easy it was to set the priests and the church up for money over sexual abuse charges.All the kids were aware that the church was giving out large sums of money to keep the accusations from becoming public and this fed the imagination of the local kids to join in these allegations. He remembers the Grover kids bragging about setting up and getting money from the church. He described the Grover kids as a "pack of scumbags" including the girls in the family. Wollschlager mentioned to his fiancée that 2 guys from Keene would remember more than he did. Those boys are Brandt Parker( Phoenetic) and Jack LNU (last name unknown) Wollschlager said he would try to contact these 2 individuals for further information.

Regarding Mac Rae he states he believes these kids set him up as he was approached himself and finally interviewed by a cop who kept trying to get him to state he was abused by Mac Rae.

Later in the conversation I asked Wollschlager about a list of names associated with this investigation and when I brought up the name James Mc Laughlin, Wollschlager turned to his fiancée and said wasn't' he the Detective that won money in the lottery? Wollschlager described Det Mc Laughlin as a creepy weasel type of guy who was very pushy in his interviews. Wollschlager advised Mc Laughlin may have been the cop who tried to push him to accuse Mac Rae but he is not sure as it was 15 years ago and he was only a teenager at the time.

In light of the fact that it was getting quite late and he had just gotten home from work it was apparent Wollschlager was tired and stressed (yet very cooperative). In addition the writer was of the opinion at this time that Wollschlager might be more comfortable in a setting that excluded his family from the details of this story. Additionally the writer was of the opinion that a conversation with Gordon Mac Rae would be beneficial before a more formal interview took place. This would enable a complete backdrop to Wollschlagers relevance in this investigation. This coupled with Wollschlagers desire to help Mac Rae removed the necessity of an interview that was not well prepared. Wollschlager asked for some time to gather his thoughts and memory and to contact Parker and Jack LNU in Keene. Wollschlager asked the writer to forward his address to Mac Rae and have Mac Rae write him a letter to let him know how Mac Rae is doing.(this was done by E-Mail to Eileen Nevins)

Wollschlager advised he will make himself available for a future interview and this interview was terminated.

Questions for Wollschlager.

How did you meet Mac Rae  *at counseling center in S[t]*

Did Mac Rae buy you a pair of pants and socks when going to Manchester hospital  *yes*

Did Mac Rae ever tell you call his office collect and not his home  *NO (both [illegible] in Keene) (didn't remember) had anxiety*

Did you go with Mac Rae and Jackie Brogno to the bank and did Mac Rae give Brogno $65  *probably*

Did you ever tell any Detective Mac Rae was not attracted to you and thus he never approached you  *no*

Did Mac Rae take you out to dinners and lunches---if so were you always alone with him?  */other guy in B4 Colony mill Justice B [illegible]*

Bill And James Mullaly who are they/connection/ever any accusations vs Mac Rae  *twins don't remember*

Nature of Mc Laughlins interview of Steve in Plankey case (1988)  *don't remember*

Mc Laughlin tries to get Steve to accuse Mac Rae  *pressure from Cops to build case*

1999 conversation with Gordon Steve tells him Mc Laughlin approach in 1994 TG trial  *yes*

Mc Laughlin asks him if he remembers Gordon and wants to accuse him---  *no — 50,00 way dry [?]*

That's sort of beside the point isn't it were talking a lot of money here  *Young kid, Remembers this with Nadene Maclercon,*

I thought you needed money---How much money  *+ baby Jasmine. - you have baby + all this & you need money for baby. He*

I know what this is about and I don't want to be part of it  *used baby to entice Steve to make accusations - Mc Laughlin gave $70.00*

Pd kept trying to get me to say things I did not do →  *at some game some money.*

In 1990s all kids in Keene talked of how easy it was to set up church and priests  *would testify easy money — subpoena.* *Big Cath amongst kids knew Grovers Rutwald Gordon*

HOW MANY KIDS HANG AROUND WITH, HOW MANY SPOKE OF EASE OF ACCUSING PRIESTS  *hung around with 10 kids*

Did you ever hear of ANY kid stating he was actually assaulted by Mac Rae or any other priest  *only J.B. in ORION home  no*

Grover boys? Reputations etc.  *Pack of scumbags.*

Ever hear a direct accusation by anyone that Mac Rae assaulted them?  *no.*