THE STATE OF NEW HAMPSHIRE

CHESHIRE, SS.                                    SUPERIOR COURT


\* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                    \*
STATE OF NEW HAMPSHIRE              \*
                                    \*
        v.                          \*
                                    ⌡
GORDON MacRAE                       ⌡
                                    ⌡
\* \* \* \* \* \* \* \* \* \* \* \* \* ⌡


INTERVIEW OF THOMAS A. GROVER


          Interview taken by agreement of counsel at

          the Cheshire County Attorney's Office, 12

          Court Street, Keene, New Hampshire, on

          Friday, September 2, 1994, commencing at

          3:05 p.m.


          Court Reporter:

          Sandra Lee Kulacz, CSR, CM

---

BRAGAN REPORTING ASSOCIATES, INC.
CERTIFIED SHORTHAND REPORTERS · REGISTERED PROFESSIONAL REPORTERS
PROFESSIONAL VIDEOTAPE SERVICES

117 MARKET STREET
P.O. BOX 1387
MANCHESTER, NH 03105-1387
(603) 669-7922

(TOLL-FREE IN NH)
1-800-322-0511

1   APPEARANCES:

2

3   For the State:          CHESHIRE COUNTY ATTORNEY
                            By: Bruce E. Reynolds
4                           Assistant County Attorney
                            12 Court Street, P.O. Box 612
5                           Keene, NH  03431

6   For the Defendant:      BRAGDON, BERKSON & DAVIS,
                            PROFESSIONAL CORPORATION
7                           By: James R. Davis, Esq.
                            82 Court Street, P.O. Box 465
8                           Keene, NH  03431

9   Also Present:           Ira H. Cook, Investigator
                            Exeter, NH

10

11                          *  *  *  *

12

13

14

15

16

17

18

19

20

21

22

23

1          (The following interview of

2          Thomas A. Grover was taken:)

3    QUESTIONS BY MR. DAVIS:

4         Q.   Hi, my name is J. R. Davis, I'm one of

5    the attorneys that represent Gordon MacRae.

6              MR. REYNOLDS:  It's just questions here,

7    just an interview.  Let's just do questions, just

8    cut right to the chase.

9         Q.   Would you prefer that I call you Mr.

10   Grover or Tom?

11        A.   Mr. Grover.

12        Q.   Okay, Mr. Grover, would you please tell

13   us where you're living now?

14             MR. REYNOLDS:  No, he won't tell you

15   where he's living.  Manchester, New Hampshire.

16             MR. DAVIS:  Is there a reason why we

17   can't find out his address?

18             MR. REYNOLDS:  Well, I guess if you can

19   provide us with some explanation why you need it,

20   that might be helpful.

21             MR. DAVIS:  Well, I guess the thing to

22   do is let's start by seeing how many questions I

23   can get answered, then maybe we can put together

1   the ones that are objected to.

2           MR. REYNOLDS:  Okay.

3       Q.   Could you tell us how long you've lived

4   at your current address?

5       A.   Less than three months.

6       Q.   Okay, do you know the date you moved?

7       A.   The exact date, no.

8       Q.   Do you know which month you moved?

9       A.   I believe it was June.

10      Q.   Of 1994?

11      A.   Yes.

12      Q.   Okay.  And where did you move from?

13      A.   I moved from 452 Pine Street,

14  Manchester, New Hampshire.

15      Q.   Is that a house or an apartment or --

16      A.   Apartment.

17      Q.   Do you know what the apartment number

18  was?

19      A.   Number 13.

20      Q.   Do you know who your landlord was?

21      A.   I'm not sure what his first name was,

22  but his last -- it's GAMACHE.

23      Q.   Any idea how to spell that?

5

1          A.    G A M A C H E.

2          Q.    Did you pay the rent to him or to

3    somebody else?

4          A.    No, there was an on-site manager, paid

5    the rent to Dick Fortin, F O R T I N.

6          Q.    And that was an on-site manager?

7          A.    Yes, on-site manager.

8          Q.    Did he actually live there?

9          A.    Yes, he actually lived there.

10         Q.    Okay.  How long did you live there?

11         A.    Less than a year.

12         Q.    And did you live in the apartment at

13   number 13 at 452 Pine Street with anyone else?

14         A.    No.

15         Q.    Okay, so you lived by yourself the

16   entire time?

17         A.    Yes.

18         Q.    Do you live by yourself now?

19         A.    No.

20         Q.    You live with someone else?

21         A.    Yes.

22         Q.    Would you be willing to tell us who?

23         A.    No.

1     Q.   Okay.  Is it more than one person?

2     A.   It's a family.

3     Q.   Before you lived at 452 Pine Street,

4  where did you live?

5     A.   96 Prospect.

6     Q.   In Manchester or Keene?

7     A.   Yes, Manchester, New Hampshire.

8     Q.   House or an apartment?

9     A.   Apartment.

10     Q.   And who was your landlord there?

11     A.   Michael Terry.

12     Q.   Did he actually collect the rent or did

13  someone else?

14     A.   He actually collected it.

15     Q.   Okay, when you were at 96 Prospect

16  Street, do you remember what the apartment number

17  was?

18     A.   I believe it was 2.

19     Q.   Did you live with anyone else there?

20     A.   Yes, I did.

21     Q.   Okay, and who did you live with at 96

22  Prospect Street?

23     A.   How important is that?

1      Q.   Well, I think it's important and

2   relevant.

3      A.   I lived with Shannon Curtis,

4   S H A N N O N.

5      Q.   Curtis?

6      A.   Yes.

7      Q.   Was that a man or a woman?

8      A.   Man -- it's a woman, it's a lady.

9      Q.   Did -- I may have misunderstood, did

10   Shannon have a sex change operation or did I just

11   --

12      A.   No.

13      Q.   Always been a woman?

14      A.   Yeah, always.

15      Q.   And excuse me for asking, but were you

16   all just every day friends or were you all any

17   kind of special friends?

18      A.   I'd rather not answer that.

19      Q.   Do you know when you moved into --

20   excuse me, 96 Prospect Street?

21      A.   I think it was August of '82 -- no, it

22   was August of '81.

23          MR. REYNOLDS:   '81 or '91?

1       A.    '91.

2       Q.    So you lived there from approximately

3  August of '91 until you moved to Pine Street in

4  Manchester?

5       A.    No, I lived there, then moved out for

6  about a year.

7       Q.    Do you know when you moved out?

8       A.    No, I'm not sure when that was, but in

9  that period since '91, August of '91 until late in

10  '93 I had already moved out of there at one time

11  for a year and then moved back to 96 Prospect. I

12  moved to 452 Pine.

13       Q.    Did Shannon Curtis live with you the

14  entire time you were at Prospect Street?

15       A.    Yes.  She's lived there since August of

16  1991 when we moved in together.  She's lived there

17  since that time.  I've moved out and I moved back

18  in, and then moved out and then --

19       Q.    And stayed out?

20       A.    Right.

21       Q.    The time you moved out you were gone for

22  about a year?

23       A.    Yeah, I'd say approximately a year.

1    Q.    Do you know when that was?

2    A.    I don't know, I believe that was in '92.

3    Q.    Any idea --

4    A.    From what date to what date, I really

5    don't know offhand.

6    Q.    And when you moved out, where did you

7    live?

8    A.    452 Pine, same as -- I've lived there

9    twice.

10    Q.    Okay, was it apartment number 13 both

11    times?

12    A.    No, it was 11.

13    Q.    The first time?

14    A.    The first time.

15    Q.    Was Mr. Fortin the on-site property

16    manager both times?

17    A.    Yes, he was.

18    Q.    Okay, and the first time you lived at

19    Pine Street, did you live by yourself?

20    A.    Yes, I did.

21    Q.    Do you remember where you lived before

22    Prospect Street?

23    A.    No, not right offhand.  There is a new

1    manager there, though, at 452 Pine, I'm not sure

2    what his name is, but he was there a month before

3    I left, I don't know, three weeks before I left,

4    so I didn't really -- Dick Fortin is not the

5    manager there anymore.

6          Q.   Someone replaced Mr. Fortin?

7          A.   Right.

8          Q.   But before you went to Pine Street, you

9    lived at Prospect Street?

10         A.   Right.

11         Q.   And my question -- and you think you

12   moved to Prospect Street the first time about

13   August of 1991, is that right?

14         A.   Right.

15         Q.   Do you know where you lived before then?

16         A.   No, not right offhand.

17         Q.   Okay, do you know how long you've lived

18   in Manchester?

19         A.   I don't know, less than four years.

20         Q.   Okay, now, it's September 1994 now?

21         A.   Right.  More than four years, I am not

22   sure, I can't say.

23         Q.   Okay.  When you moved to Manchester,

1    where did you move from?

2         A.    I moved from -- I'm not sure -- it was

3    from one of my parents' addresses.

4         Q.    And who are your parents?

5         A.    Patricia Grover of Keene and Elmer

6    Grover of Marlborough.

7         Q.    Okay, so when you moved to Manchester,

8    you had moved either from your mom's place or your

9    dad's place?

10        A.    Right, correct.

11        Q.    When you first -- was that the first

12   time you lived in Manchester?

13        A.    No, that wasn't.

14        Q.    Okay, all right, this last time that you

15   moved to Manchester, we know you lived at Pine

16   Street, we know you've lived at Prospect Street,

17   and you live some place now which you just soon

18   not tell us about, other than those three places,

19   any place else that you lived in Manchester that

20   you can remember?

21        A.    Well, I went -- yeah, I mean I lived

22   there in the eighties.

23        Q.    Okay, let's just take it from the second

1    time you moved to Manchester.

2         A.    Right.

3         Q.    Once you left your dad or your mom's --

4         A.    I was in some different programs in

5    Manchester.

6         Q.    Which programs were you in?

7         A.    I was in -- I stayed at Sobriety

8    Maintenance until I got into Farnum Center.

9         Q.    When you say Sobriety Maintenance, is

10   that the name of a program or a place or is that a

11   kind of program?

12        A.    No, that is the name of it.

13        Q.    And do you know where that is?

14        A.    No.  I know the old -- well, it used to

15   be on Hanover Street at the time.

16        Q.    Do you know where it is now?

17        A.    I think it's just one street over, I'm

18   not sure, though, if that's the exact location.

19        Q.    But you think it's moved?

20        A.    I know it's moved.

21        Q.    And it used to be at Hanover Street?

22        A.    Yup.

23        Q.    And it's called Sobriety Maintenance?

1       A.    Yes.

2       Q.    Okay, any idea when you were in that

3   program?

4       A.    No, whatever year that was, that I moved

5   to Manchester.

6       Q.    Any idea how long you were in it?

7       A.    No.

8       Q.    Did you have -- what was the program

9   about?

10       A.    It's a substance abuse program.

11       Q.    And was this for alcohol or drugs or

12   something else?

13       A.    No, alcohol.

14       Q.    And do you remember if you had a primary

15   counselor or treating psychologist or psychiatrist

16   there?

17       A.    No, the executive director, Lou, I'm not

18   exactly sure, I don't remember what her last name

19   was.

20       Q.    Was it a man or a woman?

21       A.    It's a lady.

22       Q.    Okay.  And her nickname was Lou?

23       A.    Yeah, her first name was probably Louise

1    -- Gifford.

2         Q.    Gifford?

3         A.    (Nods affirmatively).

4         Q.    G I F F O R D maybe?

5         A.    Yeah, yeah.

6         Q.    And do you know if she's a psychiatrist

7    or psychologist or social worker or do you know?

8         A.    I think she heads the New Hampshire

9    Council on Drugs and Alcohol.

10        Q.    And you were at Sobriety Maintenance the

11   last time that you moved to Manchester, is that

12   right?

13        A.    The last time -- yeah.

14        Q.    Because how many different times have

15   you lived in Manchester?

16        A.    Three different times.

17        Q.    Okay. Have you been in any other what

18   we call programs in Manchester other than Sobriety

19   Maintenance at any time?

20        A.    Yes.

21        Q.    Okay, what were the other programs?

22        A.    The Farnum Center.

23        Q.    Where is that?

1      A.   It's on Hanover Street.

2      Q.   Any idea when you were at the Farnum

3  Center?

4      A.   No.

5      Q.   Was it the most recent time you moved to

6  Manchester or before then?

7      A.   The most recent time.

8      Q.   Okay, do you know if it's still at

9  Hanover Street?

10     A.   Yes, it's still there.

11     Q.   Is it all right if I take my coat off?

12     A.   It's fine.

13     Q.   I have too much insulation.  Did you

14  have a lead counselor or person that you dealt

15  with mainly there or do you remember?

16     A.   Yeah, I did, but -- I'm not -- I don't

17  recall his name offhand.

18     Q.   But it was a man?

19     A.   Yes, it was a man.

20     Q.   And were you there also because of a

21  problem with alcohol?

22     A.   Yeah, the reason why I was at Sobriety

23  Maintenance, was it's a hold-over.  Like you go

1   there and wait until -- it's kind of like just a

2   waiting area for people to go to different

3   programs wherever they may be going.

4        Q.   And was Farnum Center the program you

5   went to after Sobriety Maintenance?

6        A.   Right, I went right from Sobriety

7   Maintenance to the Farnum Center.

8        Q.   And how many times were you at the

9   Sobriety Maintenance, just the one time?

10       A.   Yeah, one time.

11       Q.   And were you only at Farnum Center one

12  time?

13       A.   Yes, I was.

14       Q.   And after Farnum Center did you have any

15  other treatment or programs?

16       A.   Yeah, I went to Tirrell House.

17       Q.   Now, that was the second time you've

18  been to Tirrell House?

19       A.   Yes.

20       Q.   Were you there earlier sometime in the

21  1980's?

22       A.   Yes.

23       Q.   Do you remember the names of the

1  counselor or counselors that you had either time

2  you were at Tirrell House?

3       A.   No, the only person I can refer you to

4  there is Al Cohen, I think it's C O H E N, or

5  Coburn, C O B U R N, one of those two.

6       Q.   That's somebody you dealt with?

7       A.   Yeah.

8       Q.   Do you know if he was like a counselor

9  or do you know?

10      A.   No, he's a director there.  He would

11 know who the counselor was.  I had a number of

12 them there.

13      Q.   Do you know the dates that you were at

14 the Farnum Center?

15      A.   No.

16      Q.   Do you know the dates you were at

17 Tirrell House?

18      A.   No.

19      Q.   Have you had any programs in Manchester

20 at any time, or treatment at any time other than

21 Sobriety Maintenance, the Farnum Center or Tirrell

22 House?

23      A.   No.

1          Q.    Okay, do you have any maintenance or any

2     type of treatment or program that you're going to

3     now?

4          A.    Well, no, not -- no, I mean I go to

5     counseling, but that's totally different, I mean

6     that has nothing to do with any of those things.

7          Q.    Okay, what kind of counseling do you go

8     to now?

9          A.    I see a psychotherapist.

10         Q.    And what's the name of the person you

11    see?

12         A.    Pauline Goupil, G O U P I L.

13         Q.    And she's a psychologist?

14         A.    Psychotherapist.

15         Q.    And where is she?

16         A.    She works for New Life Center.

17         Q.    New Life?

18         A.    New Life.

19         Q.    Do you know where that is?

20         A.    I'm not sure of the exact number, but

21    it's on Canal Street.

22         Q.    In Manchester?

23         A.    Yes.

1     Q.    Okay, and you're going to her now?

2     A.    Yes.

3     Q.    And how long, if you know, have you been

4  seeing Ms. Goupil?

5     A.    I don't know, since the spring of '93.

6     Q.    And how often do you see her?

7     A.    As often as I want to go to her office.

8  Not really on a regular schedule where anybody

9  says I have to go at any certain time, I just --

10  when I want to go, then I just go.

11     Q.    Any idea when you saw her last?

12     A.    Last week.

13     Q.    Okay.  Have you had any other counseling

14  or treatment, whether it's just for alcohol or for

15  any other kind of thing that's bothering you --

16     A.    I saw another doctor.

17     Q.    Who was that?

18     A.    Psychiatrist, and that was just a

19  one-time evaluation.

20     Q.    Do you remember who that was?

21     A.    Yeah, Ram Yaditi, R A M  Y A D I T I, I

22  think that's how you spell it.

23     Q.    His first name is Ron?

1     A.   Ram, R A M.

2     Q.   Help me with the last name, I realize

3 you may not be able to spell it?

4     A.   Y A D I T I.

5     Q.   You saw him one time?

6     A.   Yeah, I was evaluated by him.

7     Q.   Do you remember when that was?

8     A.   No.

9     Q.   Why were you evaluated, if you know?

10     MR. REYNOLDS:  Just so that you're

11 aware, Tom, this may be an area of privilege for

12 you.  I don't know, I'm not your lawyer, but I

13 don't know that you've waived any rights with

14 regard to this particular privilege, but if you

15 answer the question now, that may be considered a

16 waiver.

17     A.   All right.

18     Q.   Do you know why you saw Mr. Yaditi?

19     A.   No.

20     Q.   Okay.  Did someone send you to him?

21     A.   I don't recall.

22     Q.   Do you remember how you got his name?

23     A.   It was -- I'm not sure, I had a

1   conversation with someone and they suggested it,

2   but who that person was, I'm not sure exactly

3   whose idea it was.

4       Q.   And you don't know why you saw Mr.

5   Yaditi?

6       A.   No, I don't.

7       Q.   Was that before you started seeing, is

8   it Pauline Goupil?

9       A.   No, it was during the time.

10      Q.   So you saw him and he's a psychiatrist?

11      A.   Right.

12      Q.   And he evaluated you?

13      A.   Right.

14      Q.   But you're not sure who suggested you

15  see him or why?

16      A.   That was a conversation between other

17  people -- it wasn't -- no, I don't know how that

18  came about.

19      Q.   Okay, do you know where his report or

20  evaluation went, if anywhere?

21      A.   I have no idea about that either.

22      Q.   And do you have any idea when that was?

23      A.   No, I don't have any idea when that was

1    either.

2         Q.    Have you been in any programming,

3    whether it was because of alcohol problems or

4    other mental or psychological problems you were

5    having in Manchester other than at Sobriety

6    Maintenance, Farnum Center, and Tirrell House?

7         A.    No.

8         Q.    Have you seen any psychologists or

9    psychiatrists or counselors or anyone like that in

10   Manchester other than Pauline Goupil and Ram

11   Yaditi?

12        A.    No.

13        Q.    Okay.  And right now the only treatment

14   person like that you're seeing is Pauline Goupil?

15        A.    Right.

16        Q.    Okay.  Now, when you moved to Manchester

17   the last time, you're not exactly sure when that

18   was, is that right?

19        A.    Correct.

20        Q.    And you're not sure whether you'd moved

21   from your dad's or from your mom's, is that

22   correct?

23        A.    Right.

1      Q.   Okay.  Why did you move?

2      A.   Employment purposes.

3      Q.   Had a job in Manchester?

4      A.   No, but I had more of an opportunity to

5  get a job in Manchester than in Marlborough, New

6  Hampshire.

7      Q.   Or Keene?

8      A.   Right.

9      Q.   Okay.  When you were in Marlborough or

10  Keene the last time that you lived, did you have a

11  job?

12      A.   Yes.

13      Q.   And where was that?

14      A.   I worked for my father, the town of

15  Marlborough signs the checks for as far as the

16  town of Marlborough.

17      Q.   You did maintenance or what?

18      A.   Yeah, landscaping.

19      Q.   For, do you know which department?

20      A.   No.

21      Q.   Was it like the highway department or

22  the cemetery trustees?

23      A.   It was the trustees, yeah, cemeteries,

1    take care of.

2         Q.    Did you work at the cemeteries?

3         A.    Yeah.

4         Q.    Do you know who your boss was?

5         A.    Yeah, my father.

6         Q.    Oh, duh.  And have you had any jobs

7    since you lived in Manchester?

8         A.    Yeah, I have.

9         Q.    I just like to go through those.  Will

10   it be easier for you if we go from your first job

11   in Manchester to the present or if we go from

12   today backwards, which would be easiest to figure

13   it out for you?

14        A.    I think probably going from when I moved

15   there to the present.

16        Q.    What was the first job you had in

17   Manchester the second time -- excuse me, the last

18   time you moved there?

19             (Pause.)

20        A.    I don't know who the first job -- oh

21   yeah, it was for Hawthorne Property Management.

22        Q.    And what did you do for them?

23        A.    Remodeling.

1     Q.    Do you remember when you worked for

2   them?

3     A.    No.

4     Q.    Do you know who the boss was, or that is

5   who you reported to?

6     A.    No, I don't know, no, I just know him by

7   his first name.

8     Q.    And what was that?

9     A.    Dick.

10    Q.    Do you know how long you worked there?

11    A.    No.

12    Q.    Do you know when you left?

13    A.    No.

14    Q.    Do you remember why you left?

15    A.    No.

16    Q.    Okay.  Did you get fired?

17    A.    I'm not sure.

18    Q.    Okay.  Did you collect unemployment?

19    A.    No, I didn't.

20    Q.    Okay.  Where else have you worked in

21   Manchester -- by the way, where is Hawthorne

22   Property Management, do they have an office?

23    A.    They used to be 105 Prospect.

1          Q.    Do you know if they've gone out of

2     business or moved?

3          A.    Their business has gone under.

4          Q.    Okay, do you know who owned it?

5          A.    Yeah, John Hawthorne.

6          Q.    Do you know if he lived in Manchester?

7          A.    No, he didn't at the time.

8          Q.    Do you have any idea where he lives now?

9          A.    I'm not sure.

10         Q.    Okay, what other jobs have you had in

11    Manchester?

12         A.    Well, let's see --

13         Q.    When I say Manchester, when you were

14    living in Manchester, I don't care if the job was

15    in the next town.

16         A.    Let's see, I guess I worked at Carol

17    Cable, that was the next job.

18         Q.    What job?

19         A.    The next job after Hawthorne.

20         Q.    Carol Cable?

21         A.    Yes.

22         Q.    And where are they?

23         A.    Megregor Street in Manchester.

Q.   Do you know when you worked there?

A.   No.

Q.   Who was your boss?

A.   I don't know what his name was.

Q.   Do you know when you left?

A.   No.

Q.   Do you know how long you were there?

A.   No.

Q.   Do you remember why you left?

A.   Yeah, I was hurt, I got hurt off the job.

Q.   And what happened, how did you get hurt?

A.   It was just an off the job injury, nothing worth going into, my leg was injured.

Q.   Fall, automobile accident, trip, what, somebody hit you?

A.   Fell.

Q.   Do you remember when that was?

A.   No.

Q.   Do you remember where you fell?

A.   Where I fell, on my body?

Q.   Where were you when you fell?

A.   I'm not sure of the exact address or

1    even the exact place.  It was hiking.

2           Q.    Were you with anyone?

3           A.    I believe so.

4           Q.    Do you remember whom?

5           A.    No, there was -- no, I don't remember

6    offhand.

7           Q.    Did you see a doctor?

8           A.    Yes, I did.

9           Q.    Do you remember what doctor you saw?

10          A.    No.

11          Q.    Do you remember where the doctor was,

12   was it a hospital?

13          A.    It was Hitchcock Clinic, I originally

14   went to Hitchcock Clinic, saw Dr. Rosenthal.

15          Q.    Is that a man or woman?

16          A.    It's a lady.

17          Q.    Do you remember her first name?

18          A.    Regina.

19          Q.    That was at the Hitchcock Clinic?

20          A.    Yes.

21          Q.    And that's -- you saw her because you

22   had hurt your leg?

23          A.    Right.

1          Q.     Okay, and do you remember if you saw any

2    other doctors or if you were ever in the hospital

3    for that?

4          A.     Yeah, I had surgery on my leg at Elliot

5    Hospital.

6          Q.     And you don't remember when that was?

7          A.     No.

8          Q.     Okay, was it broken, is that what it

9    was?

10         A.     No, I had a bruise on my leg.

11         Q.     And they had surgery for it?

12         A.     Yes.

13         Q.     Do you remember who the doctor was who

14   operated on you?

15         A.     Nope.

16         Q.     Do you remember who you saw for

17   follow-up care -- let me ask you if, after you got

18   done with your surgery, was there any follow-up

19   care, did you see the doctor anymore or any

20   doctors after that?

21         A.     Yeah, I saw the same one, the same

22   doctor I saw all the time, Dr. Rosenthal.

23         Q.     But she didn't do the surgery?

1      A.   I don't believe so.

2      Q.   Okay.   Other than the job at Hawthorne

3  and Carol -- what did you do at Carol Cable, by

4  the way?

5      A.   I worked in shipping.

6      Q.   Do you know if they're still on Megregor

7  Street?

8      A.   I believe so -- I'm not sure -- I don't

9  think it's called Carol Cable anymore.

10      Q.   Do you know the new name?

11      A.   No.   I'm not -- I just don't think it's

12  called that anymore.

13      Q.   Do you remember where it was on Megregor

14  Street, is it near an intersection or another

15  street?

16      A.   Yeah, it's right at the intersection of

17  Bridge and Megregor.

18      Q.   And what, when you worked there, what

19  did Carol Cable make or ship or what did they do?

20      A.   Just industrial cables, TV cable, just

21  -- that's all they did, that's all they

22  specialized in.

23      Q.   And how did you get along on the job?

1      A.    Fine.

2      Q.    Okay.   Other than the job at Hawthorne

3   and Carol Cable have you had any other jobs in

4   Manchester when you've been living in Manchester?

5      A.    Yeah, I worked, let's see, I had

6   temporary work through a number of places.

7      Q.    You were working for an employment

8   agency and getting temporary jobs or you would

9   have a job some place for a while and a job some

10   place --

11      A.    No, I just would have temporary

12   positions with different places.

13      Q.    Can you tell me the names of any of

14   those?

15      A.    EPE.

16      Q.    And where are they?

17      A.    They're on Commercial Street, I believe.

18      Q.    And what do they do, or actually better

19   yet, what did you do at EPE?

20      A.    To help them with their inventory.

21      Q.    Do you remember who you worked for or

22   who the boss was?

23      A.    No.

1      Q.   Do you remember when you worked there?

2      A.   No.

3      Q.   Do you remember why you left?

4      A.   Temporary.

5      Q.   Job was gone?

6      A.   Right.

7      Q.   Okay, where else have you worked?

8      A.   I worked for JP'S Landscaping.

9      Q.   Where are they?

10     A.   South River Road, Manchester.

11     Q.   Chester?

12     A.   Manchester.

13     Q.   I'm sorry.  And do you know who the boss

14  was there or who you reported to?

15     A.   Jim was the boss, I also reported to

16  him.

17     Q.   Do you remember his last name?

18     A.   No, not offhand.

19     Q.   Do you remember when you worked there?

20     A.   No.

21     Q.   Do you remember why you quit?

22     A.   Temporary.

23     Q.   Job just went?

1      A.    Right.

2      Q.    Okay.  Have any problems at either of

3   those jobs, either EPE or JP'S Landscaping?

4      A.    No.

5      Q.    Any other temporary jobs?

6      A.    Faulkner Landscaping.

7      Q.    Do you remember where that is?

8      A.    It's Daniel Webster Highway.

9      Q.    Any idea where on the Daniel Webster

10   Highway?

11      A.    No, I don't know the exact address.

12      Q.    Tell me what it's near?

13      A.    It's right next to Mr. Bee's Florist

14   Shop.

15      Q.    Mr. Bee's, like --

16      A.    Yeah, B E E' S.

17      Q.    And any idea when you worked at Faulkner

18   Landscaping?

19      A.    No.

20      Q.    And do you remember who your boss was

21   there or who you reported to?

22      A.    Yeah, that was Steve Faulkner.

23      Q.    What did you do there?

1          A.     Worked at his -- it's a nursery.

2          Q.     You worked at the nursery?

3          A.     Yeah.

4          Q.     What kind of things did you do?

5          A.     I don't know, basically just laid out

6     the plants and put the trees, things that they

7     were going to be selling, shrubbery, trees and

8     stuff out, and make sure they are watered in the

9     yard and stuff like that.

10         Q.     Is that the same kind of thing that you

11    did at JP'S Landscaping?

12         A.     Pretty much.

13         Q.     Do you remember why you left Faulkner

14    Landscaping?

15         A.     Just temporary.

16         Q.     Any problems there?

17         A.     No.

18         Q.     Any other temporary jobs?

19         A.     Yeah, I worked for Kelly Services.

20         Q.     Do you remember where they are?

21         A.     Yeah, they're on Bedford Farm Road,

22    Bedford Farm.

23         Q.     Is that in Manchester or Bedford?

1      A.   It's in Bedford.

2      Q.   Okay, and do you remember who the boss

3 was or who you reported to?

4      A.   Colleen Gages.

5      Q.   Do you remember when you worked there?

6      A.   Just worked there a couple weeks ago.

7      Q.   Do you remember how long?

8      A.   For how long?

9      Q.   Yes.

10     A.   No.

11     Q.   Are you still working there?

12     A.   When -- yeah, when they have

13 assignments.

14     Q.   They call you, you call them or what?

15     A.   Either or.

16     Q.   Do you have any other jobs right now

17 other than working at Kelly Services?

18     A.   Yeah, I worked for Manchester Manpower.

19     Q.   Do you remember when that was?

20     A.   No.

21     Q.   What did you do there?

22     A.   Went on temporary assignments.

23     Q.   And is Manchester Manpower like a

1    temporary agency?

2        A.    Yeah, yes, it is.

3        Q.    Okay.  Do you remember when you worked

4    with or through Manchester Manpower?

5        A.    No.

6        Q.    Where are they located?

7        A.    Chestnut Street in Manchester.

8        Q.    And do you remember who the boss was or

9    who you reported to?

10       A.    I know Michelle answers the phone.

11       Q.    Do you remember why you left them?

12       A.    Just temporary work, job ended.

13       Q.    Did you ever have any problems with them

14   or the people that they had you work for?

15       A.    No.

16       Q.    Okay, so right now do you have any

17   regular employment?

18       A.    Nope.

19       Q.    Okay, so when you work now, it is, at

20   least at this point, it would be because you're

21   working with Kelly Services?

22       A.    Yes.

23       Q.    And what do you do at Kelly Services?

1          A.    Go on whatever assignments they thought

2    was suitable for me.

3          Q.    What kind of things are those?

4          A.    I don't have any idea how they go about

5    choosing them.

6          Q.    What have you done for them?

7          A.    Light industrial work.

8          Q.    Can you tell me the places you've worked

9    for Kelly Services?

10         A.    No.

11         Q.    I'm sorry?

12         A.    No.

13         Q.    Okay.  Can you tell me, when you say

14   light industrial work, can you tell me exactly

15   what it was you did?

16         A.    Just worked in a warehouse.

17         Q.    Okay, was it their warehouse or someone

18   else's?

19         A.    Someone else's.

20         Q.    So they're like a temporary agency?

21         A.    They are a temporary agency.

22         Q.    Other than the employers that we've

23   talked about, have you had any other employers in

1    Manchester, when you've lived in Manchester that

2    is?

3        A.    Granite State Parking.

4        Q.    Do you remember when you worked for

5    them?

6        A.    No.

7        Q.    Do you remember how long?

8        A.    No.

9        Q.    Do you remember who the boss was?

10       A.    My supervisor?

11       Q.    Yes.

12       A.    Skip Vincent.

13       Q.    And where is Granite State Parking?

14       A.    Hancock Street in Manchester.

15       Q.    Do you remember why you left?

16       A.    No.

17       Q.    And you don't remember when?

18       A.    No.

19       Q.    Any other jobs when you've lived in

20   Manchester?

21       A.    Yeah, I worked for another place, but I

22   really don't know, I had forgotten what the name

23   of it was.

1      Q.    Do you remember where it was?

2      A.    I think it was on -- I believe it was on

3  Pine Street.  John Hawthorne, he had something to

4  do with it.  I'm not sure if he's a part owner or

5  what, what his role in it is, but it's a property

6  management outfit.

7      Q.    Was that before or after you worked for

8  Mr. Hawthorne?

9      A.    That was after.

10      Q.    Do you remember why you left?

11      A.    Temporary work, just one project.  When

12  that project was done, that's all.

13      Q.    And what did you do for them?

14      A.    I landscaped some property in Bedford.

15      Q.    Okay.  Any other jobs since you've lived

16  in Manchester?

17      A.    No, I don't believe so.

18      Q.    Okay.

19      A.    Oh, yeah, IDS.

20      Q.    IDS?

21      A.    Yeah.

22      Q.    And what did you do for them?

23      A.    Well, I helped them relocate, and then I

40

1    worked as -- I pulled orders for them.

2        Q.    Where are they?

3        A.    Megregor Street.

4        Q.    Do you remember who your boss was or who

5    you reported to?

6        A.    No, I don't.

7        Q.    And do you remember when you worked

8    there?

9        A.    Nope.

10       Q.    Remember when you left?

11       A.    No.

12       Q.    Do you remember why you left?

13       A.    No.

14       Q.    Okay.   Any other jobs while you lived in

15   Manchester?

16       A.    Nope -- no.

17       Q.    When you were living with either your

18   mother or your father before you moved to

19   Manchester the last time, did you have any jobs

20   other than working for the cemetery trustees in

21   the town of Marlborough?

22       A.    No.

23       Q.    It was for the town of Marlborough?

1    A.    Right.

2    Q.    And do you remember how long it was that

3  you lived with your mother or your father the last

4  time?

5    A.    No, I'd say less than six months.

6    Q.    And before you moved there, where did

7  you move from?  When you went to live back with

8  either your mother or father, where did you come

9  from?

10    A.    I came from California.

11    Q.    Whereabouts in California?

12    A.    San Diego.

13    Q.    Do you remember when it was that you

14  moved from San Diego?

15    A.    No.

16    Q.    Why did you leave San Diego?

17    A.    Most of my family was here in New

18  England.

19    Q.    Do you know when you got to San Diego?

20    A.    No.

21    Q.    Any idea how long you were there?

22    A.    Less than two years I'd say.

23    Q.    What, if anything, did you do when you

1    were there?

2         A.    I don't recall.

3         Q.    Did you have any jobs?

4         A.    Yeah, I worked for a couple people

5    there.

6         Q.    Doing what kind of stuff?

7         A.    I worked for a Navy contractor.

8         Q.    Do you remember what the Navy

9    contractor's name was?

10        A.    National Seal and Finish.

11        Q.    And what did they do?

12        A.    They did just flooring. They did a

13   number of flooring projects on different ships for

14   the Navy.

15        Q.    And what did you do for them, what was

16   your job?

17        A.    I helped strip down and lay down

18   flooring.

19        Q.    Do you remember who your boss was?

20        A.    Scott Page.

21        Q.    And where were they?

22        A.    I'm not sure of the exact address.

23        Q.    Do you remember what street they were

43

1    on?

2         A.    I think it was 25th, but I'm --

3         Q.    Were they on harbor?

4         A.    No.

5         Q.    They were in town?

6         A.    Yes.

7         Q.    Why did you leave there?

8         A.    I moved.

9         Q.    Back to either Marlborough or Keene?

10        A.    No, I just moved to a different part --

11   moved from a different side of San Diego, moved

12   from one end of it to the other side.

13        Q.    Okay, did you have any other jobs in San

14   Diego?

15        A.    Yeah, I did a couple other jobs for --

16   well, I worked part time, like a temporary type of

17   deal like around here, it's called the Alpha

18   Project, and they send you out on jobs, it's a

19   nonprofit.

20        Q.    And they were in San Diego?

21        A.    Yes.

22        Q.    The Alpha Project?

23        A.    Yeah.

44

1      Q.    Do you remember where they were in San

2  Diego?

3      A.    3rd Street.

4      Q.    Okay, do you remember who you dealt with

5  there or who the boss was?

6      A.    Yup, Robert McElroy (ph).

7      Q.    And do they try to find you permanent

8  jobs?

9      A.    Some businesses took on people -- I mean

10  yeah, they try to, yeah.

11      Q.    Did you ever have any trouble at the

12  Alpha Project?

13      A.    No.

14      Q.    Okay.  Do you remember where you were

15  living when you worked at the Alpha Project?

16      A.    No.

17      Q.    Any other jobs in San Diego?  When I say

18  in San Diego, when you lived in San Diego, any

19  other jobs, whether it was in San Diego or not?

20      A.    No.

21      Q.    Do you remember where you lived in San

22  Diego?

23      A.    No.

1      Q.    Was it an apartment or house?

2      A.    It was a house.

3      Q.    By yourself or with someone else?

4      A.    No, I lived with somebody else.

5      Q.    Whom?

6      A.    I'm not sure of their name.

7      Q.    Just one other person or several people?

8      A.    Several people.

9      Q.    You all pay rent together?

10     A.    No, I didn't really do much of anything.

11     Q.    You just hung out?

12     A.    Yeah, I worked some.

13     Q.    Do you remember what you did when you

14   were in Portland for work?

15     A.    Yeah, I did some odd jobs, worked at the

16   Taj Mahal Restaurant.

17     Q.    And is that in Portland?

18     A.    Yes, it is.

19     Q.    What did you do there?

20     A.    Food prep and dishwasher.

21     Q.    Do you remember when you worked there?

22     A.    No.

23     Q.    Do you remember when you lived in

47

1   Portland, what the dates were?

2        A.   No.

3        Q.   But you went, just so it's clear, from

4   Portland you went to San Diego, is that right?

5        A.   Right.

6        Q.   And from San Diego you came back to New

7   Hampshire?

8        A.   Right.

9        Q.   And you're not sure whether you lived

10  with your mom or you lived with your dad?

11       A.   When I got back?

12       Q.   When you got back?

13       A.   No, I lived with my father when I came

14  back.

15       Q.   So you lived with your father when you

16  came back?

17       A.   Right.

18       Q.   And that's when you were working for

19  him?

20       A.   Right.

21       Q.   At the cemeteries?

22       A.   Right.

23       Q.   Did you live with your mother at any

48

1    time before you moved to Manchester after you'd

2    come back from Maine and California?

3        A.    I can't say.

4        Q.    Okay.  Any idea when you went to Maine?

5        A.    Yeah, in 1987.

6        Q.    Do you remember when in '87?

7        A.    Nope.

8        Q.    Do you remember how long you were there?

9        A.    In Maine?

10       Q.    Yes?

11       A.    No.

12       Q.    Live anywhere other than Portland?

13       A.    No, I didn't.

14       Q.    Live anywhere in Portland other than

15   Spring Street?

16       A.    Yeah, but I'm not sure what the name of

17   the street was.

18       Q.    Do you remember where the Taj Mahal

19   Restaurant was?

20       A.    No.

21       Q.    And why did you leave there?

22       A.    I moved.

23       Q.    To California?

1       A.    No, I moved to another address in

2   Portland.

3       Q.    And you couldn't get from one place to

4   the other or --

5       A.    Right.

6       Q.    Did you have a driver's license?

7       A.    No.

8       Q.    Do you have one now?

9       A.    No.

10      Q.    Have you ever had a driver's license?

11      A.    Yes.

12      Q.    Have you ever had a driver's license any

13  place other than New Hampshire?

14      A.    No.

15      Q.    Okay, and when did you last have a

16  driver's license in New Hampshire?

17      A.    1992.

18      Q.    And did it expire or was it revoked or

19  what?

20      A.    It was revoked.

21      Q.    Okay, and why was that?

22      A.    A violation, motor vehicle violation.

23      Q.    And what was it?

1      A.    I'd rather not say.

2      Q.    I think that it's relevant.

3      A.    Well, I don't have my lawyer here so I'm

4  not going to get into that without his advice.

5      Q.    Was there something involved in a court?

6      A.    I can't say.

7      Q.    Because you don't remember or you don't

8  want to say?

9      A.    I don't want to say.

10      Q.    Okay.  Before Portland, Maine, where did

11  you live?

12      A.    I was in Dover, New Hampshire.

13      Q.    Do you remember where?

14      A.    Nope.  I know the name of the place, it

15  was the Dover Crisis Center.

16      Q.    Dover Crisis Center?

17      A.    Ah-hum.

18      Q.    Do you know when you were there?

19      A.    Sometime in 1987.

20      Q.    Do you know where it's located?

21      A.    No, I don't.

22      Q.    Do you know how long you were there?

23      A.    No, I don't.

51

1      Q.   You don't even remember where it is in

2   Dover?

3      A.   No, I don't.

4      Q.   Okay, and do you remember how it was

5   that you came to be there?

6      A.   Yeah, you mean how did I -- did somebody

7   suggest that to me or something?

8      Q.   Sure.

9      A.   Is that what you mean?

10     Q.   Yeah.

11     A.   No, nobody suggested it to me.

12     Q.   It was your idea?

13     A.   Right.

14     Q.   Why did you think you needed to go to

15   the Dover Crisis Center?

16     A.   Because I'm not sure exactly what day or

17  month it was in 1987, Gordon MacRae chased me out

18  of Keene, threatened me with a gun, and that was

19  the day I left Keene.  I went to Manchester for

20  three days.

21     Q.   Where were you?

22     A.   I stayed on Elm Street.

23     Q.   Where?

*Chase out of town version 1.*

1       A.    With some friends, I don't know the

2   exact address on Elm Street.

3       Q.    Do you remember what it's near?

4       A.    Yeah, it's right on the corner of Queen

5   City Ave. and Elm Street.

6       Q.    Do you remember what the -- was it a

7   house or an apartment?

8       A.    It was a house.

9       Q.    Do you remember what it looked like?

10      A.    It sits right on the -- I mean there's a

11  school across the street, and right directly

12  across the street is the corner -- it sits right

13  just like this, and it's right on the corner.

14  It's right -- there are no other houses.  Just

15  like Queen City Ave. runs like this, Elm Street

16  runs like this, the house sits right here on the

17  corner, it's the only house.

18      Q.    And it faces the school?

19      A.    Yeah, faces -- the front door faces.

20      Q.    Do you remember what the name of the

21  school is?

22      A.    No, I don't.

23      Q.    Do you remember what the names of the

53

1   friends you went to live or stay with were?

2       A.    No.   I know their first names, but I

3   don't know what their last names were.

4       Q.    What are their first names?

5       A.    One was Al.

6       Q.    Do you remember what Al looked like?

7       A.    Yeah, tall, about six/two, brown hair,

8   caucasian.

9       Q.    Do you remember how heavy?

10      A.    Um, he was probably about 230.

11      Q.    Any scars or marks that sort of

12  distinguished him?

13      A.    No.

14      Q.    Do you remember if he had long hair,

15  short hair?

16      A.    Short.

17      Q.    Did he have a beard or mustache?

18      A.    No.

19      Q.    Do you know where he lives now?

20      A.    No, I've no idea.

21      Q.    Okay, who else was at Elm Street when

22  you lived in Manchester those three days?

23      A.    Dan.

1      Q.    Do you remember Dan's last name?

2      A.    No, I don't.

3      Q.    Oh, by the way, do you have any idea how

4    old Al was at the time or how old he seemed?

5      A.    No, I couldn't say, I'm not really -- I

6    wouldn't be able to say.

7      Q.    More like twenties or thirties, or more

8    like forties or fifties?

9      A.    He's between twenty and thirty.

10     Q.    What about Dan, do you remember what

11   color his hair was?

12     A.    Sandy.

13     Q.    Long or short?

14     A.    Short.

15     Q.    Height -- my accent -- how tall was he?

16     A.    Um, about five-feet-nine.

17     Q.    Weight?

18     A.    About 170.

19     Q.    Scars, tattoos, facial hair, anything?

20     A.    Mustache.

21     Q.    And do you have any idea where he lives

22   now?

23     A.    No.

55

1        Q.    Okay, by the way, did Al work?

2        A.    Yeah, but I'm not really -- I have no

3  idea where that was.

4        Q.    Do you know what he did?

5        A.    Nope.

6        Q.    What about Dan, do you know if Dan

7  worked?

8        A.    Yeah, Dan was -- did construction by

9  himself -- for himself.

10       Q.    Do you know what he did in construction?

11       A.    Yeah, remodeling.

12       Q.    Did he have a business or a trade name

13  he went by, like Dan's Remodeling or Dan's

14  Service?

15       A.    No, he just had side jobs.

16       Q.    Anyone else living at Elm Street

17  whenever you went to live there those three days?

18       A.    No.

19       Q.    How did you know Dan or Al?

20       A.    I knew them through the AA program.

21       Q.    And where was it -- which AA program, do

22  you remember?

23       A.    It wasn't a program, but through

56

1    meetings.

2         Q.    Right, but do you remember where the

3    meetings were that you had met them?

4         A.    No, I had seen them at a number -- in

5    the Manchester area, in Manchester.

6         Q.    And that would have been at a time when

7    you'd lived in Manchester before?

8         A.    Right, I knew them through AA meetings

9    before.

10        Q.    Okay.  But you can't remember where any

11   of those meetings were?

12        A.    Well, there was a number of -- any one

13   that was taking place you can look at for whatever

14   year that was, where the meetings were taking

15   place usually, it wasn't just one place, I had

16   been to all of the locations that they had

17   meetings at.

18        Q.    But do you remember where any of those

19   were?

20        A.    No -- do I?

21        Q.    Yes.

22        A.    Not that I met them at.

23        Q.    Do you remember where any of the

1    meetings were even if you don't know you met Al or

2    Dan at that meeting?

3         A.    No, I don't know the exact addresses.

4         Q.    Do you know what place they were, was it

5    a church or school?

6         A.    Churches, yeah, school.

7         Q.    Do you know which ones?

8         A.    St. Catherine's Church.

9         Q.    Do you remember where St. Catherine's

10   was or is?

11        A.    Webster Street.

12        Q.    Okay.

13        A.    Some Congregational church on Elm

14   Street.

15        Q.    Okay.

16        A.    Sobriety Maintenance, Lakeshore

17   Hospital, Elliot Hospital, CMC Hospital, Tirrell

18   House, a Unitarian church on I think it's Brook

19   Street, workman's union on Brown Avenue or Cailiff

20   Road, I'm not sure, St. Raphael's Hall, I'm not

21   sure, that's off Front Street, but I'm not sure

22   whereabouts exactly that street is.  Sobriety

23   Maintenance Center.  Let's see, I think -- oh, and

1  a church, I'm not sure what type of church that

2  is, on the corner of Union and Hanover, that's

3  right across from Farnum Center, but I'm not sure

4  exactly what --

5       Q.   Do you remember any friends or

6  acquaintances that you and Dan or you and Al had

7  in common who might know where Dan or Al are now?

8       A.   I just know people by their first names

9  and it was never really any mention of anybody's

10  last name as far as the way the AA programs are

11  set up, it's not -- people don't usually refer to

12  each other, you know --

13       Q.   Do you know where Dan lives now?

14       A.   No, I don't.

15       Q.   So, Gordon MacRae --

16       A.   I knew Al lived in Manchester, I've seen

17  him before, but his exact address or anything like

18  that, I don't know.

19       Q.   When you say you've seen him before,

20  you've seen him since you lived with him?

21       A.   Yeah, since I was staying there.

22       Q.   Okay --

23       A.   Within this time period that I moved

1   back to Manchester, I've seen him.

2         Q.   Okay.

3         A.   But I don't know where he lives.

4         Q.   Have you seen him at AA meetings?

5         A.   No, I've seen him on the street -- well,

6   he drove by in a car, I saw him and his wife, but

7   --

8         Q.   Do you know what her name is?

9         A.   No.

10        Q.   Now, when Gordon you said chased you out

11  of town with a gun --

12        A.   Yes.

13        Q.   -- when was that?

14        A.   1987.

15        Q.   What month?

16        A.   I'm not sure what month it was.

17        Q.   Okay, was that the first time Gordon

18  ever chased you with a gun?

19        A.   Yeah.

20        Q.   It was the only time he ever chased you

21  with a gun?

22        A.   Correct.

23        Q.   Did you tell the police this?

60

1     A.     Yeah.

2     Q.     Okay, when?

3     A.     In 1982 -- '92.

4     Q.     Okay, who?

5     A.     I talked to Det. McLaughlin.

6     Q.     Where?

7     A.     Keene Police Department.

8     Q.     Was that the first time you talked to

9  Det. McLaughlin?

10    A.     That I told him that?

11    Q.     Yes.

12    A.     I don't know what conversation it was

13  in.

14    Q.     But you told him that Gordon had chased

15  you out of town with a gun?

16    A.     Yes.

17    Q.     How many times have you talked to Det.

18  McLaughlin?

19    A.     I can't say, I don't know how many times

20  it was, more than five.

21    Q.     More than five.  You ever talk to Det.

22  McLaughlin anywhere other than the Keene Police

23  Department?

61

1       A.     Well, you mean about the case?

2       Q.     Or about you or anything?

3       A.     Yeah, he came to Manchester and picked

4   me up at Hillsborough County Court and we drove

5   to, I think it's Centre Street in Concord to

6   Upton, Sanders & Smith where my attorney is, and

7   we had a meeting there.

8       Q.     Do you remember how many times that

9   happened?

10      A.     Just once I believe.

11      Q.     Okay, when you had that meeting there,

12  you were present?

13      A.     Yes, I was.

14      Q.     And did Det. McLaughlin ask you

15  questions?

16      A.     Yes, he did.

17      Q.     Okay, and you answered his questions?

18      A.     Yes, I did.

19      Q.     Okay, was there any tape made of that

20  meeting, if you know?

21      A.     I really can't -- I really don't

22  remember that much detail about that meeting.

23      Q.     And when you say that was at your

1    attorney's office, that's Attorney Upton, Robert

2    Upton?

3        A.    Yes, it is.

4        Q.    And he represents you in a case you have

5    against Gordon MacRae and the Archdiocese?

6        A.    No.

7        Q.    How does he represent you?

8        A.    There's no representation in that, there

9    has been no -- there's nothing filed against

10   MacRae.

11       Q.    Okay, or the Archdiocese?

12       A.    Right.

13       Q.    Why do you have an attorney?

14       A.    Why do I have an attorney?

15       Q.    Yes.

16            MR. REYNOLDS:  You may want to consult

17   with your lawyer before you answer the question.

18       A.    Yeah, I think I should do that, too.

19       Q.    Are you thinking about bringing a

20   lawsuit?

21            MR. REYNOLDS:  You may want to ask your

22   lawyer before you answer that.

23       A.    I can't answer that.

63

1      Q.    When you had that meeting with Attorney

2  Upton and Det. McLaughlin, was anyone else present

3  other than you?

4      A.    Yeah, Rob Upton and Det. McLaughlin.

5      Q.    Okay, other than the three of you, was

6  anyone else present?

7      A.    No.

8      Q.    And during that meeting did someone call

9  Gordon MacRae?

10      A.    Well, we had the initial conversation,

11  and then after the conversation Rob Upton went

12  back, because we were in the conference room, Rob

13  Upton went back to his office, me and Jim were

14  sitting in the conference room talking, and he

15  asked me if I minded trying to contact Gordon

16  MacRae at that time.

17      Q.    And did you call him or did --

18      A.    Yeah, I tried calling him.

19      Q.    Did you reach him?

20      A.    No, I didn't reach him.

21      Q.    Did you ever speak to Mr. MacRae from

22  your attorney's office?

23      A.    No, I didn't.

64

1    Q.    Did you ever speak to Mr. MacRae on the

2    telephone when Mr. McLaughlin was present at any

3    point?

4    A.    Yes, I did.

5    Q.    Okay, where and when was that?

6    A.    That was April of '93.

7    Q.    So that's after you've told Det.

8    McLaughlin that there was some point in the past

9    when Mr. MacRae chased you out of town with a gun?

10   A.    Excuse me?

11   Q.    Okay, you had a meeting with Det.

12   McLaughlin in April of '93?

13   A.    Right.

14   Q.    And at that meeting you telephoned and

15   actually spoke to Mr. MacRae?

16   A.    Yes.

17   Q.    At some other time you had told Det.

18   McLaughlin that Mr. MacRae chased you out of town

19   with a gun at some point, is that right or wrong?

20   A.    Right.

21   Q.    And that meeting when you had told him

22   about Mr. MacRae chasing you out of town with a

23   gun, when did that meeting take place?

65

1      A.   I don't -- I'm not sure when that took

2   place.

3      Q.   Was it before or after you talked to Mr.

4   MacRae on the telephone when Det. McLaughlin was

5   present?

6      A.   I need about a few minutes.

7      Q.   That's fine.

8      (Recess.)

9   (CONTINUATION OF INTERVIEW BY ATTORNEY DAVIS:)

10     Q.   Ready to start up again, Mr. Grover?

11     A.   Yeah.

12     Q.   When you had that telephone conversation

13  with Mr. MacRae during which Det. McLaughlin was

14  present, that was in April of '93 you think?

15     A.   Yes, it was.

16     Q.   Now, that was before or after you had

17  told Det. McLaughlin about Gordon MacRae chasing

18  you out of town with a gun?

19     A.   After.

20     Q.   Do you remember when it was that you

21  told Det. McLaughlin that Gordon MacRae chased you

22  out of town with a gun?

23     A.   I don't recall, it was in the first

1    couple meetings that we met.

2        Q.    And do you remember when you met with

3    him the very first time?

4        A.    Nope.

5        Q.    Do you think it was in 1993?

6        A.    Yeah, I'm pretty sure it was in 1993.

7        Q.    Cold weather?

8        A.    Yeah, it was in the first couple --

9    first three months of 1993.

10        Q.    And where was that, the meeting, the

11    first meeting?

12        A.    I'm not exactly sure where that first

13    meeting was.

14        Q.    Where are the different places that

15    you've met with Det. McLaughlin?

16        A.    Well, we met at the -- we met here at

17    this courthouse.

18        Q.    Do you remember when that was?

19        A.    1993.

20        Q.    Before or after April?

21        A.    It was the day of the grand jury

22    meeting.

23        Q.    Okay, so you met with Det. McLaughlin in

1   the courthouse the day of the grand jury?

2      A.   Yeah, I talked with him.

3      Q.   Other than that you met with him at the

4   Keene Police Department?

5      A.   Keene Police Department, at Upton,

6   Sanders & Smith, and the time he met me at the

7   courthouse in Manchester to pick me up.

8      Q.   Now, did he meet you to talk to you

9   there or you just agreed that he could pick you up

10   and drive you to Concord?

11      A.   Yeah, he wanted to talk to me -- we had

12   the meeting, we were supposed to have it in

13   Manchester, didn't work out that way, so he just

14   picked me up in Manchester and brought me to

15   Concord.

16      Q.   And as you all drove up -- did he also

17   drive you back from Concord that day?

18      A.   Yes, he did.

19      Q.   When you all drove up and back, did you

20   talk about the case?

21      A.   Yes.

22      Q.   Do you know if at any time you talked to

23   Det. McLaughlin, if he ever taped anything you had

1    to say?

2         A.   Not that I was aware of.

3         Q.   Okay.

4         A.   Yeah, well, yeah, he taped a

5    conversation between MacRae and myself.

6         Q.   That happened one time?

7         A.   Yes.

8         Q.   Okay, and that's when you were at the

9    Keene PD?

10        A.   Yes.

11        Q.   And Det. McLaughlin is the one that did

12   the taping?

13        A.   Yes, it was his phone and the Keene

14   Police Department's taping machine, he put it on

15   the phone.

16        Q.   Okay.  During that conversation do you

17   know if the entire conversation was taped?

18        A.   Yeah, I believe yes, it was.

19        Q.   Okay, have you ever made a written

20   statement -- go ahead?

21        A.   What conversation are you talking

22   about?

23        Q.   I'm sorry --

1        A.    The one on the phone with MacRae,

2   between me and MacRae, that was taped at the

3   time.

4        Q.    At which Det. McLaughlin was present?

5        A.    Right.

6        Q.    That entire --

7        A.    The conversation between me and MacRae

8   -- the conversation that took place in the room

9   that day wasn't taped, just the conversation, the

10  phone conversation.

11       Q.    I understand, when you just talked to

12  Jim McLaughlin, that wasn't taped?

13       A.    Right, that wasn't taped.

14       Q.    But when you talked to Mr. MacRae on the

15  telephone and Mr. McLaughlin was present, the tape

16  was running?

17       A.    Yes, it was.

18       Q.    Other than Det. McLaughlin, have you

19  talked to any other police officers about any of

20  these allegations?

21            (Pause.)

22       A.    Nope.

23       Q.    And -- go ahead?

1        A.    I spoke with Brian.   What's Brian's last

2    name?

3                MR. REYNOLDS:   Clark.

4        A.    Clark, but no detail about -- I mean he

5    came to Manchester the other day.

6        Q.    Is that the first time you spoke to him?

7        A.    Yes -- well, no, I spoke to him on the

8    phone, he asked me to -- yeah, okay, I had spoke

9    to him about the case, he asked me to sign the

10   consent forms to Derby Lodge, Farnum Center,

11   Tirrell House, all those institutions. Beech Hill,

12   he wanted me to get a release of information, we

13   talked about that.

14       Q.    Did you sign those?

15       A.    Yes, I did sign them.

16       Q.    Do you know when that was?

17       A.    No, it was months ago, I don't know

18   exactly which month or anything.

19       Q.    Okay.

20       A.    It was in 1994.

21       Q.    Possibly May?

22       A.    Possibly.

23       Q.    And you signed them for Tirrell House?

1      A.   Tirrell House, Farnum Center, Sobriety

2    Maintenance, Derby Lodge and Beech Hill, the same

3    ones -- basically the same -- yeah, those I

4    signed.

5      Q.   Okay, and did you talk to Officer Clark

6    about the case any at that point or he just said

7    he needed these releases?

8      A.   He said that he -- yeah, he needed

9    releases because of such and such, I don't

10   remember exact words, but, yeah, he referred to

11   the case.

12      Q.   Do you remember why it was he was

13   telling you he needed them even though you don't

14   remember his exact words?

15      A.   Why he needed them?

16      Q.   Or why he wanted them?

17      A.   They just wanted the information.

18      Q.   And you were willing to sign those

19   releases?

20      A.   Yes, I was -- well, I had spoke to my

21   lawyer first.

22      Q.   Attorney Upton?

23      A.   Right, they had sent him a copy of what

1    they wanted and sent me a copy, and he said it was

2    okay for me to sign.

3        Q.    And then you talked to Officer Clark

4    just within the last week or two?

5        A.    Right.

6        Q.    Okay, and what did you all talk about

7    then?

8        A.    He came over to Manchester and was

9    concerned about -- I had had -- since I don't have

10   a license I had trouble finding a ride or finding

11   transportation over here to meet with Attorney

12   Reynolds.

13       Q.    Okay.

14       A.    And he was offering -- trying to make

15   arrangements to get me over here, to get me to

16   Cheshire County Court.

17       Q.    Did he also actually talk about the case

18   or did you talk to him about what had happened in

19   the past?

20       A.    Um, let's see, we talked about that and

21   --

22            (Pause.)

23       A.    No, I don't believe -- no, I didn't talk

1   to him about any details of the case.

2       Q.    Other than Officer Clark and Det.

3   McLaughlin, have you talked to any other police

4   officers about any of the things that you say that

5   Gordon MacRae did that was wrong?

6       A.    No.

7       Q.    Okay.  Have you talked to any other

8   police officers about anyone else whoever

9   physically or sexually assaulted you?

10      A.    Did I talk -- did I talk --

11      Q.    Let me repeat the question, maybe I can

12  put it in English.

13          MR. REYNOLDS:  I warned you about him.

14      Q.    I know you've talked to Det. McLaughlin

15  in some detail about things that you say that

16  Gordon MacRae did, that's right?

17      A.    Right.

18      Q.    And you've talked a little bit about

19  some of the same things, but not a whole lot, with

20  Officer Clark?

21      A.    Right.

22      Q.    Have you ever talked to any police

23  officer about anyone other than Gordon MacRae ever

74

1    physically or sexually assaulting you?

2        A.   No.

3        Q.   Okay.  Do you think anyone other than

4    Gordon MacRae ever has physically or sexually

5    assaulted you?

6        A.   Yeah, I've been physically assaulted.

7        Q.   Okay, like there were fights or things

8    like that?

9        A.   Yeah -- no, I was beat up in Manchester.

10       Q.   When was that?

11       A.   I'm not sure of the year.  I don't know

12   what the year was.

13       Q.   Was that before or after you hurt your

14   leg and you had to have that surgery?

15       A.   Before.

16       Q.   Was it when you were living in

17   Manchester the first, second or third time?

18       A.   The first time.

19       Q.   Okay.

20       A.   It was after the time that I was at

21   Tirrell House the first time.

22       Q.   Okay.  And did you talk to Det.

23   McLaughlin about that time you got beat up?

1    A.    Yes, I did.

2    Q.    Other than Det. McLaughlin, have you

3    talked to any other policemen about that?

4    A.    No other policemen.

5    Q.    Okay, do you think anyone other than Mr.

6    MacRae ever sexually assaulted you?

7    A.    No.

8    Q.    Okay.  You may recall that we were going

9    through where you had lived and when, and we got

10   to the point where you lived in Portland?

11   A.    Right.

12   Q.    And let me just make sure that I've got

13   the order right, before Portland you were at the

14   Dover Crisis Center, is that right?

15   A.    Correct.

16   Q.    You think that was in 1987?

17   A.    Yes.

18   Q.    You're not sure how long you were there?

19   A.    No.

20   Q.    You came there from Manchester, and

21   you'd been in Manchester for three days?

22   A.    Right.

23   Q.    Living with Al and Dan?

1      A.    Right.

2      Q.    Did you tell Al and Dan about Mr. MacRae

3   threatening you or chasing you with a gun?

4      A.    No.

5      Q.    Did you tell anyone about that until you

6   told Det. McLaughlin about that in 1993?

7      A.    From the time --

8      Q.    From when it happened -- you don't

9   remember the exact date --

10      A.    I only told two people up to that point,

11   and that was Det. McLaughlin and my counselor

12   Debbie at when I was at Derby Lodge.

13      Q.    Is that Debbie Collette (ph)?

14      A.    I couldn't recall what her last name

15   was.

16      Q.    She worked with you at Derby Lodge?

17      A.    Yes, she did.

18      Q.    Do you remember when you were there?

19      A.    Do I remember?

20      Q.    Yes.

21      A.    Yeah, I remember when I was there.

22      Q.    When was that?

23      A.    Oh, a date I was there?

1      Q.    Yes.

2      A.    No, I don't remember that.

3      Q.    Do you remember how long you were there?

4      A.    No, I don't remember how long that was.

5      Q.    Do you remember how old you were then?

6      A.    No, I don't remember how old I was

7    either.

8      Q.    Okay, but you told Debbie, whatever her

9    last name is, that Mr. MacRae had threatened you

10   with a gun or chased you out of town?

11     A.    No, we didn't talk about that part, just

12   briefly said somewhere in the conversation

13   something came up about different types of abuse,

14   and I told her that I had been sexually abused

15   before, and then I -- in the first conversation or

16   the first part of the conversation I said that and

17   didn't say anything, didn't make reference to who

18   it was until later on in the conversation.  It

19   wasn't like I just came out and said, well, Gordon

20   MacRae sexually assaulted me, I said I had been

21   sexually assaulted, we talked about it, and talked

22   about, you know --

23     Q.    How it had happened?

1      A.   Not really how it happened but how to

2  deal with different -- it was more -- the

3  counseling session is more of how to deal with

4  different situations or different addictions and

5  every day life.

6      Q.   But you told Debbie?

7      A.   Right.

8      Q.   That Gordon had been the person who

9  assaulted --

10      A.   Right.

11      Q.   You're sure of that?

12      A.   Right.

13      Q.   How many times do you think you met with

14  Debbie?

15      A.   I'm not sure exactly how long it was,

16  all I remember was one day she was either fired or

17  removed from her position for whatever reason that

18  was, but she left the job.

19      Q.   Do you know the reason she was

20  dismissed?

21      A.   No, I have no idea.

22      Q.   Okay.

23      A.   Even if she was -- I'm not even sure if

1    she was dismissed.  She might have just left on

2    her own.  I don't know any details except she was

3    gone.

4        Q.    And this was at Derby Lodge in Berlin?

5        A.    Right.

6        Q.    Did you tell anyone else --

7        A.    No.

8        Q.    -- other than, let me get the question

9    out first, did you tell anyone else other than

10   Debbie Collette (ph) -- excuse me, other than

11   Debbie and Det. McLaughlin about Mr. MacRae

12   sexually assaulting you?

13       A.    Between the time it happened and the

14   first conversation I had with Det. McLaughlin?

15       Q.    Yes.

16       A.    Yeah, I did.

17       Q.    Who else did you tell?

18       A.    I had spoke -- no -- no, I hadn't, I

19   hadn't spoke to anybody.  I spoke to her first,

20   and then the years went by, I spoke to -- yeah, I

21   said something -- no, I spoke to Det. McLaughlin,

22   and then I spoke to some other people.

23       Q.    Who are the other people?

1        A.    I called my mother and told her that I

2    had spoke to Det. McLaughlin and that was it,

3    didn't say about what, didn't talk about

4    anything.   I'm not sure if it was whose idea it

5    was, but they said I should talk to Bill Cleary,

6    who was already familiar with what was going on.

7        Q.    When you say they, either your mother or

8    Det. McLaughlin or both?

9        A.    Right, I can't say, I don't know.

10       Q.    It was one or the other?

11       A.    Right.

12       Q.    Okay.

13       A.    I'm not sure if it was --

14       Q.    And you talked to Bill Cleary?

15       A.    Right, I talked to Bill Cleary.

16       Q.    And you've obviously, I assume, talked

17   to Robert Upton?

18       A.    Right.

19       Q.    Okay, anyone else?

20       A.    I talked to Devine & Millimet, Don

21   Dufresne and his, I'm not sure exactly what she is

22   to him, an aide or something, she was in the room.

23       Q.    Did they represent you at some time?

1       A.   No, they were representing me and Upton,

2  Sanders & Smith for the civil suit MacRae has

3  filed against me.

4       Q.   And you've talked to the grand jury?

5       A.   Right.

6       Q.   And you talked to Attorney Reynolds?

7       A.   Right.

8       Q.   Other than that have you talked to

9  anyone else?

10      A.   I talked to some guy, an attorney named

11  Peter at Wiggins and something, or something and

12  Wiggins.

13      Q.   Wiggin & Nourie?

14      A.   Yeah, I talked to Peter something.

15      Q.   Because he was maybe going to represent

16  you, or why?

17      A.   No, under the advice of Bill Cleary.

18      Q.   This is before you had Attorney Upton?

19      A.   Right.

20      Q.   Anyone else that you've talked to about

21  what Gordon MacRae did?

22      A.   Besides -- I mean besides -- yeah, I

23  have talked to other people.

1      Q.    Whom?

2      A.    Do I have to answer that?

3      MR. REYNOLDS:  I think you may want to

4 talk to your lawyer before you answer the

5 question.

6      A.    All right.

7      Q.    Can you tell me the names of any other

8 people you talked to other than the ones you've

9 already identified about what Gordon MacRae did?

10     A.    No, I can't.

11     Q.    But everyone that you talked to --

12 forget this question, I'm going to start over.

13 Debbie at Derby Lodge was the first person you

14 talked to about these things that Gordon MacRae

15 did that were wrong?

16     A.    Right.

17     Q.    And after you talked to Debbie you

18 didn't tell anyone else about it until you spoke

19 to Det. McLaughlin, is that right?

20     A.    Right.

21     Q.    You're not sure of the exact date, but

22 it was in early 1993 when you talked to Det.

23 McLaughlin?

1          A.    Right, right.

2          Q.    Okay.   And then after you talked to Det.

3    McLaughlin, you told your mother?

4          A.    I didn't tell her per se, I mean I

5    wasn't like -- I didn't say, well, this and this

6    and this happened, I just said that I had

7    contacted Det. McLaughlin and had spoke to him

8    about what had happened, outside of that it wasn't

9    like I said, well, this is what happened on such

10   and such a date, or this, this, this.

11         Q.    You didn't give her all the details?

12         A.    Right, I didn't.

13         Q.    But when you talked to your mother --

14         A.    About what happened --

15         Q.    -- did you say about Gordon MacRae, or

16   about the fact that Gordon MacRae did something to

17   me, the best you can remember, what kind of words

18   did you use?

19         A.    I just said that I talked to Det.

20   McLaughlin about what happened, it wasn't like she

21   didn't know what was going on, my brother had

22   already been to the grand jury and they had been

23   doing an investigation beforehand, so.

1     Q.   This is your brother Jon?

2     A.   Correct.

3     Q.   And how did you know that Jon had

4 already been to the grand jury?

5     A.   Well, let's see -- well, the first

6 person let me know that he was going, it was two

7 days before he was supposed to appear in court on

8 it.

9     Q.   And who was that?

10    A.   Who?  Jon was supposed to appear.

11    Q.   So Jon let you know that he was going to

12 go talk to --

13    A.   No, my mother told me that my brother

14 Jon was going to be appearing in two days to meet

15 with the grand jury.

16    Q.   And did she say about what?

17    A.   Just about concerning Gordon MacRae.

18    Q.   She say what about Gordon MacRae?

19    A.   No details.

20    Q.   Okay.  What was the next thing you

21 heard?

22    A.   Next thing I heard was on the media or

23 whatever was said about him being indicted.

1       Q.    And do you remember, radio, television,

2   newspaper?

3       A.    I'm not sure.

4       Q.    Do you read a newspaper?

5       A.    Yes, I do.

6       Q.    Which one?

7       A.    I used to get the Union Leader.

8       Q.    Okay, do you think you read about it in

9   the Union Leader?

10      A.    I'm not sure.

11      Q.    Okay, so you somehow heard about it on

12  the media, was that before or after you talked to

13  Det. McLaughlin?

14      A.    I think it was right in the same time

15  frame as when it was -- I can't say because I

16  don't remember.

17      Q.    So you knew from your mother that your

18  brother was going to testify in front of the grand

19  jury regarding Gordon MacRae?

20      A.    Right.

21      Q.    That was before you talked to Det.

22  McLaughlin?

23      A.    Right.

1    Q.    Did you talk to your brother?

2    A.    No.

3    Q.    Okay.  Did you talk to anyone else?

4    A.    No.

5    Q.    Did she say why your brother was going

6    to talk to the grand jury about Gordon MacRae?

7    A.    No.

8    Q.    Okay, she didn't say what, if anything,

9    it had to do about?

10   A.    I can't -- I don't remember the

11   conversation well enough to say.

12   Q.    How often -- was this in person or on

13   the phone?

14   A.    Phone.

15   Q.    How often do you and your mother talk on

16   the phone?

17   A.    I think I called her two months ago, a

18   month ago.

19   Q.    Okay.

20   A.    Maybe once a month, if that.

21   Q.    And she called you to let you know that

22   Jon was going to testify in front of the grand

23   jury?

1       A.    No, I just happened to call.

2       Q.    It just came up in conversation?

3       A.    Right -- it had been a while, I don't

4    know, a month or so had gone by, I hadn't had -- I

5    don't really have too much contact with my family,

6    I called up, she said do you know in two days that

7    your brother is going to be going before the grand

8    jury about Gordon MacRae, that's the best I can --

9       Q.    And what was your answer?

10      A.    What was my answer?

11      Q.    When she asked do you know?

12      A.    Oh, no, she asked me -- she asked me if

13   I knew -- I can't really say how she worded it,

14   but she was looking for something.

15      Q.    Was she trying to find out if you knew

16   that your brother was going to the grand jury?

17      A.    I don't recall.

18      Q.    Do you think she was trying to find out

19   whether you had ever been assaulted or attacked by

20   Mr. MacRae?

21      A.    I don't really -- I don't know, I don't

22   remember the conversation well enough just to, you

23   know, you think that someone is trying to get at

1   something.

2       Q.   How did -- when you talked to Det.

3   McLaughlin the first time, was it because you had

4   found him or he found you or do you remember how

5   it happened?

6       A.   Yeah, I called him on the phone and told

7   him that I wanted to make an appointment to meet

8   with him.

9       Q.   And how did you know to call him?

10      A.   Because my mother had already said who

11  was taking care of it at the time.

12      Q.   She give you the telephone number?

13      A.   To the Keene Police Department, no, I

14  looked it up in the phone book.

15      Q.   You were in Manchester when you called?

16      A.   Yes.

17      Q.   That was after you talked to your mother

18  about the fact that your brother was going to go

19  testify in front of the grand jury or was it after

20  that?

21      A.   I think it was.  She said something two

22  days before he was going to go the grand jury -- I

23  didn't say anything to Det. McLaughlin until after

1    the grand jury had already indicted him.  At that

2    point in my mind I knew that it was possible that

3    he could be convicted.

4        Q.    On Jon's charges or on yours?

5        A.    On mine.

6        Q.    Did you know anything about Jon's

7    charge?

8        A.    I still don't, no, I don't now or never.

9        Q.    And you haven't ever talked to Jon about

10   any of this?

11       A.    No, as far as details of his case and my

12   case, we have never exchanged any information

13   about anything.

14       Q.    You all ever talked about it any?

15       A.    Yeah.

16       Q.    Okay, when?

17       A.    About -- when is the last time, today,

18   this morning.

19       Q.    Okay, and was anyone else present?

20       A.    No, no.

21       Q.    How many times before that, do you know?

22       A.    Have I talked to him?

23       Q.    Yes, about his case or your case or --

1       A.    The only thing we've ever talked about

2   is the delays and whatever, appeals or things like

3   that that have come up, anything that was in the

4   paper pretty much, appeals, continuances, but

5   never any information -- I mean I never said,

6   well, Jon, this is what happened to me, or he

7   never said, well, this is what happened to me or

8   have you ever been to this place or that place or

9   anything like that, never had any conversation

10  about that.

11      Q.    And that includes today?

12      A.    Right.

13      Q.    Okay.   Other than Debbie at the Derby

14  Lodge, have you ever told any other counselor or

15  psychiatrist or psychologist that you were ever

16  sexually abused, irrespective of whether you gave

17  the name of the person?

18      A.    Yeah, I called Pauline Goupil and Ram

19  Yaditi.

20      Q.    You told both of them?

21      A.    Yeah.

22      Q.    Okay, any other psychiatrist or

23  counselors that you've told?

1       A.    No.

2       Q.    Okay.  I want to go back, you were run

3   out of town by Gordon with a gun?

4       A.    Right.

5       Q.    That was in 1987, do you remember what

6   month or what time of the year?

7       A.    Yeah, it was summertime.

8       Q.    Okay, do you remember what month?

9       A.    No.

10      Q.    Anybody else ever threaten you with a

11  gun?

12      A.    No.

13      Q.    Okay, what kind of gun was it?

14      A.    A handgun.

15      Q.    Do you know what color the metal was?

16      A.    No, not offhand.

17      Q.    Do you know what kind of handgun it was?

18      A.    Yeah, he had two handguns.

19      Q.    Okay, the one he used to threaten you,

20  what did it look like?

21      A.    Revolver.

22      Q.    You don't know what caliber?

23      A.    No.

1      Q.   Do you know what make, like Smith &

2   Wesson, Colt?

3      A.   No.

4      Q.   Could you describe the way it looked?

5      A.   Just -- I'm not really good at -- no, I

6   couldn't.  I have seen it, I mean I've been in his

7   room and seen it.

8      Q.   And where did he keep it in his room?

9      A.   Right on his -- well, at different times

10  it's been on his bookshelf in his room, along with

11  his, whatever position he held in Baltimore,

12  Baltimore Police Department, he had a badge and a

13  holster and two handguns, and he kept those

14  together.

15     Q.   He kept them both in a holster or just

16  one of them?

17     A.   Just one of them.

18     Q.   Was the one he threatened you with, the

19  one he kept in the holster?

20     A.   Yes, it was.

21     Q.   Okay.

22     A.   It was short, it was a revolver.  I

23  think it was dark in color.  It was short-nosed.

1        Q.   Do you know if it's the kind that has a

2   cylinder or bullets in the center or did it have a

3   clip in the handle?

4        A.   No, the one he had that day was a

5   revolver, cylinder.

6        Q.   Where was it that he threatened you,

7   where were you?

8        A.   On Washington Street.

9        Q.   Okay, whereabouts?

10        A.   Near the corner of -- I'm not sure

11   exactly -- I'm not sure of that street going

12   across, I think that's High Street, I'm not sure.

13   Is that the one that's across the street from

14   Roosevelt School, whatever that street is, across

15   from Roosevelt?

16        Q.   Roosevelt or Franklin?

17        A.   Franklin on Washington Street, whatever

18   that -- I think it's High Street, I'm not sure if

19   that's High.

20        Q.   How did he come up to you?

21        A.   In his car.

22        Q.   Okay, what was he driving?

23        A.   I'm not sure if he still had his Subaru

1    at that point or if he had already gotten a

2    different car.

3            Q.    So he had a Subaru at one point?

4            A.    Yeah, at one point.  I'm not sure if he

5    still had -- I don't recall.

6            Q.    Do you remember what color the car was?

7            A.    No.

8            Q.    When he had the Subaru, do you remember

9    what color it was?

10           A.    Yeah, it was a -- it was a certain kind

11   of yellow, I wouldn't know how -- dull yellow

12   color.

13           Q.    And two or four-door, or do you

14   remember?

15           A.    Four-door.

16           Q.    Station wagon or like a sedan?

17           A.    I don't know, kind of like an economic

18   car, not really a sedan, not big like you would

19   think it as a sedan.

20           Q.    But it wasn't a station wagon?

21           A.    Right.

22           Q.    It had four doors?

23           A.    Right.

1      Q.    So he drove up to you on Washington

2   Street somewhere near the Franklin School?

3      A.    Right.

4      Q.    And what did he say or do, just give us

5   the details of what happened?

6      A.    Well, earlier in the day -- I had been

7   living with MacRae -- early in the day -- I was

8   living up on Summit Road with him.

9      Q.    In his apartment?

10     A.    Right, in his apartment.

11     Q.    And how long had you been living with

12  him?

13     A.    I can't say, I don't know.

14     Q.    You think it was like a week, a month, a

15  year?

16     A.    I don't know, it was days.  How many

17  days that was, I'm not really sure.

18     Q.    But you had been living with MacRae,

19  then what happened?

20     A.    One morning he woke up, said he had to

21  -- he said he had to go to Boston or

22  Massachusetts, I think he said Boston, though, it

23  was pretty early in the morning, he said he had a

96

1    couple things for me to do while he was gone and

2    --

3        Q.    Such as?

4        A.    Like pick up and take some laundry and,

5    you know, take care of those things around the

6    house, and then he got ready and left. I was

7    sitting watching TV, it was still fairly early --

8    well, it was still fairly early in the morning and

9    he came back and he said he had to do something or

10   drop this off, and he brought in a steel etagere

11   case, big stainless steel type of case, he brought

12   that in, put it behind the couch, went in his

13   bedroom, got something, and then left again.

14   About, I don't know, roughly an hour after he left

15   I -- in between that I ate and did all that stuff,

16   got changed and stuff, I saw -- when I got ready

17   to walk out the door, I glanced down to my

18   left-hand side and remembered that he had put the

19   case there. I took the case out, put it on the

20   couch, wondered what was inside the case. I

21   opened the case up and in there there were a

22   number of video cassettes along with a camcorder.

23   I took one of the video cassettes and put it in

1    his VCR, started watching it, and at that point I

2    came across some child pornography.  I looked at

3    it roughly 15 seconds, whatever, it wasn't -- it

4    was seconds.

5        Q.    What do you mean seconds?

6        A.    I mean it was like -- I watched it --

7        Q.    Oh, you mean you just watched it for

8    seconds?

9        A.    Thought I recognized a person on there.

10       Q.    Who did you think you saw?

11       A.    I thought it was Tony, I'm not sure,

12   I've forgotten what Tony's last name was.

13       Q.    Okay.

14       A.    Then I got scared, I grabbed the tapes

15   out of the case, closed the case, put it behind

16   the couch, ran in the room, grabbed a gym bag off

17   his floor.  There was a blue gym bag with some, I

18   don't know if they were dirty or clean clothes in

19   the gym bag, I took the video cassettes, threw

20   them in there, went to his dresser, grabbed all

21   the film and all because he had some 35 millimeter

22   cameras, too, and some disk cameras.  I grabbed

23   that material, put it in the bag, grabbed

1    something else, put that in the bag and ran out

2    the door -- shut the door, and ran out the door,

3    got on my bike, road to my mother's house -- well,

4    no, actually I went through the cemetery, waited

5    in the cemetery for, I don't know, roughly an

6    hour.

7        Q.    Which cemetery?

8        A.    The one right across from where he

9    lives, I'm not sure of the name of that, it's on

10   Summit Road up by -- I'm not sure if that's Park

11   Ave.

12           MR. REYNOLDS:   Probably.

13       A.    By Yankee Lantern.

14       Q.    Okay, I understand that, you waited

15   there for a while, then what did you do?

16       A.    Roughly an hour trying to decide what I

17   was going to do.   At that point the only thing I

18   had left really to take that stuff to, I brought

19   it to my mother's house.

20       Q.    Where was that?

21       A.    On Butternut Drive.

22       Q.    Okay, and what did you do with it at

23   your mother's house?

1          A.    I went in the front door.

2          Q.    Was anyone there?

3          A.    Yes, somebody was there, the doors were

4    unlocked.

5          Q.    Who was there?

6          A.    I can't remember, I don't recall who it

7    was at the house.

8          Q.    But you didn't have a key?

9          A.    Right. I wasn't supposed to be there at

10    that time.

11          Q.    Just because it wasn't okay with your

12    mother or there was a restraining order or what?

13          A.    Right, no, just my mother.

14          Q.    Okay, so somebody was there, they let

15    you in?

16          A.    No, I just walked in.

17          Q.    What did you do then?

18          A.    Well, took the gym bag downstairs, put

19    it in -- we have a cellar, like a wash -- we have

20    our washer and dryer -- we have a downstairs room

21    where our washer and dryer is and a storage area

22    on one side and like that, and just kind of like a

23    storage place where we do our laundry, I went in