1    there, put the bag on the shelf in there, I left.

2    I went in there, leave the bag, left the house,

3    was riding around Keene for a while.

4         At that point I heard this car come

5    racing down the street. I looked behind me and it

6    was MacRae. He chased me, and I was heading in

7    the area of Roosevelt School, the one on

8    Washington Street.

9         Q.   Near the cemetery?

10        A.   Right.

11        Q.   Franklin School maybe?

12        A.   Franklin School.

13        Q.   That's okay.

14        A.   I knew that you couldn't get a car

15   through the cemetery very easily, so I was on a

16   bike and he was chasing me, so I started to cut

17   through the cemetery -- well, before that he had

18   -- we came down Elm Street, that's where he saw

19   me, he came racing down Elm Street.

20        (Recess).

21        Q.   We're back in 1987 and you're in the

22   cemetery next to the Franklin School, that's the

23   big cemetery that goes up and down the hill.

1  right?

2      A.   Yeah, but before that --

3      Q.   Oh, okay.

4      A.   When MacRae first saw me it was on Elm

5  Street, he was coming down south on Elm Street.

6      Q.   Okay, and you were on Elm?

7      A.   No -- yeah, I was -- I'm not sure if

8  that's High Street Market or --

9      Q.   The one on the corner?

10     A.   Right on the corner of Elm and whatever

11  that street.

12     Q.   Brick building?

13     A.   Brown.

14     Q.   Take a couple steps up to get into it?

15     A.   Right.

16     Q.   Okay, I'm going to assume it's the High

17  Street Market.

18     A.   Yeah, okay, I had been at that store. I

19  came out, I saw him approaching, coming south on

20  Elm Street.  I got on my bike, he saw me, he

21  chased me on that street there heading towards

22  Roosevelt School.

23     Q.   I want to interrupt a minute, you keep

1    saying Roosevelt, there was a Roosevelt school in

2    Keene, I just want to make sure --

3          A.    Franklin School, the school on

4    Washington Street, the one that is an elementary

5    school.

6          Q.    The one that's still a school?

7          A.    Yes.

8          Q.    Not the one way up?

9          A.    Right.

10         Q.    Okay.

11         A.    He chased me on the street and that. I'm

12   going to say High Street.

13         Q.    What had you gotten in the store, do you

14   remember?

15         A.    No.

16         Q.    Something to drink?

17         A.    Possibly.

18         Q.    Had you had anything to drink that day?

19         A.    Oh, something to drink?

20         Q.    Yes.

21         A.    No -- alcohol you mean?

22         Q.    Yes.

23         A.    No, no.

1      Q.   So he chased you and then what happened,

2  was he blowing his horn?

3      A.   No, just high speed at that point.

4      Q.   Okay.

5      A.   He came around the corner -- I went up

6  on the curb, he chased me to that corner, made a

7  little turn like when he came off the street on

8  Washington Street, he took that right and parked

9  right there.  I pulled up on the curb like 50

10  yards away from him maybe, enough room so he

11  couldn't run up to me, and we exchanged words at

12  that point.

13      Q.   Before that point had you seen a gun?

14      A.   Yeah, he had his gun in his hand.

15      Q.   When did you first see that he had the

16  gun in his hand?

17      A.   When he got out of the car.

18      Q.   Okay, and then what happened, you said

19  you exchanged words, who said what?

20      A.   He was yelling about me taking stuff

21  from his apartment.  Said that -- I don't know his

22  exact words or how he said it, but he was

23  threatening me, telling me that if I tried to do

1    anything, there's nothing I could do about it, no

2    one was going to believe me.  He yelled some other

3    profanities, said that he'd kill me if I tried to

4    do anything or tried to say anything about it.

5        Q.    About the tape?

6        A.    Right, the stuff that I had taken.  He

7    didn't say the tape, he didn't say the anything,

8    he referred to the stuff I had taken from his

9    house.

10       Q.    And he's yelling and screaming at this

11   point?

12       A.    Right.

13       Q.    He's pretty aggravated?

14       A.    Right.

15       Q.    Flustered?

16       A.    Right.

17       Q.    Okay.

18       A.    That wasn't the first time we had

19   conversation about saying anything about me not

20   talking.

21       Q.    Okay, before we go into that, I just

22   want to stick with this one incident.  Now, what

23   time of the day was this?

1          A.     Afternoon time.

2          Q.     Okay, do you remember what day of the

3     week?

4          A.     Mid-afternoon -- no, I don't remember.

5          Q.     Was it like a weekday or a weekend?

6          A.     I believe it was towards the end of the

7     week.

8          Q.     Okay.  And were people looking at you

9     all as they went by with him yelling and

10    screaming?

11         A.     I don't recall, I don't remember.  I was

12    more -- I didn't really see anything going on

13    around me.  The conversation was between me and

14    him.

15         Q.     But he was yelling, right?

16         A.     Right.

17         Q.     Screaming?

18         A.     Not really screaming but -- I mean he

19    raised his voice but it wasn't -- he raised his

20    voice, that's all I can say.

21         Q.     And when he was driving, you said he was

22    driving fast?

23         A.     Right.

1      Q.    That would have been down High Street?

2      A.    Right.

3      Q.    Okay, and was there any other traffic?

4      A.    I can't -- I don't remember.

5      Q.    Did he skid any?

6      A.    Yeah, he squealed around and pulled to a

7 quick stop off of High Street on to Washington.

8      Q.    And you said he threatened you?

9      A.    Right.

10     Q.    How did he threaten you, what was going

11 to happen or what might happen?

12     A.    He said that he would kill me if I tried

13 to go against him, or that no one was going to

14 believe anything, things of that nature.

15     Q.    And you took him seriously?

16     A.    Yeah, I did.

17     Q.    You thought he meant it?

18     A.    Yes, I did.

19     Q.    Then what happened?

20     A.    I started pedaling and rode quick across

21 the street, and he was there and I was here, I

22 went across the street.

23     Q.    Across Washington Street?

1     A.   Right, right across Washington to the

2     other side where Franklin School is.

3     Q.   Okay.

4     A.   He was getting back in his car and he

5     saw me go down the street towards the cemetery,

6     whatever that street is called.

7     Q.   You went behind the school?

8     A.   Right, to the left-hand side of the

9     school.

10    Q.   Okay.

11    A.   Into the cemetery, he saw me go that

12    way.  He started to pull his car like he was going

13    to follow me into the cemetery.  I went down over

14    the hill with my bike and was going to cut through

15    the other side over towards, I'm not sure if

16    that's Beaver Street.

17    Q.   I know where you're talking about.

18    A.   And up by Lincoln Street.  You come out

19    that end of the cemetery.  That's the way I was

20    going to go out.

21    Q.   And what happened?

22    A.   He chased me -- well, he went on his car

23    on Beaver Street, went flying up Beaver Street.  I

1   saw him, I started going up towards the entrance

2   on to Beaver Street, I saw that he was over there

3   in his car.  I went back towards the other side

4   where I think that's Lincoln Street on the

5   backside, and he came back up there with his car

6   that way, and at that point I came back down and

7   went out to the Beaver Street side.

8       Q.   He was driving fast the entire time?

9       A.   Right.

10      Q.   You could hear his vehicle?

11      A.   Yeah.

12      Q.   Was he squealing and screeching?

13      A.   Well, he was doing faster than the speed

14  limit on Beaver Street.  I saw him pull his car

15  like that, pull his car to a stop and sitting

16  there looking at me.  I reversed my direction and

17  started going out towards Lincoln Street way up on

18  the backside.  He must have -- he saw me heading

19  in that direction.  He went up Lincoln Street.  I

20  didn't see his car until he came way up in the

21  clearing where you can see the road up on the

22  backside of the cemetery.  I turned around at that

23  point and went down. I was still on top of the

1    hill, I went down, back down through the Beaver

2    Street entrance and out that way, and he didn't --

3    whether he tried to follow me after that I don't

4    no, I didn't see him.

5        Q.    Is that the last time you saw Gordon

6    MacRae?

7        A.    Yes, it was.

8        Q.    Okay.  Did you talk to him again from

9    that point forward, was the next time you talked

10   to him whenever you called him at your attorney's

11   office?

12       A.    No.

13       Q.    Excuse me, when you called him from the

14   Keene Police Department?

15       A.    Right.

16       Q.    Okay, so between that time period to

17   this event when he ran you out of town, until you

18   were with Det. McLaughlin at the Keene PD and you

19   all called Mr. MacRae, you all never talked?

20       A.    Right.

21       Q.    And you haven't seen him even to this

22   day?

23       A.    Right, correct.

1      Q.   This happened late afternoon -- mid to

2   late afternoon?

3      A.   No, I'd say mid-afternoon.

4      Q.   Where did you go?

5      A.   I went and got a bag -- well, yeah, I

6   went and got a bag of my clothes.

7      Q.   Where were they?

8      A.   Knapsack, um, at a friend's barn or

9   clubhouse or whatever you want to call it, where I

10   was staying there.

11      Q.   Who was the friend?

12      A.   Gregg Cole, C O L E.

13      Q.   That was over on School Street?

14      A.   Yes, it was.

15      Q.   You were staying at Gordon's at the same

16   time or you had stayed there earlier?

17      A.   No, I had stayed there before I went

18   with Gordon to Summit Street.

19      Q.   Okay, did you talk to anybody there?

20      A.   What do you mean -- no, I didn't.

21      Q.   At the Coles'?

22      A.   Yeah, only Gregg knew I was there, his

23   parents didn't.

111

1      Q.   But did you see him that day that you
2 got the bag of your --

3      A.   Nope.

4      Q.   So then what did you do?

5      A.   Left.  I rode my bike from Keene to
6 Manchester.

7      Q.   Okay, what time did you get to
8 Manchester?

9      A.   I don't know, it was almost dark --
10 well, I think it was dark out when I got there, by
11 the time I got in to where I was at Dan and Al's
12 house.

13      Q.   Did you stop and talk to anybody on the
14 way?

15      A.   No, I didn't.

16      Q.   Okay, and you went directly to their
17 house?

18      A.   Yes, I did.

19      Q.   So you already knew where they lived?

20      A.   Yeah, yeah, yeah, I knew where they
21 lived.

22      Q.   Did you tell them why you were there or
23 what had happened?

1      A.   No, I just asked them if I could stay a

2   couple days until I figured out what I was going

3   to do.

4      Q.   Did you talk to anybody about what had

5   happened?

6      A.   No.

7      Q.   Your mother at the time worked for the

8   State of New Hampshire Division for Children and

9   Youth Services?

10      A.   I don't believe so.

11      Q.   Do you know when she went to work there?

12      A.   No, I don't believe I do.

13      Q.   Do you know what she did for work there?

14      A.   When, before that?

15      Q.   When this incident happened that you

16   were run out of town?

17      A.   I'm not sure what she was doing -- yeah,

18   yeah, she must have been working for the state I

19   think, I'm not sure if she was or not to tell you

20   the truth.

21      Q.   You became aware at some point she was a

22   child and welfare officer?

23      A.   Yeah, I guess at some point I did, I

113

1    don't know when that was -- well, it wasn't like I

2    talked to my mother on an every day basis when I

3    lived in Keene, I didn't even see her that often.

4    It wasn't like we were really on any kind of

5    talking terms, so.

6        Q.    Okay, did you talk to her any between

7    the time that you were run out of town and that

8    conversation, whenever you all talked about your

9    brother going to the grand jury?

10       A.    Yeah, I talked to my mother.

11       Q.    Once every month or two or --

12       A.    No, I talked to her three times.

13       Q.    That entire time --

14       A.    Maybe four times at the most.

15       Q.    That entire time period?

16       A.    Right.

17       Q.    What about your father?

18       A.    Didn't talk to him at all.

19       Q.    Okay.  Now, at some point -- I'm not

20   just talking about this, I'm just saying talked to

21   them?

22       A.    Right.

23       Q.    At some point you lived with your father

114

1    after this incident, right?

2          A.    Yeah, when I came back from California.

3          Q.    Okay, and you never talked to him any

4    about any of this?

5          A.    Any of what -- no, I don't believe so.

6          Q.    Gordon running you out of town with a

7    gun, you never talked to him about any of that?

8          A.    I haven't even talked to him since -- I

9    haven't talked to him about anything about the

10   case, I haven't even talked to him at all.

11         Q.    Okay.  When you were in Keene, did you

12   have a counselor or a psychologist or anybody --

13         A.    Yeah, Mr. MacRae.

14         Q.    Okay, other than that, anyone else?

15         A.    No.

16         Q.    Okay.  Now, I'm going back in time, you

17   had that incident when you were run out of town?

18         A.    Right.

19         Q.    You had been living with Gordon and

20   staying at the Coles' barn on School Street some?

21         A.    Right.

22         Q.    What did you do for work there,

23   anything?

115

1  A. Yeah, I worked for E. C. Flooring for

2 quite a while while I was still over at Coles'

3 barn, I was still working for him.

4  Q. Is E. C., is that --

5   (Recess).

6  Q. Who is E. C.?

7  A. Ed Castor. I'm not sure if he was the

8 owner of that still, I'm not sure.

9  Q. And how long had you lived at School

10 Street, do you remember?

11  A. No, it was just on and off.

12  Q. This was Steve's son letting you live

13 there?

14  A. Yeah.

15  Q. Now, who is that?

16  A. Gregg.

17  Q. Steve and Mrs. Cole didn't necessarily

18 know?

19  A. I think Steve was gone twice -- he was

20 flying twice, gone for a number of months.

21  Q. When he was still a pilot?

22  A. Yeah.

23  Q. Did Mrs. Cole know?

1          A.    She saw me around, but I don't believe

2     she did know, Gregg didn't want her to know.

3          Q.    Do you know where Gregg is now?

4          A.    I have no idea, I haven't seen him or

5     talked to him.

6          Q.    So when this all came up and you got run

7     out of town that day and you went and got a bag of

8     clothes, was Gregg there?

9          A.    No, he wasn't.

10         Q.    Okay.  When you took the bag to your

11    house, this is earlier in the day, and you put it

12    in the basement?

13         A.    Yeah, I did.

14         Q.    Okay.  And did you talk to anybody in

15    the house?

16         A.    No -- well, just as far as I remember,

17    whoever was there just was upset that I was there.

18         Q.    Because you weren't supposed to be

19    there?

20         A.    Right, and didn't want me to be there.

21         Q.    Who was living there then?

22         A.    My two brothers and -- I'm not sure if

23    both my sisters were living there or just one of

1  them at the time.

2      Q.    And your two brothers?

3      A.    Yeah.

4      Q.    Which two?

5      A.    Jon and James.

6      Q.    James is the youngest brother?

7      A.    Right.

8      Q.    And which of the two sisters might have

9  been living there?

10      A.    I know definitely my sister Jennifer was

11  and maybe my sister Suzanne. I'm not sure if she

12  was there at that time.

13      Q.    You're not sure who was there at the

14  time that you showed up?

15      A.    Right.

16      Q.    But they were upset you were there?

17      A.    Right.

18      Q.    You all get into words about it?

19      A.    No, because I just -- no.

20      Q.    Okay, do you know if they saw what you

21  had?

22      A.    I don't recall.

23      Q.    Did you tell them what was in the bag?

1    A.    No.

2    Q.    Did you tell them to leave the bag

3    alone?

4    A.    I just remember saying that I was

5    putting something down in the storage room.

6    Q.    Did you tell them whose it was?

7    A.    No.

8    Q.    Do you know if they knew you were

9    staying with Gordon?

10    A.    Yup, they did.

11    Q.    And how did they know that?

12    A.    It wasn't any big -- I mean, it wasn't

13    -- I mean they were my family, I think they'd know

14    -- no. I don't know personally if they knew or

15    not, but I assume they did, I mean --

16    Q.    You all weren't talking much at that

17    point, were you?

18    A.    No, I didn't talk to them directly, but

19    during this time MacRae was giving updates -- I

20    mean he was still on a daily basis having

21    conversations with my mother.

22    Q.    He was talking to her regularly?

23    A.    Yeah, talking to her daily.

1    Q.    What about?

2    A.    I don't know.  He was -- he was -- what

3  do I say, he became -- he became -- or he became

4  the middleman between me and my mother.  He fixed

5  it so I wasn't able to talk to her directly, I had

6  to talk through him.  Anything I needed to let my

7  mother know, I had to talk to him about and he

8  would talk to my mother.

9    Q.    Now, when you say he fixed it, he made

10  that a rule?

11   A.    Yeah, he said as long as you -- this was

12  the agreement how I got to live in his house, he

13  said, this was his words, if you do these certain

14  things, he gave me some certain things I needed to

15  do, and listen to what I say, I will make things

16  -- I will patch things up between you and your

17  mother.

18   Q.    And what were the things that you had to

19  do?

20   A.    While I was living at his house I had to

21  look for a job, go to some AA meetings and not

22  drink or use drugs.

23   Q.    Okay, so if you worked on your problem?

120

1        A.    Right.

2        Q.    Tried to get a job?

3        A.    Correct.

4        Q.    And went to AA?

5        A.    Right.

6        Q.    He'd let you stay at his house?

7        A.    Correct.

8        Q.    And he would see if he could patch

9    things up with your mother?

10       A.    No, he said he would.

11       Q.    He would, okay, and you and your mother

12   had been on the outs for how long, any idea?

13       A.    Quite a while.

14       Q.    Do you know how old you were or what

15   grade you were in whenever you all first got on

16   the outs?

17       A.    No, I don't.

18       Q.    Okay.  Do you know how long it had been

19   since you lived with your mother or when you quit

20   living with her?

21       A.    No, I don't.

22       Q.    Now, at this point you had already been

23   to Tirrell House once?

1        A.    Correct.

2        Q.    Okay, had you been to any other

3    residential treatment center anywhere?

4        A.    I went to, let's see, I had been to

5    Beech Hill.

6        Q.    That was before this?

7        A.    Yeah.

8        Q.    In Dublin?

9        A.    Yeah, in Dublin.

10       Q.    Do you know who your counselor or who

11   you dealt with in Dublin?

12       A.    I think it was Bruce Kennedy.

13       Q.    Bruce Kennedy?

14       A.    Yeah.

15       Q.    And do you know when you were there?

16       A.    I think it was in '85.

17       Q.    Okay, so you'd been at Beech Hill, you

18   had been at Tirrell House -- where else, if

19   anywhere, had you been where you received any kind

20   of counseling or treatment?

21       A.    What's that, I didn't hear what you

22   said?

23       Q.    Where else had you been where you'd

1    received any kind of counseling or treatment other

2    than those two places?

3         A.    I hadn't been -- I hadn't been -- I

4    hadn't been to Tirrell House, I had just been to

5    --

6         Q.    You were at Tirrell House two times?

7         A.    Yeah, twice, but I didn't finish the

8    Beech Hill program.

9         Q.    Okay, I'm just trying to find out --

10         A.    And then I didn't do anything, it was in

11    between that time.

12         Q.    I'm just tying to find out all the

13    places you've been, and let me just go through the

14    ones I know and if at any time -- and if I've

15    missed any, will you let me know?

16         A.    All right.

17         Q.    I know you were at Tirrell House twice?

18         A.    Right.

19         Q.    Derby Lodge once?

20         A.    Right.

21         Q.    Farnum Unit once?

22         A.    Right.

23         Q.    You were at the Sobriety Maintenance in

123

1    Manchester once?

2         A.    Right.

3         Q.    You were at Beech Hill in Dublin once?

4         A.    Correct.

5         Q.    You were at the Dover Crisis Center

6    once?

7         A.    Right.

8         Q.    You've seen Pauline Goupil?

9         A.    Right.

10        Q.    You've seen Ram Yaditi?  At various of

11   these places we talked about you saw other people?

12        A.    Right.

13        Q.    Have you ever been at any other center

14   where you got treatment or care for any kind of

15   psychological or mental health problems or just

16   try to help you with your attitude or get through

17   the day?

18        A.    No.

19             MR. REYNOLDS:  Did you mention Derby

20   Lodge?

21        Q.    I'm not sure that I did, but you were at

22   Derby Lodge, and that was once, right?

23        A.    Right.

124

1       Q.    That's where you saw Debbie?

2       A.    Right.

3       Q.    Talked to Debbie?

4       A.    Right.

5       Q.    You're not sure if her last name was

6   Collette (ph) or not?

7       A.    I know that she was the director, the

8   acting director at the time.

9       Q.    Okay.

10      A.    I'm not sure of her last name, though,

11  either.

12      Q.    That's okay, other than those people

13  have you had any other counselors or psychologists

14  or therapists or anyone evaluate you?

15      A.    Yeah, Mr. MacRae.

16      Q.    Okay, Gordon, anyone else?

17      A.    No.

18      Q.    Okay.

19      A.    Yeah, I did, when I was in elementary

20  school.

21      Q.    In Marlborough?

22      A.    Yeah, in Marlborough.

23      Q.    Who saw you there?

125

```
 1        A.    John --

 2              (Pause.)

 3        A.    I don't know what his name is.

 4        Q.    Do you know where his office was?

 5        A.    McKinley Circle, it was in his house.

 6   I'm not sure if he still lives there.

 7        Q.    McKinley Circle, is that in Marlborough?

 8        A.    Yes, it is.

 9        Q.    You see him just one time or several

10   times or do you remember?

11        A.    Yeah, I had seen him a number of times.

12        Q.    Saw him at his house and you can't

13   remember his last name?  That's okay, I'm just

14   trying to make sure --

15        A.    Yeah, I'm just trying to remember.

16        Q.    Other than the people we just mentioned,

17   any other --

18        A.    Yeah, I saw another, a priest before him

19   at the Marlborough Rectory, it was another priest

20   I talked to a couple of times.

21        Q.    Remember what his name was?

22        A.    No, I don't really know what it is.  I

23   know who the priest was when the -- the acting
```

126

1    priest was, it was Father Horan, but it wasn't

2    Father Horan I talked to.

3        Q.    It was another priest at Marlborough

4    when Father Horan was the priest?

5        A.    Right.

6        Q.    Did you ever see any of the priests in

7    Keene other than Mr. MacRae for counseling?

8        A.    No.

9        Q.    Do you remember where you had lived

10   before School Street?

11       A.    In Marlborough.

12       Q.    I'm sorry, School Street in Keene, do

13   you remember where you were?  You were spending at

14   least some time in the Cole barn?

15       A.    Yup.

16       Q.    Before that where did you live?

17       A.    I lived on Elm Street for a while with

18   another guy, two other guys.

19       Q.    Who?  That's Elm Street in Keene, right?

20       A.    Right.

21       Q.    Okay.

22       A.    Tom and Bobby.  I forgot what Tom's --

23            (Pause.)

1       A.    Tom Frye (ph).

2       Q.    Do you know where on Elm Street?

3       A.    No, I don't know the exact address.

4       Q.    Excuse me, where is it in relationship

5    -- remember where Fairbanks Grocery used to be on

6    Elm Street, down on the lower end as you're

7    getting close to the fire station?

8       A.    Yeah, it's like -- what's the street

9    where the bowling alley is on there, where

10   MacMillan Construction is there.

11      Q.    I know where you're talking about.

12      A.    That street, it's like two or three

13   streets up on the left-hand side.

14      Q.    When you say up, farther away from the

15   fire station?

16      A.    Right.

17      Q.    Do you know who the landlord was?

18      A.    No, I don't.

19      Q.    Do you know where Tom Frye lives now?

20      A.    No, I don't.

21      Q.    Okay, and where did you live before

22   that?

23      A.    I believe I lived with one of my

1   parents.

2       Q.   Do you know which one?

3       A.   No.

4       Q.   Do you know how long?

5       A.   No.

6       Q.   What about before that?

7       A.   Lived with my parents.

8       Q.   Okay, so up until that point you'd

9   always lived with your parents?

10      A.   Right.

11      Q.   Okay, when was the very first time that

12  you lived in Manchester?

13      A.   In whatever the date was when I got done

14  with Derby Lodge.

15      Q.   So after you were finished with Derby

16  Lodge in Berlin?

17      A.   Right.

18      Q.   You went to Manchester for the first

19  time?

20      A.   Right.

21      Q.   Do you know what year that was or how

22  old you were?

23      A.   I know I wasn't 18 yet.

129

1      Q.    That was the time you went to the Derby

2    Lodge, all the stuff with Gordon MacRae had

3    already happened?

4      A.    Right.

5      Q.    Okay.

6      A.    It was still going on.

7      Q.    It was still going on?

8      A.    Right.

9      Q.    Okay.  You were at Derby Lodge once?

10     A.    Right.

11     Q.    Okay.

12     A.    I believe that was in the late summer of

13   '86 when I went to Derby Lodge.

14     Q.    And when you went to Derby Lodge was

15   before Gordon ran you out of town with the pistol

16   or after?

17     A.    After.

18     Q.    Okay.

19     A.    No, it was before, 1986, it was before.

20     Q.    Okay, Gordon ran you out of town in '87?

21     A.    Right.

22     Q.    Okay, so the first time you lived in

23   Manchester was after Derby Lodge?

1          A.    Right, it was 1987.

2          Q.    How long did you live in Manchester and

3    where did you live?

4          A.    I lived on 610 Union Street.

5          Q.    Apartment or house?

6          A.    Apartment.

7          Q.    Remember the number?

8          A.    I think it was 2.

9          Q.    With anyone or yourself?

10         A.    Yeah, I lived with a friend of mine.

11         Q.    What's the name?

12         A.    Dean, I really don't know what his last

13   name was.

14         Q.    Do you know if he still lives at 610

15   Union?

16         A.    No, he's passed away.

17         Q.    Do you know when you quit living there?

18         A.    Yeah, the summer of '87.

19         Q.    To where and why?

20         A.    I came back to Keene and -- I lived with

21   one of -- I think I lived with one of my parents

22   for not that long, just a brief, and that's when

23   the same time I lived over at Coles' and then

1  lived with Tom for a little while, and then I went

2  back to the Coles', I was moving around, I was

3  just moving around from here to there, and then

4  Gordon suggested -- that was when Gordon was going

5  to take his leave and when I helped him move from

6  the rectory to Summit Street, and that's when he

7  came up with the suggestion of me staying with

8  him.

9      Q.   Okay.

10     A.   He asked me if I wanted to move in with

11  him.

12     Q.   When did your mother and your father

13  separate?

14     A.   I have no idea when that was, before

15  1985.

16     Q.   Were you living in Marlborough?

17     A.   Yeah, living in Marlborough.

18     Q.   Okay, and your father left the house?

19     A.   Yes, he did.

20     Q.   Okay, and you were going to Marlborough

21  Elementary?

22     A.   No, I was in junior high.

23     Q.   Okay, and that would have been Keene

132

Junior High?

A.   No, Marlborough Junior High.

Q.   Okay, same building?

A.   Right.

Q.   But you don't remember the grade or not?

A.   No, I don't.

Q.   What's the highest grade in school you completed?

A.   Eleventh.

Q.   Okay, and where was that?

A.   While I went to Portland High School -- well, before I left Portland, I was at Portland High School.

Q.   In the eleventh grade?

A.   Yeah, taking eleventh and twelfth grade classes.

Q.   What was the highest grade of school that you completed at Marlborough?

A.   Eighth.

Q.   Okay, and then did you go to Keene High any?

A.   Yes.

Q.   For how long?

1    A.    I think it was in eleventh grade when I

2  left.

3    Q.    Okay, so you're not sure how old you

4  were or what grade you were in when your mom and

5  your dad separated?

6    A.    I know I wasn't 15 yet.

7    Q.    And --

8    A.    Got divorced or got separated, because

9  they weren't divorced for a long time after they

10  were separated.

11    Q.    Yeah, I'm trying to find out when your

12  dad moved out of the house, do you remember when

13  that happened?

14    A.    Yeah, that was when I was in junior

15  high.

16    Q.    When did the divorce happen, get

17  finalized, if you know?

18    A.    I don't know when it was.  I know it was

19  more than a year after the separation.

20    Q.    Do you know when you and your mother

21  first started having a big rift or disagreements?

22    A.    When I was a freshman in high school.

23  My father left, we ended up selling our house in

1   Marlborough, moving to Keene, things weren't going

2   well, my mother was working full time, no one was

3   around, my girlfriend got -- no, I had a drinking

4   problem, I started having a drinking problem, I

5   went to Beech Hill, my girlfriend was pregnant, a

6   lot of arguments around that issue.

7        Q.   With your mother?

8        A.   Right.

9        Q.   About drinking or the girlfriend or the

10   pregnancy or all of them?

11        A.   Both, everything.

12        Q.   Okay, Beech Hill was the first place you

13   went for help with your drinking?

14        A.   Right.

15        Q.   Okay.  Your mother was working full

16   time, do you remember where she was working?

17        A.   No, I don't remember where she was

18   working, if she was working for the state yet or

19   not.

20        Q.   Okay.  When did you first meet Gordon

21   MacRae?

22        A.   I don't recall the year.

23        Q.   Do you know where you lived?

135

1      A.   Yes.

2      Q.   Where?

3      A.   I lived on School Street or Frost Street

4   or whatever address it was.  Things were mailed --

5   one door was facing this way and the other door

6   was facing that way.

7      Q.   Your house was at the corner of Frost

8   and School in Marlborough?

9      A.   Right.

10     Q.   What grade were you in?

11     A.   When we moved there?

12     Q.   When you first met Gordon MacRae?

13     A.   No, I don't remember.

14     Q.   Was Gordon a priest at Marlborough?

15     A.   No, he was a seminary student.

16     Q.   Okay, and do you remember what season of

17   the year that was?

18     A.   Yeah, I believe it was summer, might

19   have been -- no, I don't remember exactly when

20   that was.

21     Q.   Do you know who the priest was at the

22   time?

23     A.   Yeah, Father Horan.

1        Q.     You're not sure how old you were at the

2    time?

3        A.     Nope.

4        Q.     Did you deliver papers?

5        A.     Yes, I did.

6        Q.     How long?

7        A.     Well, since I -- well, I never really --

8    I'm not sure if I officially was considered the

9    paper boy through the paper.  My older brothers

10   had paper routes and because of the way

11   Marlborough is, they only have a number of routes

12   and the routes they have are big, so my brother

13   would take on a route and then break it down and

14   me and my other brother would do the area around

15   where we live like within a mile or two radius of

16   the neighborhood around where we lived and so,

17   yeah, I was helping my brother deliver papers.

18       Q.     Which brother had the route?

19       A.     All three of my brothers, all three of

20   my older brothers had routes.  Two were with the

21   Keene Sentinel and one was with the Union Leader,

22   and eventually those routes that my brothers had,

23   me and my brother Jon kind of just moved, you

1    know, we always had the route.

2         Q.   Okay, so David had one?

3         A.   Right.

4         Q.   Okay, who else?

5         A.   Jay and Chris.

6         Q.   All right.  Did you deliver to the

7    Catholic church in Marlborough?

8         A.   Yes, I did.

9         Q.   Were you delivering the paper whenever

10   you first met Gordon MacRae?

11        A.   Yeah, and on some occasions I did when

12   he was a seminary student there.

13        Q.   Okay, so you met him when he was a

14   seminary student, you were delivering papers then?

15        A.   Right.

16        Q.   You're not sure of the year or what

17   grade you were in?

18        A.   Right.

19        Q.   Were you still in elementary school or

20   were you in junior high at Marlborough?

21        A.   I'm not sure -- I had to be in junior

22   high because I went to -- or actually -- no, I

23   wasn't in junior high, it was quite a while before

138

1    that, I went to St. Joe's at some point.

2         Q.   Do you know when?

3         A.   I went to St. Joe's?

4         Q.   Yes.

5         A.   When I was in the fifth grade.

6         Q.   For just one grade?

7         A.   No. I went to fifth and sixth grade at

8    St. Joe's.

9         Q.   You met Gordon MacRae after that?

10        A.   I'm pretty sure I met him before that.

11        Q.   So you met him before you were in the

12   fifth grade?

13        A.   I really don't honestly know when I met

14   him.

15        Q.   From when you met him the first time

16   that he was -- excuse me, let me start this over.

17   When you met him the first time, he was in

18   seminary and had some kind of duties, whether it

19   was an internship or whatever you call it, some

20   kind of duties at the Catholic church in

21   Marlborough, is that right?

22        A.   In Marlborough, right.

23        Q.   And then however long that was there,

1   then that ended?

2       A.   Right, and he went back to Baltimore or

3   wherever he went, I'm not sure if he went directly

4   back to Baltimore --

5       Q.   When was the next time you saw him?

6       A.   I'm not really sure when that was when I

7   saw him again, I'm not sure.

8       Q.   When was the first time that Gordon ever

9   did anything that you thought was inappropriate

10  with you?

11      A.   At the rectory in Marlborough.

12      Q.   Okay, now, that was the first summer he

13  met you?

14      A.   Correct.

15      Q.   This is when you -- and you're not sure

16  if that was before or after you went to St. Joe's?

17      A.   I'm not sure.

18      Q.   Okay.  And what did he do the first

19  time?

20      A.   I think it was after, I think I was

21  going to St. Joe's when he was -- I really don't

22  know that part, but what happened was I went

23  there, Father Horan wasn't there, he was there

1    alone.  I went inside --

2        Q.    Gordon was there?

3        A.    Gordon was there alone.  Gordon asked me

4    -- we had already met him, we had known him for, I

5    don't know, a few weeks, so I knew who he was, he

6    had been over to our house already a few times, so

7    he asked me, he said do you want to come in, it

8    was morning, so it had to be either a Saturday or

9    Sunday delivery, they only deliver papers in the

10   morning on those days.

11       Q.    Which papers were you delivering?

12       A.    I'm not sure at the time which one that

13   was.  I went inside -- well, he invited me in,

14   asked me for a donut, if I wanted some donuts and

15   juice.  I said sure, so I went in.  I walked in,

16   we went into the kitchen and he gave me some -- I

17   walked in to -- I took the right in the kitchen

18   and went into the -- where the dining room table

19   was and then I went into the far room, and we

20   watched a little TV and we talked and I ate a

21   couple donuts and had some juice, and then I got

22   ready to leave.  I walked to the door at which

23   point Gordon started following me down the hallway

1    leading -- well, it's actually the middle hallway

2    in the house, the upstairs stairs are in that

3    hallway.  In that hallway we started walking

4    towards the door, Gordon started edging me.

5         Q.   Tell me what you mean by that?

6         A.   Edging me like forcing me towards the

7    right side of the hallway, like --

8         Q.   Bumping you against the wall?

9         A.   Right, we started in the middle, he

10   didn't touch me at first, he was kind of like

11   moving like this and like was moving over, but

12   because he kept on moving over towards me, it was

13   causing me to run into the wall, at which point he

14   pushed his body up against mine forcing me against

15   the wall.  He started rubbing his lower body

16   against my hip area -- my thigh and hip area, he

17   was rubbing himself.  He put his right arm -- put

18   his right arm against my throat area or front

19   chest, in front of my throat, right under my chin

20   right here.  He had his left hand and was feeling

21   me through my pants in my crotch area.

22        Q.   Did he say anything?

23        A.   I don't believe he did.

142

1        Q.    Did you say anything?

2        A.    No.  I looked at him for an instant,

3    then looked away like -- because the door was only

4    a few feet, not even a few feet away, and the door

5    opened towards us, and the door was ajar a little

6    bit and I just remember thinking that if I could

7    get to the door that it wouldn't be any use anyway

8    because it opened towards me, and if I opened the

9    door I would be behind the door, so I don't

10   remember ever struggling.  I don't remember if

11   there was a conversation or anything like that, I

12   just remember leaving after that and staying away

13   -- basically staying away from him for much of his

14   -- his attitude towards me changed a lot and I

15   didn't want to be around him when he was around.

16   I never was in -- I was always -- I always tried

17   to make it so I was in the company of others when

18   he was around.  I didn't trust him anymore.  I

19   didn't feel comfortable around him, and I just

20   distanced myself from him, and that was what

21   happened the first time.

22       Q.    Did you tell anyone else?

23       A.    No.

1        Q.   Now, at that time you and your mom were

2  still okay with each other?

3        A.   Right.

4        Q.   Okay.  And you and your other family

5  members?

6        A.   Hum?

7        Q.   You and your other family members?

8        A.   Right.

9        Q.   Was your dad still at the house?

10       A.   Yeah, he was still living there.

11       Q.   Okay.  You didn't tell him?

12       A.   No.

13       Q.   Did you finish delivering your papers

14  that day?

15       A.   Yes, I did.

16       Q.   Okay, after this happened?

17       A.   Right.

18       Q.   When did something wrong or

19  inappropriate happen next?

20       A.   I don't know how long he was gone for,

21  it didn't happen until after he was back at St.

22  Bernard's.

23       Q.   So he was -- the next time something

1  wrong happened he was at St. Bernard's?

2      A.   No, we were still in Marlborough, that's

3  right, we were in Marlborough, we were still

4  living in Marlborough, we were getting ready to

5  sell our house and move to Keene, I think he was

6  still coming around.  He took me to Keene in his

7  car.  He took me to Keene in his car to get some

8  pizza and some food to take back to our house in

9  Marlborough and --

10      Q.   Now, was this that same year or summer

11  that that first incident happened or was this

12  another year?

13      A.   This was another year, I'm not sure when

14  that was.

15      Q.   One year later, two years, do you know?

16      A.   No, I don't.  And we were going to Keene

17  to get some pizza and I was in the car with him by

18  myself, and on 101 between the Keene and the

19  Marlborough border there used to be a restaurant

20  there before the Rocky Brook Motel or whatever

21  that ice cream shop on 101, on what's that road,

22  Roxbury Road, between Roxbury Road and the

23  Marlborough town line.

1      Q.   Okay, I know where Rocky Brook is.

2      A.   Right.

3      Q.   And you talked about a restaurant,

4    there's a little dairy cream like place there and

5    further up closer to Marlborough there used to be

6    a place called Bud & Dolly's?

7      A.   In between that Bud & Dolly's and the

8    Rocky Brook Motel and that stretch of the highway

9    he took his arm and pinned me up against the seat

10   with his arm and tried to grab my crotch area at

11   that time, nothing really -- that's about all that

12   happened that time, that was the only other --

13     Q.   His car?

14     A.   Yeah.

15     Q.   What kind of car was it?

16     A.   I'm not sure what he had at that time.

17     Q.   When was the next time something

18   happened?

19     A.   When he was back -- when he came back to

20   Keene, when he was back in Keene.

21     Q.   Just so it's clear, when you say when he

22   came back to Keene, you mean whenever he came to

23   be a priest in Keene?

1      A.    Right.

2      Q.    I don't want to put words, I just want

3  to make sure you understood.

4      A.    I don't know, when he was -- when he was

5  a priest when Father Houle was at the rectory.

6      Q.    But Father Houle was at the rectory in

7  Marlborough?

8      A.    No, that was Father Horan.

9      Q.    Houle was in Keene?

10     A.    It was Houle, Gordon and one other

11  person, I'm not sure, one other priest I think.

12     Q.    Was Father Scrutin there then?

13     A.    No, that was before Steve came.

14     Q.    Steve is Father Scrutin?

15     A.    Right.

16     Q.    But Gordon was only at Keene as a priest

17  one time, even though it went on for a couple of

18  years, is that what you understand or not?

19     A.    Yeah.

20     Q.    I just wanted to make sure when you say

21  come back to Keene, he didn't live here three

22  different times, did he, in Keene?

23     A.    Right, I don't believe so.

1      Q.   Okay.   At no time did you ever tell

2    anyone about any of these things that Gordon did

3    until you told Debbie at Derby Lodge?

4      A.   Right.

5      Q.   Okay.   And you're sure that you told her

6    that Gordon MacRae sexually assaulted you?

7      A.   Right.

8      Q.   You may have not gone through every

9    detail, but you told her that?

10     A.   Right.

11     Q.   At least once if not more?

12     A.   It was only one conversation.

13     Q.   Okay, did she talk about it any?

14     A.   No, not really.

15     Q.   Okay.

16     A.   I mean she -- we were just general, I

17   don't know --

18     Q.   You talked to Debbie about this one

19   time?

20     A.   One time.

21     Q.   But you're clear, it's clear to you that

22   you gave her Gordon's name?

23     A.   Right.

1      Q.   As the person who did the inappropriate

2  thing?

3      A.   Right.

4      Q.   Okay.  Did anyone other than Gordon ever

5  do anything like this to you?

6      A.   No.

7      Q.   Okay.

8      A.   I -- I guess it's not important.

9      Q.   What?

10     A.   Her and Gordon were friends.

11     Q.   Debbie?

12     A.   Right, and Gordon were friends.

13     Q.   How do you know that?

14     A.   Because he said to me before he

15  suggested that I go to another -- I had been to

16  Beech Hill, that didn't work, so he suggested that

17  I give it another try and said that he had a

18  friend up north that ran a --

19     Q.   Treatment center?

20     A.   Yeah, and he didn't say who it was, and

21  I didn't know who it was until after 1986, or was

22  it 1987, it might have been 1987 when he was

23  coming to Manchester to see me when I lived at 610

1    Union Street.  He threatened me at that time also

2    about -- we had a discussion about not telling

3    anybody, no one not believing, and he would -- he

4    threatened me then, too, and we had the

5    conversation and he said that he knew that I had

6    said something to Debbie.

7        Q.   He said that?

8        A.   Yes, he said that to me.

9        Q.   And this is when you were living in

10   Manchester at Union Street?

11       A.   Right, after I got out of Tirrell House

12   the first time.

13       Q.   Okay, and he threatened you how, what

14   did he say, what would happen or how did he

15   threaten you?

16       A.   He was just really angry one of the

17   times he came to see me and said that he found out

18   that I had told somebody about what had happened

19   and if I ever tried to do that again, he would

20   seriously hurt me.  That if I even tried to do it,

21   if I even tried to tell on him, no one was going

22   to believe my word against his and on and on and

23   on about things like that, I mean -- of that

1    nature.

2         Q.    Did he have a gun that time?

3         A.    No, he didn't.

4         Q.    And was there any other time that he

5    threatened you?  I know he threatened you the day

6    he ran you out of town, but other than those two

7    events, any other time that he threatened you?

8         A.    No.

9         Q.    Okay, any time that he told you to not

10   say anything or to keep quiet?

11        A.    Did he?

12        Q.    Yes.

13        A.    Yeah, plenty of times.

14        Q.    Can you --

15        A.    No, I don't know any specific dates.

16        Q.    Do you know the first time?

17        A.    Yeah, that was the first time there

18   after I told -- after I had that discussion with

19   Debbie.  I know it was her that called him or told

20   him because she was the only other person I ever

21   -- the only person I told ever, and for it to get

22   back to him, the only way that could have happened

23   was by her, and he said that somebody told him

1   that I tried to --

2        Q.    Now, you stopped going to Beech Hill on

3   your own, is that right?

4        A.    Right.

5        Q.    Gordon didn't try to talk you out of it?

6        A.    Stop going?

7        Q.    Right.

8        A.    No.

9        Q.    He wanted you to keep on going?

10       A.    No, he didn't say -- didn't really have

11  anything to do with my -- anything surrounding --

12  the only thing he had to do with Beech Hill was he

13  knew somebody there, again, he had connections to

14  where he knew people, and he said that if you want

15  to go, I can get you a scholarship and your

16  parents' insurance will pay for the rest or your

17  father might have to pay for some or whatever, he

18  made -- he said that, but outside of that, I don't

19  know anything else because he had talked to my

20  mother about it, so it wasn't really even my

21  decision -- whether I wanted to go or not, it was

22  already planned.

23       Q.    Somebody else decided for you?

1     A.    Right.

2     Q.    Okay.  You partly participated in the

3 decision to go to Derby Lodge?

4     A.    Yeah, he suggested it.

5     Q.    And he's the one that took you there?

6     A.    Right, and I stayed over at the rectory

7 for two nights while I waited for -- he called up

8 there, they said I had to wait 72 hours or

9 something where I wasn't -- because I was

10 drinking, and they said you have to wait 72 hours

11 or whatever until you can come up before we meet

12 you.  Neither of my parents wanted me to stay with

13 them and I didn't have anywhere else to go and

14 Gordon said, well, you can stay here, then, for

15 the two days that you need to, and then on the

16 third day we'll make it a day trip to go up there.

17     Q.    And he took you?

18     A.    Right, he did.

19     Q.    And then did he ever take you or help

20 you get into any other treatment programs?

21     A.    No, nope, not really, no, he didn't.  He

22 might have said something about Tirrell House, but

23 that wasn't his decision, that was a decision I

1    made after I was up there for a while.

2        Q.   What's the earliest thing you can

3    remember?

4        A.   Earliest thing?

5        Q.   From your childhood?

6        A.   I don't know. I remember playing outside

7    at our old house on the Jaffrey Road in

8    Marlborough.

9        Q.   Okay, how old were you then?

10       A.   I don't know, I think I must have been

11   about three or so.

12       Q.   Okay, excuse me for asking, but is

13   Patricia your biological mother?

14       A.   No.

15       Q.   Okay, she's a stepmother or adopted?

16       A.   Adopted.

17       Q.   What about Mr. Grover?

18       A.   Adopted.

19       Q.   Okay, do you know when you were adopted?

20       A.   1968 I think -- yeah, I believe.

21       Q.   You were born in '67?

22       A.   Right.

23       Q.   So you don't remember your biological

1    parents?

2         A.    Right.

3         Q.    Okay, do you remember going into the

4    first grade?

5         A.    Yes, I do.

6         Q.    Who was your teacher in the first grade?

7         A.    Mrs. Forcier.

8         Q.    And where was that?

9         A.    Marlborough Elementary.

10        Q.    Where did you go to the second grade?

11        A.    I went to Marlborough Elementary School.

12        Q.    Who was your teacher?

13        A.    I believe it was Mrs. LaCoste.

14        Q.    And have you ever been convicted of any

15   crime?

16        A.    Yes, I have.

17        Q.    Okay, what offenses?

18        A.    I think I should talk to my lawyer about

19   that, about what I should say.

20        Q.    Well, they are matters of public record,

21   aren't they?

22        A.    Well, if they are --

23             MR. REYNOLDS:  We're talking about adult

1    stuff.  Hold off and talk to Rob Upton.

2         Q.    Since you've become age 18, have you

3    ever been convicted of any crimes?

4         A.    Yes.

5         Q.    What courts?

6         A.    I think just Manchester.

7         Q.    In the district court or the superior

8    court?

9         A.    One superior, one district -- yeah,

10   district and superior.

11        Q.    Do you remember what the charge was in

12   the district court?

13        A.    No.

14        Q.    Okay, did you have an attorney?

15        A.    No.

16        Q.    Okay, did you even know why you were

17   there?

18        A.    Yeah, I know why.

19        Q.    Okay, why was that?

20        A.    I really can't say, I need to --

21        Q.    You mean you don't want to say?

22        A.    Right, I don't want to say.

23        Q.    But you remember why you were there?

156

1     A.   Yeah, I do.

2     Q.   Okay, when was that?

3     A.   I really don't know that either.

4     Q.   You don't know or don't want to say?

5     A.   No, I really don't know.

6     Q.   Okay, that's fine. I just want to make

7 sure I understand your answer. And one time --

8 you might have gone there more than once on the

9 same charge or was there a series of charges all

10 related?

11     A.   I have been there a couple times.

12     Q.   What about the superior court?

13     A.   One time.

14     Q.   Same answers, you don't remember when

15 you were there and you don't want to say why you

16 were there?

17     A.   Right.

18     Q.   Any place other than those two courts

19 that you've ever been convicted since you've been

20 age 18?

21     A.   Yeah, Keene District.

22     Q.   Okay.

23     A.   Same.

1       Q.    Same answers, you know why you were

2   there, you don't remember when and you don't want

3   to tell me why you were there, is that right?

4       A.    Right.

5       Q.    Any other courts?  I've got Jaffrey --

6   strike that, excuse me, we have Keene District,

7   Manchester District and Hillsborough County

8   Superior Court, that's the name of the court

9   that's the superior court in Manchester?

10      A.    Right, right.

11      Q.    Any other courts?

12      A.    No.

13      Q.    Okay.  You've told me that you have

14  motor vehicle violations, but you don't want to

15  tell me for what and when, is that right?

16      A.    Correct.

17      Q.    Same courts or any other courts?

18      A.    No, in one of those three courts.

19      Q.    Okay, can I just take a half a minute?

20            (Recess).

21      Q.    Have you ever written any letters to

22  Gordon that you know of?

23      A.    No, I haven't.

1      Q.    Or has Gordon ever written any letters

2    to you that you know of?

3      A.    When I spoke to Gordon on the phone at

4    Jim McLaughlin's office at the Keene Police

5    Department Gordon made reference to him believing

6    that I had wrote the letters and him saying that I

7    -- I haven't even seen the letters or read them or

8    anything like that, but he said that they were

9    supposedly addressed from my brother Jon.  He said

10   that he knew that I was writing the letters, and

11   that he was writing in response to --

12     Q.    Other than those letters?

13     A.    Those are the only letters I know.

14     Q.    Okay, you didn't get any other letters

15   from him?

16     A.    No.

17     Q.    Have you ever written anything to anyone

18   other than your own attorney about how any of this

19   happened?

20     A.    No.

21     Q.    Okay.  Did Officer McLaughlin ever ask

22   you to write out a statement or give a statement

23   or he just talked to you?

159

1       A.    I was under the assumption that, yeah,

2  he wrote down everything I said, he took his time

3  --

4       Q.    Did you ever review it?

5       A.    Yeah, I did review it, I looked at it.

6       Q.    What he wrote down?

7       A.    Yeah, we sat in my attorney's office, he

8  wrote down and I looked at it and said yeah, this

9  is not -- not everything that he wrote down, but

10  just when we were there, I was under the

11  assumption that he was taking a statement, a sworn

12  statement by me, I don't know --

13       Q.    Did you sign anything?

14       A.    I thought I signed something that day,

15  but I thought it was also I signed releases too,

16  but the Keene police said that I hadn't -- or

17  wanted me to sign more or something, I thought I

18  had signed some things at that meeting.

19       Q.    Some releases or statements?

20       A.    I thought -- I thought I had signed both

21  at that time, but --

22       Q.    Did you ever write any out in your own

23  hand?

1        A.    Nope.

2        Q.    Okay.   Other than Pauline Goupil, I

3    might get it right one of these days, are you

4    currently seeing any psychologist or psychiatrist,

5    therapist or anyone else?

6        A.    No.

7        Q.    Are you under -- using any medications

8    or drugs at this point?

9        A.    No.

10       Q.    When do you think that you first started

11   -- when did you first start drinking?

12       A.    I don't know, I think I was probably

13   around 14.

14       Q.    Okay, before you met Gordon?

15       A.    No, I believe it was after I had met

16   him.

17       Q.    Okay, and when you first started

18   drinking, did you do it on your own or with other

19   people?

20       A.    I did it with another person.

21       Q.    Someone in your family or someone else?

22       A.    No, a friend of mine.

23       Q.    Okay, whom?

1     A.   John Torres.

2     Q.   T O R R E S?

3     A.   Yes.

4     Q.   And he's from or was he -- where was he

5  from?

6     A.   Marlborough.

7     Q.   Okay, beer, liquor, what?

8     A.   Yeah, it was liquor.

9     Q.   Okay, what kind?

10    A.   Vodka.

11    Q.   Do you know how much you started

12  drinking at first?

13    A.   Yeah, we drank, I don't know, close to a

14  fifth of vodka.

15    Q.   Okay, and at what point do you think

16  that you started having a drinking problem, if

17  ever?

18    A.   '86.

19    Q.   Okay, and how much were you drinking

20  then?

21    A.   It wasn't -- I don't know, I don't know,

22  I never really drank -- I never drank every week

23  or every day or anything like that, I just drank

1    when I went to parties or whatever, any occasions

2    like that.

3        Q.    And then when you'd start drinking,

4    you'd drink too much?

5        A.    Yeah, I always -- yeah, I drank.

6        Q.    Okay, when you did drink, do you know

7    how much you drank?

8        A.    I don't know, probably at that point

9    eight or ten beers.

10       Q.    Okay, so sometimes it would be beer,

11   sometimes hard alcohol?

12       A.    No, probably almost always beer.

13       Q.    Okay, and when you were first

14   hospitalized at Beech Hill, how much were you

15   drinking then?

16       A.    Five or six beers, I don't know.   I

17   really don't know.

18       Q.    Have you ever blacked out?

19       A.    Yeah.

20       Q.    You ever drunk and have trouble

21   remembering what happened?

22       A.    No.

23       Q.    You ever have what they call the shakes,

1    do you know what I mean by that?

2         A.   No, I haven't.

3         Q.   Have you ever been hospitalized for your

4    drinking?

5         A.   No, I haven't.

6         Q.   When did you first start going to AA?

7         A.   Oh, after I got out of Beech Hill in

8    '85.

9         Q.   Okay, and where did you first start

10   going?

11        A.   In Keene.

12        Q.   Where?

13        A.   I suppose it was -- it was at the

14   church, most of the meetings were a at church.

15        Q.   St. B's?

16        A.   Yeah, and they had them at St. Joe's, at

17   the school downstairs, and they had -- I'm not

18   sure if it was still on Mechanic Street, the thing

19   they rented over there.  St. James Church, I think

20   that's the stone one on West Street.

21        Q.   Right, that's the Episcopal one with the

22   red doors?

23        A.   Right.  There, and once in a while at

164

1    the YMCA, the college a few times, and Gordon was

2    also driving me around out of town.

3        Q.    He'd take you to AA meetings?

4        A.    Right, out of town.

5        Q.    Okay, and would he take you or help you

6    to get to AA meetings in town, too, from time to

7    time?

8        A.    Yeah, from time to time.

9        Q.    Okay.  Was he your sponsor or did you

10   have a different sponsor or did you have more than

11   one?

12       A.    I didn't really have any -- well, yeah,

13   he was more or less an acting sponsor.

14       Q.    Okay.  Have you ever been in any of the

15   12 step programs?

16       A.    No.

17       Q.    You ever have any problems with drugs

18   other than alcohol?

19       A.    I cannot -- I can't say.

20       Q.    Can't as in you don't want to talk about

21   it?

22       A.    Right.

23       Q.    You know whether you did or not, you

1    just don't want to go into the details, right?

2        A.    Right.

3        Q.    Is that correct?

4        A.    Right.

5        Q.    What are the 12 steps?

6        A.    I have no idea.

7        Q.    Okay.  Do you know what they're about?

8        A.    Basically just -- I guess the first few

9    steps are just an acceptance that you're an

10   alcoholic.  Then it goes, I don't know, the next

11   few are things to help you take a better look at

12   your every day life.  And the last ones are to

13   make amends about whatever you had done in the

14   past or people you had hurt or things you had done

15   in your life or whatever.

16       Q.    To make amends?

17       A.    To try to --

18       Q.    That's a phrase they use in AA?

19       A.    Yeah.

20       Q.    Were you ever in the military?

21       A.    Never.

22       Q.    Okay.  Did you ever receive worker's

23   compensation?

1          A.    Never.

2          Q.    Have you ever received any kind of

3    disability payments or insurance or social

4    security?

5          A.    Never.

6          Q.    Okay.   I understand, Mr. Grover, that

7    you're not willing, at least at this point, to

8    tell us where you currently live?

9          A.    Correct.

10         Q.    Is that correct?

11         A.    Correct.

12         Q.    With whom you live?

13         A.    Correct.

14         Q.    Whether or not you were intimate with

15   Shannon Curtis?

16         A.    Correct.

17         Q.    Why or how it was that you came to see

18   Dr. Yaditi?

19         A.    Correct.

20         Q.    Any of the details of your motor vehicle

21   record?

22         A.    Correct.

23         Q.    Any of the details of any convictions in

1    any courts since you have been age 18?

2        A.   Correct.

3        Q.   Although to the extent you have any

4    convictions, they are either in the Keene

5    District, Manchester District or Hillsborough

6    County Superior Court, is that correct?

7        A.   Correct.

8        Q.   Are there currently any charges pending

9    against you in any court of which you're aware?

10       A.   I wouldn't be able to -- I wouldn't be

11   able to answer that.

12       Q.   Just so it's clear to me, are you saying

13   you don't know or you'd rather not answer?

14       A.   No, I know, right, I'd rather not

15   answer.

16       Q.   Mr. Grover, you were kind enough earlier

17   today to sign releases which I might even be able

18   to find that I presented to you.

19           MR. REYNOLDS:  Is this a question or is

20   this --

21       Q.   Well, I'm getting to the question.  And

22   those were from institutions or individuals at

23   that time I was aware that you had seen.  During

1   the course of the conversation today I have

2   learned that you have seen one, the Farnum Unit

3   you went to is in Manchester and I thought it was

4   in Keene, and the release says at the Cheshire

5   Hospital.  If I was to change it, would you sign

6   it identifying the right Farnum Unit?

7       A.   Right.

8       Q.   I was not aware that you were seeing

9   Pauline Goupil or that you had seen Ram Yaditi or

10  however you spell his name, if I prepared a

11  release, would you be willing to sign for those?

12      A.   I can't do that.

13      Q.   Because you want to talk to your

14  attorney first?

15      A.   Right.

16      Q.   I just want to make sure.  What about

17  for the Dover Crisis Center?

18      A.   I still need to --

19      Q.   That's fine, I'm just trying to go

20  through.  Bruce Kennedy worked at Beech Hill, is

21  that correct?

22      A.   Yes, he did.

23      Q.   Okay, and you've signed a release for

1   Beech Hill.  Would you be willing to sign a

2   release for Bruce Kennedy?

3       A.   I'd have to ask my attorney.

4       Q.   That's fine, I'm just trying to find

5   out.  John, who neither one of us at this point

6   know the last name who is at McKinley Circle, have

7   you ever remembered his last name?

8       A.   I still don't remember that.

9       Q.   Would you be willing to sign a release

10  or do you want to still talk to your attorney?

11      A.   I'd still want to talk to my attorney.

12      Q.   When you used to talk to that priest or

13  whoever it was in Marlborough when Father Horan

14  was there, do you know if he used to take any

15  notes, or do you know?

16      A.   I don't believe, I only saw him on maybe

17  two or three occasions.  I'm not even sure -- I

18  don't even remember his name, I don't even

19  remember what he looks like.

20      Q.   When your father and your mother were

21  getting divorced --

22      A.   Right.

23      Q.   -- do you know if there was any dispute

1    about custody, that is where the children would

2    live?

3         A.    No.

4         Q.    Okay, so as far as you know, you never

5    had to talk to a person called a guardian ad litem

6    at the time?

7         A.    No.

8         Q.    Okay.  Thank you very much, Mr. Grover.

9         A.    All right.

10             (Interview concluded at 6:30 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

171

1                C E R T I F I C A T E

2        I, Sandra L. Kulacz, a Certified Shorthand

3    Reporter and Justice of the Peace of the State of

4    New Hampshire, do hereby certify that the

5    foregoing is a true and accurate transcript of my

6    stenographic notes of the interview of Thomas A.

7    Grover, taken at the place and on the date

8    hereinbefore set forth.

9        I further certify that I am neither attorney

10   nor counsel for, nor related to or employed by any

11   of the parties to the action in which this

12   interview was taken, and further that I am not a

13   relative or employee of any attorney or counsel

14   employed in this case, nor am I financially

15   interested in this action.

16            THE FOREGOING CERTIFICATION OF THIS

17   TRANSCRIPT DOES NOT APPLY TO ANY REPRODUCTION OF

18   THE SAME BY ANY MEANS UNLESS UNDER THE DIRECT

19   CONTROL AND/OR DIRECTION OF THE CERTIFYING

20   REPORTER.

21

22       _____
         Sandra L. Kulacz, CSR, CM

23