


5/12/08

On 5/12/08 the writer, James Abbott spoke with Leo and Penny Demers Tel# 603-
Mr & Mrs Demers live at

The Demers first met Gordon Mac Rae in the 1970's when he was at the Capucine Novitiate in Hudson N.Y. They stated Mac Rae went on to become a priest in the Diocese of Manchester N.H.

From that time through the present they have remained friends of Mac Rae and convinced of his innocense in this sexual abuse case.

Penny advised she attended the trial every day while Leo advised that he may have missed one day, but he was not sure.

Both Leo and Penny were at the trial during the days that Tom Grover was on the witness stand and on one of these days they were seated in the last row of seats on the right side of the court, as you face the judge. Seated on the left side also in the last row was a woman known to them as Pauline Goupil and they both observed her using body signs to communicate with Tom Grover while he was testifying. Specifically Penny first observed and alerted Leo to observe that during Grovers testimony Ms. Goupil would have direct eye contact with Grover and place her finger on her right cheek just at the eye level and slowly move her finger down her cheek with a distinct sorrowful frown on her face. Grover observed this and began to cry on the stand and wept for a good part of his testimony. This was in stark contrast to Grovers behavior after his testimony and in the hall outside the court where Grover was jumping up and down and laughing and joking with some of his supporters. Goupil was easily observed as she was alone in the back of the courtroom seats and stood out by her positioning (also making it easy for Grover to see her movements).

At a break in the trial Penny related this activity to attorney Koch and the judge then cleared the courtroom of all spectators.

Both Leo and Penny were interviewed by Det Mc Laughlin during this time and Penny Demers stated that Mc Laughlin was intimidating her and badgering her during her conversation and he had what appeared to be pre set answers that he was trying to lead her to say.

Mr & Mrs Demeres have maintained a file of all the contacts with Mc Laughlin and they advised they will review this file and provide the writer with all pertinent data as well as copies of same. One memo that they stated comes to mind is a Mc Laughlin memo dated Feb 22 1994 referring to Mc Laughlins questioning of Penny as to whether she will be testifying, as her name appeared in a "MOTION" (unknown nature)

The writer was advised that both Leo and Penny would consent to an interview for additional info and details and they were provided with contact Tel #'s of the writers

4/13/08

# AFFIDAVIT OF LEO P. DEMERS, JR.

My name is Leo P. Demers, Jr. and I hereby make the following statements under penalty of perjury, believing the following statements are true to the best of my knowledge and belief.

The purpose of this affidavit, at this time is to convey the context and substance of a meeting by me with Bishop John McCormack during which he expressed his belief in the innocence of the charges against Fr. Gordon MacRae that led to his conviction and subsequent imprisonment for the past twelve years.

1. My name is Leo P. Demers, Jr. and I have been a Broadcast Engineer in New England since 1962. I am a practicing Catholic.

2. I first met Reverend Gordon MacRae in the late 1970's or early 1980's when he was a Franciscan Friar in Novitiate training at the former St. Anthony's Capuchin Friary in Hudson, New Hampshire.

3. During 1994 I visited Father MacRae in New Mexico, where he was working in ministry. At that time Father MacRae informed me that criminal charges of sexual misconduct with a minor had been filed against him in New Hampshire.

4. I believe now, as I testified under oath during the sentencing phase of his trial in Keene, New Hampshire, that the charges against him are false.

5. During October 2000, I met with Bishop John McCormack at the Diocesan office in Manchester, New Hampshire. At the time, my employer, the WGBH Educational Foundation, wanted to produce a segment of Frontline. This production would have resulted in a national story about Father MacRae. Auxiliary Bishop Francis Christian arranged the meeting with Bishop McCormack.

6. I had contacted assistant Bishop Francis Christian from my office at WGBH to inquire about the story because he was the only person remaining in the Manchester Chancery Office who was present during the time of the accusations against Father MacRae. Bishop Christian wanted nothing to do with my inquiry regarding Father MacRae but did offer to arrange a meeting for me with Bishop McCormack.

7. The meeting with Bishop McCormack began with him saying, "Understand, none of this is to leave this office. I believe Father MacRae is not guilty and his accusers likely lied." "There's nothing I can do to change the verdict."

CONTINUED/

/ CONTINUED         Page 2

## AFFIDAVIT OF LEO P. DEMERS, JR.

8. I have recently learned that Bishop John McCormack submitted an expert report to Rome. This report purportedly concludes that Father MacRae's trial was fair and his sentence just. Further, this report allegedly avers that no avenue of appeal is available to Father MacRae. Since I have been in contact with various professionals representing Father MacRae, who are actively involved in investigating his case and prosecuting an appeal, I believe any expert opinion submitted by the Diocese of Manchester to be subject to challenge and serious defect.

9. I am motivated to submit this affidavit, obviously in disregard of any confidentiality requested by Bishop McCormack, because I cannot accept the inconsistency between Bishop McCormack's statements to me regarding Father MacRae's innocence and his submission of an expert report to the contrary that is in clear opposition to his stated belief.

Signed this 13th day of February, 2008

_____
Leo P Demers, Jr

**STATE OF NEW HAMPSHIRE**
**HILLSBOROUGH COUNTY**

Personally appeared the above named, Leo P. Demers, Jr., on this 13TH day of February, 2008, personally known to me or proven to be the same and acknowledge the foregoing instrument to be the truth to the best of his knowledge and belief. Before me,

_____
Notary Public

CHRISTINE E. CURTIN, Notary Public
My Commission Expires October 3, 2012