8/5/09

On the above date the writer, James Abbott interviewed Trina Ghedoni at tel# 603-935-9005 regarding questions set forth by Attorney Robert Rosenthal in an E Mail dated Aug 5 2009. These questions centered on Tom Grover's 1996 civil award against Gordon Mac Rae, and other subjects surrounding circumstances at the criminal trial of 1994.

Ghedoni advised that Grover was under medication before and during the Criminal trial in 1994 and he was medicated on the first day of the trial, as he stated he needed additional drugs in order to testify. Ghedoni stated that Grover was using these medications on the advice of Grover's lawyers as it would be more appealing to a jury if it was mentioned at trial. Grover was great with this concept as it coincided with his love of the drugs and fed into his sense of importance.

Ghedoni stated that Grover met with Pauline Goupil a number of times before the 94 trial and she was in the courtroom at the trial. She was coaching Tom along the way. Grover continued to see Goupil through the civil monetary award in 1996 and he stopped seeing her right after the award was made. Ghedoni, once again, stated that Grover was advised to go through therapy to elicit sympathy and to make his case more appealing to a jury, should it go that far. During Grover's 1994 trial he would go to Elliot Hospital "D" unit which is a psych unit.

The civil award was received in March of 1997 and Grover received approximately $153,000 after attorneys fees etc. Ghedoni is not sure if Grover told her the truth as to the amount. Grover then went on a spending spree ,bought 2 trucks, bicycles ,a dog, washer and dryer, and took photo's of his family with approximately $30,000 of the cash being displayed in a derisive manner and Grover bragging about the award.

Grover was also pushed by Ghedoni to put some money in an annuity which he did in fact do. He put approximately $25,000 into an annuity with an investor near attorney Upton's office. Arrangements were made by Attorney Upton to facilitate this arrangement and it was invested by a Mr. Dobbs or Dawson into a

Sun Life Annuity Plan with both Grover and Ghedoni being co-owners. Within 9 months to a year Grover had depleted this fund without Ghedoni's knowledge or consent. He had used a pre-signed authorization with Ghedoni's signature on it to convince the bank to release the funds to him ,as he lied ,and told the bank Ghedoni was in the hospital and unable to come in person. At a later time Ghedoni inquired and was told that the fund was nearly depleted and she took the remaining cash ($1000 or $2000) out herself

Ghedoni advised that Grover ,Ghedoni and her children went to Arizona in August of 1997. Grover began blowing the money on drugs, booze, pornography and motels where he would go to view this porn. In Oct 1997 Ghedoni found him in bed with a blood relative in her , Ghedoni's house. She was with one of her children at the time and she took a photo of them having sex in her bed.(Photo lost). Ghdoni got her own apartment and in May of 1998, A period of 9 months after arriving in Arizona, she left Grover and came back East.

During this 9 month period Grover blew untold thousands of dollars at a casino in Laughlin (pronounced Loflin) Arizona and she received several calls, during this time, that Grover had over extended his credit. The Casino was authorized to take the cash out of Grover's bank accounts at these times .Some money was spent on housing rent but Ghedoni estimates that $80,000 was spent on gambling ,motels for viewing porn, drugs,alcohol and at least $70,000 of the money was lost in the casino over a 3 day period.

When Ghedoni left Arizona in May of 1998 she is unaware ,specifically, of how much money Grover had spent or how much remained but she believes he had very little ,if anything ,remaining.