3/14/08

On 3/12/08 Tineesha Glenn was interviewed by James Abbott at Glenn's residence
Glenn's DOB is          and she gave a tel# of 603
Tineesha stated that Thomas Grover (TG) was married to her mother Trina Ghedoni from 1994 to 1997 and that her mother left and divorced him because she found him in bed with his sister while they were living in Prescott Valley Arizona.

Tineesha advised she knew nothing of TG'S accusations against Gordon Mac Rae until the trial in 1994 and since she was 10 or 11, at the time, she was not aware of any specifics.

Tineesha described TG as a "creep" and a "pervert" and that he was constantly eyeing her and her sisters. Tineesha states that, once, she and Shalina awoke and TG was sitting in an easy chair between their beds and staring at them. On another occasion TG fondled Tineesha's breast. Tineesha said she and Shalina were both afraid of TG and Tineesha stated that she and her mother had arguments over TG and his actions.

Tineesha could offer no further info regarding Grover.