UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

GORDON MACRAE,            )
        PETITIONER   )
                                     )
   v.                          )
                                     )
RICHARD M. GERRY, WARDEN,   )
        RESPONDENT   )

### MOTION TO ALLOW APPEARANCE OF COUNSEL *PRO HAC VICE*

Pursuant to Local Court Rule 83.2(b) of the United States District Court for the District of New Hampshire, the undersigned, Cathy J. Green, counsel for the petitioner in the above-referenced matter, hereby moves for the *Pro Hac Vice* admission of Robert Rosenthal of New York as co-counsel for petitioner, Gordon MacRae, in this matter.

In support of this motion, undersigned counsel for the petitioner states as follows:

1. Attorney Robert Rosenthal is an attorney in good standing admitted to the Bar of the State of New York. He is not a member of the bar of this Court.

2. The petitioner requests that Attorney Rosenthal be admitted *pro hac vice* in his case.

3. Attorney Green will be actively associated with Attorney Rosenthal for all proceedings in this matter.

4. Attorney Rosenthal's Affidavit in Support of Motion for *Pro Hac Vice* is attached hereto.

5. No memorandum of law is necessary as the relief sought is within the sound discretion of this Court.

WHEREFORE, undersigned counsel respectfully asks that this Court:

A. Grant this motion for admission *Pro Hac Vice* allowing Attorney Robert Rosenthal to appear on petitioner's behalf in this matter.

DATED: January 29, 2014         Respectfully submitted,

                                     Gordon MacRae
                                     By His Attorney,

                                     <u>/s/Cathy J. Green, Esq.</u>
                                     Cathy J. Green, Bar #995
                                     Green & Utter, P.A.
                                     764 Chestnut Street
                                     Manchester, NH 03104
                                     (603) 669-8446

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 29th day of January, 2014.

                                     <u>/s/Cathy J. Green, Esq.</u>
                                     Cathy J. Green, Esq.