UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
---------------------------------------------------
GORDON MACRAE,

      PETITIONER

AGAINST –

RICHARD M. GERRY, WARDEN,
NEW HAMPSHIRE STATE PRISON

      RESPONDENT
---------------------------------------------------

AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Robert Rosenthal, an attorney seeking admission *pro hav vice* in the above referenced matter, hereby affirms the following:

1. My office address is Robert Rosenthal, Counselor at Law, 523 East 14th Street, Suite 8D, New York, New York 10009. My telephone number is 212.353.3752.

2. I am admitted in the following courts:

| Court | Date of Admission |
|---|---|
| New York | April 29, 1992 |
| United States Courts of Appeals | |
|     First Circuit | September 17, 2002 |
|     Second Circuit | June, 10, 1994 |
|     Third Circuit | November 2, 1992 |

1

|  |  |
|---|---|
| Sixth Circuit | June 24, 1999 |
| Ninth Circuit | June 27, 2003 |
| Eleventh Circuit | July 20, 1995 |

United States District Courts

|  |  |
|---|---|
| Eastern District of New York | October 6, 1992 |
| Southern District of New York | October 6, 1992 |
| Northern District of New York | August 18, 2006 |
| New Jersey [intentionally inactive] | June 11, 1992 |

3. I am in good standing and eligible to practice in all of the courts listed above, with the exception of New Jersey. I allowed that membership to lapse. I live and work in New York. I do not practice in New Jersey. Thus, the requirements for keeping my eligibility there – among other the obligation to maintain an office in the state – were burdensome, without any benefit. The rules may have eased in the last few years, but I have not had any need to activate my license. To the best of my knowledge, I am eligible to practice there upon paying some fees.

4. I am not currently suspended or disbarred in any jurisdiction. [See paragraph 3, above.]

5. There are no disciplinary matters pending against me, nor have there ever been. I have no felony or misdemeanor convictions.

6.    I have never been denied *pro hac vice* status in any court to which I have applied. Accordingly, I respectfully request that the Court grant the motion for admission *pro hac vice* submitted herewith.

Robert Rosenthal
Counselor at Law
523 East 14th Street, Suite 8D
New York, New York 10009
(212) 353-3752

Sworn to before me, this
January ___, 2014

_____
Notary Public

JOEL MIGUEL TORIBIO
Notary Public - State of New York
NO. 01TO6290859
Qualified in Kings County
My Commission Expires Oct 15, 2017