AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| Gordon MacRae | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 1:14-cv-00045-JL |
| Richard M. Gerry | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Petitioner, Gordon MacRae

Date: 1/30/14

*Attorney's signature*

Robert Rosenthal
*Printed name and bar number*

523 East 14th Street, Ste 8D
New York, New York 10009
*Address*

robert@robertrosenthal.com
*E-mail address*

(212) 353-3752
*Telephone number*

(212) 995-9492
*FAX number*