**ATTORNEY GENERAL**

**DEPARTMENT OF JUSTICE**

33 CAPITOL STREET
CONCORD, NEW HAMPSHIRE 03301-6397

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2014 MAY 29 P 3: 50

JOSEPH A. FOSTER
ATTORNEY GENERAL

ANN M. RICE
DEPUTY ATTORNEY GENERAL



May 29, 2014

Daniel J. Lynch, Clerk
United States District Court
 For the District of New Hampshire
55 Pleasant Street
Concord, NH  03301

      RE:    <u>Gordon MacRae v. Richard Gerry, Warden, New Hampshire State Prison</u>
             No. 1:14-cv-00045-JL

Dear Clerk Lynch:

    Enclosed for filing please find the following Exhibits and Transcripts regarding the above-referenced matter:

- Exhibit A – Brief for the Defendant;
- Exhibit B – Brief for the State of New Hampshire;
- Exhibit C – Petition for Writ of Habeas Corpus, Memorandum of Law in Support of a Petition for Writ of Habeas Corpus;
- Exhibit D – Answer & Motion to Dismiss Petition for Writ of Habeas Corpus, Supplement to Answer & Motion to Dismiss, Corrected Pages, Memorandum of Law for Denial and Dismissal of Petition, and Document Supplement;
- Exhibit E – Petitioner's Responses to State's Supplement to Answer and Motion to Dismiss, Reply to State's Motion for Denial and Dismissal of Petition, and Order;
- Exhibit F – Court Order dated July 9, 2013;
- Exhibit G – Notice of Discretionary Appeal;
- Transcript – Motion Hearing – pp 1-84 dated August 26, 1994;
- Transcript – Pretrial Hearing dated August 17, 1994;
- Transcript – Motion Hearing – pp 1-57 dated June 30, 1994;
- Transcript – Pending Motions – Telephone Conference pp 1-51 dated March 9, 1994;
- Transcript – Motion Hearing – pp 1-70 dated July 8, 1994;
- Transcript – All Pending Motions – pp 1-101 dated December 3, 1993;

- Transcript – Trial by Jury – Volume I dated September 12, 1994;
- Transcript – Trial by Jury – Volume II dated September 13, 1994;
- Transcript – Trial by Jury – Volume III dated September 13, 1994;
- Transcript – Trial by Jury – Volume IV dated September 15, 1994;
- Transcript – Trial by Jury – Volume V dated September 16, 1994;
- Transcript – Trial by Jury – Volume VI dated September 19, 1994;
- Transcript – Interview of Thomas Grover dated September 2, 1914;
- Transcript – Trial by Jury – Volume 7 dated September 20, 1994;
- Transcript – Trial by Jury – Volume 8 dated September 21, 1994;
- Transcript – Trial by Jury – Volume 9 dated September 22, 1994;
- Transcript – Trial by Jury – Volume 10 dated September 23, 1994;
- Transcript – Testimony of Deborah Collett – pp 1-50 dated September 13, 1994;
- Transcript – Sentencing Hearing – Volume I dated November 9, 1994;
- Transcript – Sentencing Hearing – Volume II dated November 10, 1994; and
- Transcript – Sentencing Hearing – Volume III dated November 14, 1994.

Please call if you have any questions or concerns.

Sincerely,

*Elizabeth C. Woodcock*
Elizabeth C. Woodcock
Assistant Attorney General
Criminal Justice Bureau
(603) 271-3671

ECW/mmp
Enclosures
1048174