## ATTORNEY GENERAL
## DEPARTMENT OF JUSTICE

33 CAPITOL STREET
CONCORD, NEW HAMPSHIRE 03301-6397

MICHAEL A. DELANEY
ATTORNEY GENERAL



ANN M. RICE
DEPUTY ATTORNEY GENERAL

July 2, 2014

Daniel J. Lynch, Clerk
United States District Court
 For the District of New Hampshire
55 Pleasant Street
Concord, NH  03301

      RE:    <u>Daniel P. Farley v. Warden, New Hampshire State Prison</u>
              No. 1:14-cv-00045-JL

Dear Clerk Lynch:

    Enclosed for filing please find the following Exhibits and Transcripts regarding the above-referenced matter:

- Exhibit A – Brief for the State of New Hampshire;
- Exhibit B – Appendix To The Brief For the Defendant;
- Transcript – Jury Trial – Volume I of III;
- Transcript – Jury Trial – Volume II of III; and
- Transcript – Jury Trial – Volume III of III.

Please call if you have any questions or concerns.

                        Sincerely,

                        Elizabeth C. Woodcock
                        Assistant Attorney General
                        Criminal Justice Bureau
                        (603) 271-3671

/cs
Enclosures
1061916