UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Gordon MacRae, Petitioner

     v.                           Docket No.: 1:14-cv-45-JL

Warden, New Hampshire State Prison.
     Respondent

**RESPONDENT'S ASSENTED-TO
MOTION TO EXTEND TIME UNTIL JULY 29, 2014**

The respondent in this case asks this Court to extend time for filing its motion for summary judgment until July 29, 2014. The petitioner, through his lawyers, assents to this motion.

The undersigned lawyer apologizes to this Court, but has simply not had the uninterrupted time to finish the memorandum of law. The last several weeks have been extremely busy with hearings, depositions, and oral arguments in the state courts, as well as pleadings due in this Court.

In the last two weeks, the undersigned lawyer has filed motions for summary judgment in this Court in *Farley v. Warden*, USDC-NH Docket No. 1:13-cv-00467-JL (on July 3, 2014) and *Dilboy v. Warden*, USDC-NH Docket No. 13-cv-00465-LM (on July 11, 2014). The respondent is currently working on a motion for summary judgment in *Walker v. Warden*, USDC-NH Docket No. 1:12-cv-00099-PB, which is due on Friday, July 18, 2014, and will then turn to the motion for summary judgment in *Legere v. Warden*, Docket No. 1:10-cv-00013-PB which is due on Monday, July 21, 2014.

In addition to the pleadings filed with this Court, the undersigned lawyer has had to prepare for depositions and court appearances in five other cases.  On the afternoon of July 8, 2014, the undersigned attended a deposition in *Addison v. Warden*, Hillsborough Superior Court (Northern District), Docket No. 217-2012-cv-127.

On the morning of July 9, 2014, the undersigned had oral arguments before the New Hampshire Supreme Court in *State v. Dearborn*, Docket No. 2013-0437 and *State v. Griffin*, Docket No. 2013-0195.  On the afternoon of July 9, 2013, the undersigned attended two depositions in *Furgal v. Warden*, Merrimack County Superior Court Docket No. 217-2013-0677.  On the morning of July 11, 2014, the undersigned attended a hearing in *Sprague v. Warden*, Merrimack County Superior Court Docket No. 217-2014-00254.

The respondent asks for two weeks of additional time recognizing that the undersigned lawyer has another motion for summary judgment due in *Carvell v. Warden*, USDC-NH Docket No.: 1: 14-cv-00005-PB due at the same time.

    Respectfully Submitted,

    Warden, Northern New Hampshire State Prison, Respondent.

    By his attorneys,

    Michael A. Delaney
    Attorney General

    */s/ Elizabeth C. Woodcock*
    Elizabeth C. Woodcock
    Bar Number:  18837
    Assistant Attorney General
    Criminal Justice Bureau
    33 Capitol Street
    Concord, NH  03301-6397
    Phone: (603) 271-3671

July 16, 2014    Elizabeth.Woodcock@doj.nh.gov

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served the petitioner, who is represented by

        Robert Rosenthal, Esq.
        Cathy J. Green, Esq.

through this Court's electronic filing system.

        */s/ Elizabeth C. Woodcock*
        Elizabeth C. Woodcock