UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Gordon MacRae,
    Petitioner
    v.                                                                 Docket No.: 1:14-cv-45-JL
Warden, New Hampshire State Prison.
    Respondent

**RESPONDENT'S ASSENTED-TO MOTION TO EXCEED PAGE LIMIT**

1.    According to Local Rule 7.1(a)(3), the memorandum in support of the motion for summary judgment should be no longer than 25 pages.

2.    Because the petitioner has raised numerous claims in this matter, which the Court wishes addressed on the merits, the respondent cannot reasonably address the issues without exceeding the page limit imposed by the Local Rule.

3.    The respondent asks this Court to permit the respondent to file a memorandum not to exceed 50 pages.

4.    Local counsel, Cathy Green, Esq., assents to this motion.

        Respectfully Submitted,

        Warden, New Hampshire State Prison, Respondent.

        By his attorneys,

        Joseph A. Foster
        Attorney General

        */s/ Elizabeth C. Woodcock*
        Elizabeth C. Woodcock
        N.H. Bar # 18837
        Assistant Attorney General
        Criminal Justice Bureau
        33 Capitol Street
        Concord, NH  03301-6397
        Phone: (603) 271-3671
July 29, 2014        Elizabeth.Woodcock@doj.nh.gov

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have served the petitioner, who is represented by

        Robert Rosenthal, Esq.
        Cathy J. Green, Esq.

through this Court's electronic filing system.

        */s/ Elizabeth C. Woodcock*
        Elizabeth C. Woodcock