UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Gordon MacRae, Petitioner

      v.                                       Docket No.: 1:14-cv-45-JL

Warden, New Hampshire State Prison.
      Respondent


**RESPONDENT'S ASSENTED-TO
MOTION TO EXTEND TIME UNTIL JULY 30, 2014**


The respondent in this case asks this Court to extend time for filing its motion for summary judgment until July 30, 2014.  The petitioner, through his lawyers, assents to this motion.

The undersigned lawyer apologizes to this Court, but has simply not had the uninterrupted time to finish the memorandum of law.  The last several weeks have been extremely busy with hearings, depositions, and oral arguments in the state courts, as well as pleadings due in this Court.

Since July 3, 2014, the undersigned lawyer has filed five motions for summary judgment in this Court in *Farley v. Warden*, USDC-NH Docket No. 1:13-cv-00467-JL (on July 3, 2014); *Dilboy v. Warden*, USDC-NH Docket No. 13-cv-00465-LM (on July 11, 2014); *Saunders v. Warden*, USDC-NH Docket No.: 1: 14-cv-00016-PB (on July 13, 2014);  *Walker v. Warden*, USDC-NH Docket No. 1:12-cv-00099-PB (on July 21, 2014); and *Legere v. Warden*, Docket No. 1:10-cv-00013-PB (July 25, 2014).  On July 22, 2014, the undersigned filed a motion to dismiss in *Kerner v. Warden*, USDC-NH Docket No.:  1:13-cv-00132-SM.

In addition to the pleadings filed with this Court, the undersigned lawyer has had to prepare for depositions and court appearances in five other cases.  On the afternoon of July 8, 2014, the undersigned attended a deposition in *Addison v. Warden*, Hillsborough Superior Court (Northern District), Docket No. 217-2012-cv-127.

On the morning of July 9, 2014, the undersigned had oral arguments before the New Hampshire Supreme Court in *State v. Dearborn*, Docket No. 2013-0437 and *State v. Griffin*, Docket No. 2013-0195.  On the afternoon of July 9, 2013, the undersigned attended two depositions in *Furgal v. Warden*, Merrimack County Superior Court Docket No. 217-2013-0677. On the morning of July 11, 2014, the undersigned attended a hearing in *Sprague v. Warden*, Merrimack County Superior Court Docket No. 217-2014-00254.

The undersigned lawyer has written most of the motion, but simply cannot proofread it and edit it in the time remaining today.

<div style="margin-left:45%">

Respectfully Submitted,

Warden, Northern New Hampshire State Prison, Respondent.

By his attorneys,

Michael A. Delaney
Attorney General

*/s/ Elizabeth C. Woodcock*
Elizabeth C. Woodcock
Bar Number:  18837
Assistant Attorney General
Criminal Justice Bureau
33 Capitol Street
Concord, NH  03301-6397
Phone: (603) 271-3671
Elizabeth.Woodcock@doj.nh.gov

</div>

July 29, 2014

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served the petitioner, who is represented by

> Robert Rosenthal, Esq.
> Cathy J. Green, Esq.

through this Court's electronic filing system.

> */s/ Elizabeth C. Woodcock*
> Elizabeth C. Woodcock