UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

GORDON MACRAE,                )
         PETITIONER   )
                                  )
     v.                           )   Docket No. 1:14-cv-45-JL
                                  )
RICHARD M. GERRY, WARDEN,   )
         RESPONDENT   )

**ASSENTED TO MOTION TO EXTEND DEADLINE TO RESPOND
TO RESPONDENT'S MOTION TO DISMISS TO AUGUST 21, 2014**

NOW COMES the petitioner, by and through counsel, and hereby requests that this Court extend the deadline for filing a response to the Respondent's Motion to Dismiss in the above-entitled matter to August 21, 2014.

In support of this motion, undersigned counsel for the petitioner states as follows:

1. The Respondent, through counsel, filed a Motion to Dismiss on July 30, 2014. The petitioner's response is due by August 14, 2014.

2. Counsel for the petitioner requests a one week extension due to scheduled vacations which would make the new deadline August 21, 2014.

3. The Respondent, by Attorney Elizabeth Woodcock, assents to this extension.

5. No memorandum of law is necessary as the relief sought is within the sound discretion of this Court.

WHEREFORE, undersigned counsel respectfully asks that this Court:

A. Grant this motion and extend the deadline for filing a response to the Respondent's Motion to Dismiss to August 21, 2014.

DATED: August 8, 2014                     Respectfully submitted,

                                                                 Gordon MacRae
                                                                 By His Attorney,

                                                                 <u>/s/Cathy J. Green, Esq.</u>
                                                                 Cathy J. Green, Bar #995
                                                                 Green & Utter, P.A.
                                                                 764 Chestnut Street
                                                                Manchester, NH 03104
                                                                (603) 669-8446

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 8th day of August, 2014.

                                                                <u>/s/Cathy J. Green, Esq.</u>
                                                                Cathy J. Green, Esq.