UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

GORDON MACRAE,            )
         PETITIONER   )
                              )
   v.                       )      Docket No. 1:14-cv-45-JL
                              )
RICHARD M. GERRY, WARDEN,   )
         RESPONDENT   )

### PETITIONER'S ASSENTED TO MOTION TO EXCEED PAGE LIMIT

NOW COMES the Petitioner, by and through counsel, and hereby requests that this Court allow the Petitioner to exceed the page limit for his memorandum in response to Respondent's Motion to Dismiss.  In support of this motion, Petitioner states as follows:

1.  According to Local Rule 7.1(a)(3), the memorandum in response to a dispositive motion should be no longer than 25 pages.

2.  Because the Respondent has raised numerous issues in his Motion to Dismiss, the Petitioner cannot reasonably respond without exceeding the page limit imposed by the Local Rule by approximately ten pages.

3.  The Petitioner asks this Court to permit him to file a response to the Motion to Dismiss not to exceed 35 pages.

4.  No memorandum of law is necessary as the relief sought is within the sound discretion of this Court.

5.  The Respondent, by Assistant Attorney General Elizabeth Woodcock, assents to the relief requested herein.

WHEREFORE, Petitioner respectfully asks that this Court:

A. Grant this motion to exceed the page limit by ten pages for Petitioner's response to Respondent's Motion to Dismiss.

DATED: August 21, 2014                                   Respectfully submitted,

                                                         Gordon MacRae
                                                         By His Attorney,

                                                         /s/Cathy J. Green, Esq.
                                                         Cathy J. Green, Bar #995
                                                         Green & Utter, P.A.
                                                         764 Chestnut Street
                                                         Manchester, NH 03104
                                                         (603) 669-8446


## CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 21st day of August, 2014.

                                                         /s/Cathy J. Green, Esq.
                                                         Cathy J. Green, Esq.