UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
-----------------------------------------------------

GORDON MACRAE,

                                                    DOCKET NO.: 1:14-CV-45-JL

    PETITIONER

  – AGAINST –

RICHARD M. GERRY, WARDEN,
NEW HAMPSHIRE STATE PRISON

    RESPONDENT
-----------------------------------------------------

-------------------------------------------------------------
CORRECTION TO RESPONDENT'S
REPLY CONCERNING ITS MOTION TO DISMISS
PETITION AS UNTIMELY
-------------------------------------------------------------

                                       ROBERT ROSENTHAL
                                       COUNSELOR AT LAW
                                       523 EAST 14TH STREET, SUITE 8D
                                       NEW YORK, NEW YORK 10009
                                       (212) 353-3752

                                       CATHY J. GREEN, ESQ., BAR #995
                                       GREEN & UTTER, P.A.
                                       764 CHESTNUT STREET
                                       MANCHESTER, NH 03104
                                       (603) 669-8446

                                       ATTORNEYS FOR PETITIONER GORDON MACRAE

Dated: September 25, 2014

On July 30, 2014, respondent state filed a motion to dismiss MacRae's petition as untimely. On August 21, 2014, MacRae filed a response to that motion. The state replied on September 8, 2014. The state's reply contains a misstatement of significant fact that requires correction – which is understandable, since the state's current counsel was not involved in the state court proceedings.

In its reply, the state alleges: "the parties agreed that no hearing on the newly discovered evidence claim was required," "[MacRae] elected not to present his evidence at a hearing," "[MacRae] was afforded the opportunity for a hearing, which he waived," and that "[MacRae] waived his hearing. (State reply, p. 5-6) Accordingly, the state argues, this Court should not grant its own hearing to consider the newly discovered evidence. (*Id.*)

The state bases its argument on a sentence in the state superior court's decision: "[a]t a status conference on April 29, 2013, the parties agreed that the court could decide the remaining issue, whether newly discovered evidence supports the petitioner's request for a new trial, without a hearing." (State Reply, p. 5) The state's reliance on that sentence is mistaken. MacRae agreed that oral argument was not necessary for the court to decide the remaining issue. MacRae did not also waive an evidentiary hearing. In fact, in state court, MacRae concluded his reply to the state's motion to dismiss with the statement:

> the state has offered nothing that might undermine the need for a hearing in this case to further explore the weight of the evidence and address whatever disputes of fact the state might have created in its [motion to dismiss].

(Reply to State's Motion for Denial and Dismissal of Petition (12/7/12), p. 10)

Thus, the state's assertion that MacRae waived the opportunity to present his newly discovered evidence witnesses at a hearing is wrong. Granting the state's motion to dismiss based at all on that assertion would be incorrect, as well.

For all those reasons, and all of the reasons presented in MacRae's habeas corpus petition, memorandum in support, and all papers filed in this matter, MacRae respectfully requests that the state's motion to dismiss be denied in its entirety.

                                                Respectfully submitted by his attorneys,

                                                /s/ Robert Rosenthal
                                                Robert Rosenthal
                                                Counselor at Law
                                                523 East 14th Street, Suite 8d
                                                New York, New York 10009
                                                (212) 353-3752

                                                /s/ Cathy J. Green,
                                                Cathy J. Green, Bar #995
                                                Green & Utter, P.a.
                                                764 Chestnut Street
                                                Manchester, NH 03104
                                                (603) 669-8446
                                                Attorneys for Petitioner Gordon MacRae

Dated: September 25, 2014