# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Merrimack Superior Court
163 North Main St./PO Box 2880
Concord NH  03302-2880

Telephone: (603) 225-5501
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## AMENDED NOTICE OF HEARING

GEORGE A. STEWART, ESQ
MERRIMACK COUNTY ATTORNEYS OFFICE
FOUR COURT STREET
CONCORD NH  03301-4306

Case Name:    **Gordon MacRae v Richard M. Gerry, Warden**
Case Number:   **217-2012-CV-00279**

The above referenced case(s) has/have been scheduled for: **Status Conference**

Date: April 29, 2013              Location: 163 North Main St./PO Box 2880
Time: 10:00 AM                    Concord NH  03302-2880
Time Allotted:  30 Minutes

**Status Conference - Status of remaining issues and further proceedings regarding newly discovered evidence.**

If you do not appear at this hearing, the Court may consider you to be in default and may make orders against you without your input.  If you are the defendant and do not appear, the Court may find for the plaintiff(s) and proceed immediately to the assessment of damages or a hearing on the relief sought.  If you are the plaintiff and do not appear, the Court may dismiss the case.

Multiple cases are scheduled during this session. Please notify the court immediately if your hearing is expected to last longer than the allotted time, as the Court cannot guaranty that additional time will be available.

If you will need an interpreter or other accommodations for this hearing, please contact the Court immediately.

Please be advised (and/or advise clients, witnesses, and others) that it is a Class B felony to carry a firearm or other deadly weapon as defined in RSA 625.11. V in a courtroom or area used by a court

April 15, 2013                            William S. McGraw
                                          Clerk of Court

(614)
C:    Robert Rosenthal, ESQ; Offender Records; Cathy J. Green, ESQ

RECEIVED
APR 1 6 2013
MCAO

NHJB-2556-S (07/01/2011)