```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Gordon J. MacRae

      v.                                    Case No. 14-cv-45-JL

NH State Prison, Warden


O R D E R


The Motion to Dismiss (doc. no. 11) is granted for the reasons stated on the record at the March 17, 2015 hearing.  The court attaches and incorporates by reference, as it did during the hearing, documents 11-1 and 11-2, the Superior Court's orders on the petitioner's requests for habeas relief in state court.


SO ORDERED.

                                        _____
                                        Joseph N. Laplante
                                        Chief Judge

Attch: 2

Date: March 25, 2015

cc:   Cathy Green, Esq.
      Robert Rosenthal, Esq.
      Elizabeth Woodcock, Esq.