UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Gordon J. MacRae</u>

       v.                              Case No. 14-cv-45-JL

<u>NH State Prison, Warden</u>

<u>ORDER RE: CERTIFICATE OF APPEALABILITY</u>

The court declines to issue a certificate of appealability. The petitioner has not shown that reasonable jurists could debate whether the petition should have been resolved in a different manner, that the issues presented were adequate to deserve encouragement to proceed further, or otherwise made a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

SO ORDERED.

                                          _____
                                          Joseph N. Laplante
                                          Chief Judge

Date: March 25, 2015

cc:   Cathy Green, Esq.
      Robert Rosenthal, Esq.
      Elizabeth Woodcock, Esq.