UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Gordon J. MacRae</u>

      v.                                      Civil No. 14-cv-00045-JL

<u>NH State Prison, Warden</u>

**J U D G M E N T**

In accordance with the orders dated March 25, 2015, by Chief Judge Joseph N. Laplante, judgment is hereby entered.

                                                By the Court,

                                                /s/ Daniel J. Lynch
                                                Daniel J. Lynch
                                                Clerk of Court

Date: March 26, 2015

cc:      Cathy Green, Esq.
         Robert Rosenthal, Esq.
         Elizabeth Woodcock, Esq.