UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
-------------------------------------------------------------
GORDON MACRAE,

       PETITIONER/APPELLANT

                                              DKT NO.: 14-CV-45

   – AGAINST –


RICHARD M. GERRY, WARDEN,
NEW HAMPSHIRE STATE PRISON

       RESPONDENT
-------------------------------------------------------------

## NOTICE OF APPEAL

Notice is hereby given that Petitioner/Appellant Gordon MacRae in the above named case hereby appeals to the United States Court of Appeals for the First Circuit from Order of the District Court, granting the Motion to Dismiss filed by the State of New Hampshire, entered in this action on March 25, 2015.

                                       ROBERT ROSENTHAL
                                       COUNSELOR AT LAW
                                       523 EAST 14TH STREET, SUITE 8D
                                       NEW YORK, NEW YORK 10009
                                       (212) 353-3752

                                       CATHY J. GREEN, ESQ., BAR #995
                                       GREEN & UTTER, P.A.
                                       764 CHESTNUT STREET
                                       MANCHESTER, NH 03104
                                       (603) 669-8446

                                       ATTORNEYS FOR PETITIONER GORDON MACRAE

Dated: April 21, 2015