UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1.    D.C.# Civil No. 14-cv-00045-JL                          C.C.A.#

2.    TITLE OF CASE:   MacRae v. NH State Prison, Warden

3.    NAME OF COUNSEL FOR APPELLANT(S):
      See certified copy of docket (ECF registered users not provided with a copy of docket)

4.    NAME OF COUNSEL FOR APPELLEE(S):
      See certified copy of docket (ECF registered users not provided with a copy of docket)

5.    NAME OF JUDGE: Joseph N. Laplante, Chief Judge

6.    COURT REPORTER(S) & DATES:
      • Susan Bateman - 603 225-1453 - Motion Hearing - 3/17/15

      TRANSCRIPTS ORDERED / ON FILE          YES

7.    HEARING / TRIAL EXHIBITS                N/A

8.    COURT-APPOINTED COUNSEL                 NO

9.    FEE PAID                                YES

10.   IN FORMA PAUPERIS                       NO

11.   MOTIONS PENDING                         NO

12.   GUIDELINES CASE                         NO

13.   RELATED CASES ON APPEAL                 NO

      C.C.A. # (IF AVAILABLE):

      DATE OF LAST N OF A:

14.   SPECIAL COMMENTS:

      • Designation of Exhibits not applicable.   No trial in this case.