UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Gordon MacRae

      v.                                  Civil No. 14-cv-00045-JL

NH State Prison, Warden

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

      I, Charli Pappas, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the abbreviated record on appeal to the First Circuit Court of Appeals:

      DOCUMENTS NUMBERED:   26, 25, 24, 22, 21, 20

      The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

      The following non-electronic documents will be forwarded to the Circuit Court of Appeals with a copy of this certificate on this date:   April 23, 2015

      Administrative record will be forwarded upon request from the First Circuit Court of Appeals:

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, April 23, 2015

FCPIGN'L0N[ PEJ , Clerk

By: /s/ Charli M. Pappas, Deputy Clerk

Apr 23, 2015

cc:      Robert Rosenthal, Esq.
          Cathy J. Green, Esq.
          Elizabeth C. Woodcock, Esq.