UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Gordon J. MacRae

       v.                                  Civil No. 14-cv-045-JL

NH State Prison, Warden

CLERK'S SUPPLEMENTAL CERTIFICATE TO
CIRCUIT COURT OF APPEALS

     I, Charli Pappas, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the supplemental record on appeal to the First Circuit Court of Appeals:

     DOCUMENTS NUMBERED:   [6]

1. The following non-electronic documents will be forwarded to the Circuit Court of Appeals with a copy of this certificate:

NON-ELECTRONIC DOCUMENTS NUMBERED: [6] Adminstrative Record (Conventionally Filed box of transcripts)

                                                    IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, January 26, 2016

**FCP IGN'L0N[ PEJ , Clerk**

**By: /s/ Charli M. Pappas, Deputy Clerk**

**Jan 26, 2016**

cc:     Robert Rosenthal, Esq.
          Cathy J. Green, Esq.
          Elizabeth C. Woodcock, Esq.